## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

      Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

      Defendants.

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO CERTIFY THE RECORD

The Court, having reviewed Stipulated Motion for Extension of Time to Certify the Record, and good cause appearing, hereby grants the Motion. The Defendants are hereby ORDERED to file a Certified Record either on December 7, 2020 or two (2) days after the entry of a Stipulated Protective Order by this Court, whichever date occurs first.

SO ORDERED this 1st day of December, 2020

BY THE COURT:

United States Magistrate Judge
Gordon P. Gallagher