# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

       Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

       Defendants.

---

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

---

Plaintiff Shawn Sigstedt ("Plaintiff") and Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi and David Gifford (collectively, "Defendants," and together with Plaintiff, the "Parties"), through their respective counsel, hereby jointly move this Court pursuant to Fed. R. Civ. P. 26(c) for entry of the attached Stipulated Protective Order Concerning Confidential Information.  As grounds for this Motion, the Parties state as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), respective counsel for the Parties state that they have conferred with each other regarding the relief requested in this motion.  As noted above, the Parties jointly request that the Court enter the attached Stipulated Protective Order.

2.  In this action, the Parties anticipate seeking to discover confidential information from each other that implicates common law or statutory privacy and/or proprietary business interests belonging to the Parties and/or Defendants' current or former employees.

3.  In order to permit the Parties to discover information relevant to this case and to protect the Parties and/or Defendants' current or former employees from annoyance, embarrassment, oppression, or undue burden or expense in connection with the discovery of confidential information, the Parties have agreed to a Stipulated Protective Order, which is attached hereto, establishing the procedures to be followed whenever confidential information is sought and produced.

4.  Accordingly, the Parties respectfully move this Court for entry of the attached Stipulated Protective Order.

Respectfully submitted this 7th day of December, 2020.

COLORADO EDUCATION ASSOCIATION        JACKSON LEWIS P.C.

*s/ Erik G. Bradberry*
Erik G. Bradberry
1500 Grant Street
Denver, CO 80203
Telephone: (303) 837-1500
ebradberry@coloradoea.org

*ATTORNEY FOR PLAINTIFF*

*s/ Jacqueline R. Guesno*
Jacqueline R. Guesno
Jeffrey H. McClelland
950 17th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Jacqueline.Guesno@jacksonlewis.com
Jeffrey.McClelland@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of December, 2020, a true and correct copy of the foregoing **JOINT MOTION FOR STIPULATED PROTECTIVE ORDER** was served via CM/ECF on the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*ATTORNEYS FOR PLAINTIFF*

*s/ Faith Poindexter*
for Jackson Lewis P.C.

3