**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

      Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, in her individual capacity;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

      Defendants.

---

**NOTICE OF CERTIFICATION OF THE RECORD**

---

Pursuant to the Order Re: Motion and Proposed Order Requiring Certification of the

Record entered on or about October 2, 2020 (ECF No. 22), Defendants Colorado Mountain Local

College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt

Gianneschi and David Gifford (collectively referred to as "Defendants") state as follows:

As instructed by the Court, filed herewith is Certificate of Authenticity executed by

Richard Gonzales, *see* **Exhibit A** with attachments thereto which include:

      a.    A copy of the recording of the Peer Review Panel hearing held on or about

            June 22, 2020 (*see* **Exhibit A-1**, CMC RECORD000001);

      b.    Copies of all notes, memoranda and other documents provided by the Plaintiff

            and any person acting on behalf of Colorado Mountain College to the Peer

1

Review Committee prior to the time the Committee issued its advisory decision (*see* **Exhibit A-2**, CMC RECORD000002-CMC RECORD001668);

c.    Copies of all notes, memoranda and other documents reflecting the Committee's deliberations (*see* **Exhibit A-2**, CMC RECORD000002-CMC RECORD001668);

d.    A copy of the Committee's advisory decision (*see* **Exhibit A-3**, CMC RECORD001669-CMC RECORD001671);

e.    Copies of all policies, procedures and any other documents describing the appeal process pursuant to which the quasi-judicial proceeding was held (*see* **Exhibit A-4**, CMC RECORD001672-CMC RECORD001677); and

f.    The final decision of Dr. Carrie Hauser (*see* **Exhibit A-5**, CMC RECORD001678.

Respectfully submitted this 7th day of December, 2020.

JACKSON LEWIS P.C.

*s/ Jacqueline R. Guesno*
Jacqueline R. Guesno
Jeffrey H. McClelland
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile:  (303) 892-5575
Jacqueline.Guesno@jacksonlewis.com
Jeffrey.Mcclelland@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

2

## CERTIFICATE OF SERVICE

I certify that on this 7th day of December, 2020, a true and correct copy of the foregoing **NOTICE OF CERTIFICATION OF THE RECORD** was served via CM/ECF upon the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*ATTORNEY FOR PLAINTIFF*

*s/ AuCamya Parish*
for Jackson Lewis P.C.

3