Jen



**Jen Barchers, PhD**
Associate Professor of Human

Faculty Senate President
**C:** 720.427.5309
jbarchers@coloradomtn.edu

**Colorado Mountain College**
333 Fiedler Avenue, PO Box 1
ColoradoMtn.edu □ **do somet**

< responses to Peer Review Panel 0626

**CONFIDENTIAL**

**CMC RECORD000802**

20.pdf>

<PerformancePlanREVISED3-20-20.pdf>

41

**CONFIDENTIAL**

**CMC RECORD000803**

Shawn Sigstedt Associate Professor of Biology Alpine Camp

42

**CONFIDENTIAL**

**CMC RECORD000804**

us Colorado Mountain College

Sent from my iPhone

On Jun 26,

43

**CONFIDENTIAL**

CMC RECORD000805

2020, at 2:45 PM, Barchers, Jen <jbarchers@coloradomtn.edu

44

**CONFIDENTIAL**

CMC RECORD000806

> wrote:

Hello Mr. Sigstedt - Attached are the responses too o

CONFIDENTIAL

CMC RECORD000807

ur questions that were emailed to Dave Gifford yesterday. Als

46

**CONFIDENTIAL**

**CMC RECORD000808**

o, we wanted to let you know that the Peer Review Panel has recei

47

**CONFIDENTIAL**

CMC RECORD000809

ved and read your emails to us.

Thank you.

Jen



**Jen Barchers, PhD**
Associate Professor of Human
Faculty Senate President
**C:** 720.427.5309
jbarchers@coloradomtn.edu

**Colorado Mountain College**
333 Fiedler Avenue, PO Box 1
ColoradoMtn.edu **do somet**

**CONFIDENTIAL**

**CMC RECORD000810**

&lt;response to Peer Review Panel 062620.pdf&gt;

49

CONFIDENTIAL

CMC RECORD000811

| | |
|---|---|
| **From:** | Gianneschi, Matthew |
| **Sent:** | Monday, June 29, 2020 12:54 PM |
| **To:** | Barchers, Jen; Gonzales, Richard; Spaulding, Susanna; Painter, Bill; Pollack, Justin; Waldbaum, Simon |
| **Subject:** | RE: Confidential: Peer Review Committee Report |

Dear Peer Review Panel,

I know how demanding these matters can be.  On behalf of President Hauser and the Board of Trustees, thank you for your professionalism, thoroughness, and expertise.

Sincerely,

-Matt

---

**From:** Barchers, Jen
**Sent:** Monday, June 29, 2020 12:32 PM
**To:** Gianneschi, Matthew <mgianneschi@coloradomtn.edu>; Gonzales, Richard <rgonzalesgc@coloradomtn.edu>; Spaulding, Susanna <sspaulding@coloradomtn.edu>; Painter, Bill <bpainter@coloradomtn.edu>; Pollack, Justin <jpollack@coloradomtn.edu>; Waldbaum, Simon <swaldbaum@coloradomtn.edu>; Sigstedt, Shawn <ssigstedt@coloradomtn.edu>
**Subject:** Confidential: Peer Review Committee Report

Please see the attached Peer Review Committee Recommendation regarding Colorado Mountain College's decision for non-renewal of Mt. Shawn Sigstedt's 2020-2021 Regular Faculty Employment Contract.
Please let me know if you have any questions or need further clarification from our committee.
Thank you,
Jen Barchers



**Jen Barchers, PhD**
Associate Professor of Humanities and Social Sciences
Faculty Senate President
**C:** 720.427.5309
jbarchers@coloradomtn.edu

**Colorado Mountain College Breckenridge & Dillon**
333 Fiedler Avenue, PO Box 1414 **/** Dillon, CO 80435
ColoradoMtn.edu **do something MAJOR**

1

**CONFIDENTIAL**

**CMC RECORD000812**

| | |
|---|---|
| **From:** | Pollack, Justin |
| **Sent:** | Monday, June 29, 2020 2:48 PM |
| **To:** | Spaulding, Susanna; Barchers, Jen; Waldbaum, Simon; Painter, Bill |
| **Subject:** | Re: Questions |

Hi Peer Review Team~

Thank you all for working through these emails, our hearing with Shawn and College leadership, and the evidence that was set before us to evaluate. Even though Matt said it is rare for faculty to be served a non-renewal of contract, it was sobering to see it implemented. Like Jen, if ever had to face a peer review committee, I'd want peers who were as thorough, professional, thoughtful, compassionate and fair as you have been. I am reminded of how very fortunate we are to work with such excellent, dedicated colleagues!! Bill, Suzanna, Simon and Jen: you have my utmost respect.

Bill and Simon, thank you for your input and eyes to details and the big picture. Suzanna, thank you for your detailed eye and drafting our committee response, which came out so professionally. Jen, thank you for being our chairperson, your input, and being an excellent guide for our process!

Here's hoping for a "quiet" rest-of-the year for the peer review committee!
I hope your son recovers quickly Simon! Remember you have some medical professionals as colleagues. :)
Be well,
Justin



**DR. JUSTIN POLLACK, N.D.**
*Associate Professor of Science*
970.406.1312 **/** jpollack@coloradomtn.edu

**Colorado Mountain College Breckenridge & Dillon**
107 Denison Placer Road, PO Box 2208 **/** Breckenridge, CO 80424
ColoradoMtn.edu **do something MAJOR**

---

**From:** Spaulding, Susanna
**Sent:** Monday, June 29, 2020 11:47:06 AM
**To:** Barchers, Jen; Waldbaum, Simon; Pollack, Justin; Painter, Bill
**Subject:** Re: Questions

Hello Jen,

Here is the final draft based on everyone's feedback.

I appreciate your leadership through this challenging decision-making process,

Susanna

1

**CONFIDENTIAL**

**CMC RECORD000813**



**Susanna Spaulding, MBA, PhD**
*Professor of Business/Entrepreneurship*
719.486.4209 **/** sspaulding@coloradomtn.edu

**Colorado Mountain College Leadville & Chaffee County**
901 South Highway 24 **/** Leadville, CO 80461
ColoradoMtn.edu **do something MAJOR**

---

**From:** Barchers, Jen <jbarchers@coloradomtn.edu>
**Sent:** Monday, June 29, 2020 11:12 AM
**To:** Waldbaum, Simon <swaldbaum@coloradomtn.edu>; Pollack, Justin <jpollack@coloradomtn.edu>; Spaulding, Susanna <sspaulding@coloradomtn.edu>; Painter, Bill <bpainter@coloradomtn.edu>
**Subject:** RE: Questions

Susanna-
Sounds like everyone is through editing.
Can you send me a final draft with all of the suggested edits thus far?
I think we are good to go.
After I give it one more look-over, I'll send it out.
Thanks,
Jen

---

**From:** Waldbaum, Simon
**Sent:** Monday, June 29, 2020 9:29 AM
**To:** Barchers, Jen <jbarchers@coloradomtn.edu>; Pollack, Justin <jpollack@coloradomtn.edu>; Spaulding, Susanna <sspaulding@coloradomtn.edu>; Painter, Bill <bpainter@coloradomtn.edu>
**Subject:** Re: Questions

Thank you Jen and Justin. I am in agreement with the points you've made here and the sentiments behind them. It is not an easy or pleasant decision, but one that seems justified given all of the circumstances.

Please forgive me if I am a little out of the loop from this point, my son ended up in the hospital this weekend and I am staying with him there through the week. Please don't hesitate to try and call or text me if needed, (970) 691-0555.

Thank you to everyone for your honest and focused work on this!

Simon

---

**From:** Barchers, Jen
**Sent:** Monday, June 29, 2020 9:04:49 AM
**To:** Pollack, Justin; Spaulding, Susanna; Painter, Bill; Waldbaum, Simon
**Subject:** RE: Questions

Also, I'd like to again acknowledge the receipt of Shawn's documents, so if anyone has ideas on what to say, pass those along. We have to be very careful in our response. Let me know your thoughts.

---

**From:** Pollack, Justin
**Sent:** Monday, June 29, 2020 12:00 AM
**To:** Spaulding, Susanna <sspaulding@coloradomtn.edu>; Barchers, Jen <jbarchers@coloradomtn.edu>; Painter, Bill

2

**CONFIDENTIAL**

**CMC RECORD000814**

<bpainter@coloradomtn.edu>; Waldbaum, Simon <swaldbaum@coloradomtn.edu>
**Subject:** Re: Questions

HI committee team members~

Like Jen, I took a break from reviewing this information over the weekend. As I return to the process tonight, there are ten new emails from Shawn with documents he submitted.
I read through some of the documents Shawn sent, and they are impressive: his CV, his student's self reflections, course IDEA summaries are complementary. It looks like in the last short while, he has been putting a lot of effort into changing his exams, study guides and way of approaching core competency classes. It makes this decision all the more heartbreaking, especially because he is appreciated by so many students.

The summary of our committee's assessment of the College's evidence gathered in support of non-renewal is solid. Suzanne, I appreciate that you detailed more of the policy 6.26 in the report, and the way it is worded. I'll be in touch with you all tomorrow, but think the College has done what it had to in this case.
Be well,
Justin



**DR. JUSTIN POLLACK, N.D.**
*Associate Professor of Science*
970.406.1312 **/** jpollack@coloradomtn.edu

**Colorado Mountain College Breckenridge & Dillon**
107 Denison Placer Road, PO Box 2208 **/** Breckenridge, CO 80424
ColoradoMtn.edu **do something MAJOR**

---

**From:** Spaulding, Susanna
**Sent:** Sunday, June 28, 2020 2:43:22 PM
**To:** Barchers, Jen; Pollack, Justin; Painter, Bill; Waldbaum, Simon
**Subject:** Fw: Questions

Opps! Typo in first paragraph: Should be "Board Policy 6.26."



**Susanna Spaulding, MBA, PhD**
*Professor of Business/Entrepreneurship*
719.486.4209 **/** sspaulding@coloradomtn.edu

**Colorado Mountain College Leadville & Chaffee County**
901 South Highway 24 **/** Leadville, CO 80461
ColoradoMtn.edu **do something MAJOR**

---

**From:** Spaulding, Susanna <sspaulding@coloradomtn.edu>
**Sent:** Sunday, June 28, 2020 2:38 PM
**To:** Waldbaum, Simon <swaldbaum@coloradomtn.edu>; Painter, Bill <bpainter@coloradomtn.edu>; Barchers, Jen <jbarchers@coloradomtn.edu>
**Cc:** Pollack, Justin <jpollack@coloradomtn.edu>
**Subject:** Re: Questions

Hello Jen, Bill, Justin, and Simon,

3

**CONFIDENTIAL**

**CMC RECORD000815**

Every time I read Board Policy 6.26, I think I have a better understanding. Therefore, I updated the draft of our recommendations to include relevant definitions. See attached in purple font.

My most recent revelation is the distinction in the Board policy between "non-renewal" and "dismissal." The College has asked us <u>only</u> to consider where or not it satisfied the grounds for *non-renewal* according to Policy 6.26.

The policy explains the grounds for *non-renewal* on page 2 of 4 and states that the notice of non-renewal shall be given ... no later than sixty days preceding the end of the contract term."

On the other hand, dismissal is one type of "disciplinary action for cause" and one of the grounds for *dismissal* is "incompetence after notice and opportunity to improve" and states that the "notice of dismissal ... may be given ... at any time and shall state the grounds and effective date." See page 3 of 4.

Full-time regular faculty members are not employees at will and have the right to due process. In my mind, part of the due process is the definition of the type of termination and timing of notice.

Please consider if the definitions in purple add clarity to our recommendations.

Happy Sunday afternoon,

Susanna



**Susanna Spaulding, MBA, PhD**
*Professor of Business/Entrepreneurship*
719.486.4209 / sspaulding@coloradomtn.edu

**Colorado Mountain College Leadville & Chaffee County**
901 South Highway 24 / Leadville, CO 80461
ColoradoMtn.edu **do something MAJOR**

---

**From:** Waldbaum, Simon <swaldbaum@coloradomtn.edu>
**Sent:** Saturday, June 27, 2020 10:37 AM
**To:** Painter, Bill <bpainter@coloradomtn.edu>; Spaulding, Susanna <sspaulding@coloradomtn.edu>; Barchers, Jen <jbarchers@coloradomtn.edu>
**Cc:** Pollack, Justin <jpollack@coloradomtn.edu>
**Subject:** Re: Questions

Great work here Susanna, thank you so much!

I, too, don't feel strongly about the inclusion or exclusion of a justification to the concluding summary statement and just wanted to raise the question if it's necessary or redundant? I do agree with including the summary though.

Thank you again for your work on this document, Susanna!

Simon

---

4

**CONFIDENTIAL**

**CMC RECORD000816**

**From:** Painter, Bill
**Sent:** Saturday, June 27, 2020 9:35:31 AM
**To:** Spaulding, Susanna; Barchers, Jen; Waldbaum, Simon
**Cc:** Pollack, Justin
**Subject:** Re: Questions

Hi Susanna,

I have no real preference as to whether or not we state more than the decision of the committee in the summary.  I will let others of the committee decide.  I do think that we need some kind of summary to tie things up even it is just a repeat of the decision.

I will send any corrections I see later, but this looks great, Susanna!

Cheers,

Bill

---

**From:** Spaulding, Susanna
**Sent:** Saturday, June 27, 2020 8:03:02 AM
**To:** Barchers, Jen; Waldbaum, Simon; Painter, Bill
**Cc:** Pollack, Justin
**Subject:** Re: Questions

Good morning Jen, Bill, Justin, and Simon,

For your review, I've attached a updated version of our Committee's recommendations.

You'll see that I moved some paragraphs and added headings for clarity and sequence of information. I incorporated all the red and green suggestions from Bill and Simon.

However, I am struggling with the wording of summary paragraph at the end. I've left Simon's comment in green.

Best wishes for the weekend,

Susanna



**Susanna Spaulding, MBA, PhD**
*Professor of Business/Entrepreneurship*
719.486.4209 / sspaulding@coloradomtn.edu

**Colorado Mountain College Leadville & Chaffee County**
901 South Highway 24 / Leadville, CO 80461
ColoradoMtn.edu  **do something MAJOR**

---

**From:** Barchers, Jen <jbarchers@coloradomtn.edu>
**Sent:** Friday, June 26, 2020 4:56 PM
**To:** Waldbaum, Simon <swaldbaum@coloradomtn.edu>; Painter, Bill <bpainter@coloradomtn.edu>

**CONFIDENTIAL**

CMC RECORD000817

**Cc:** Spaulding, Susanna <sspaulding@coloradomtn.edu>; Pollack, Justin <jpollack@coloradomtn.edu>
**Subject:** RE: Questions

No worries! We'll start chatting and fill you in.

---

**From:** Waldbaum, Simon
**Sent:** Friday, June 26, 2020 4:55 PM
**To:** Painter, Bill <bpainter@coloradomtn.edu>
**Cc:** Barchers, Jen <jbarchers@coloradomtn.edu>; Spaulding, Susanna <sspaulding@coloradomtn.edu>; Pollack, Justin <jpollack@coloradomtn.edu>
**Subject:** Re: Questions

I'm not sure I can make our 5:00pm meeting on time. I apologize but I will be there as soon as I can!

Thanks,
Simon

> On Jun 26, 2020, at 4:02 PM, Painter, Bill <bpainter@coloradomtn.edu> wrote:
>
> Works for me.
>
> Bill
>
> ---
>
> **From:** Barchers, Jen
> **Sent:** Friday, June 26, 2020 3:59:12 PM
> **To:** Spaulding, Susanna; Painter, Bill
> **Cc:** Pollack, Justin; Waldbaum, Simon
> **Subject:** RE: Questions
>
> Looks like everyone is free around 5pm.
> Shall I schedule a webex?
> I did get direction from Matt that we can send a response today that we need more time if necessary. I'd like to send that by 5pm, so let me work on that. I will say that we will have our final decision by 5pm on Monday June 29th. Does that work for everyone?
>
> ---
>
> **From:** Spaulding, Susanna
> **Sent:** Friday, June 26, 2020 3:51 PM
> **To:** Painter, Bill <bpainter@coloradomtn.edu>; Barchers, Jen <jbarchers@coloradomtn.edu>
> **Cc:** Pollack, Justin <jpollack@coloradomtn.edu>; Waldbaum, Simon <swaldbaum@coloradomtn.edu>
> **Subject:** Re: Questions
>
> Hello Jen,
>
> I could meet this afternoon at 5:00 pm and I do have questions about Dave's responses and the timeline for deliverables. I still am unclear when Dave shared the eight (8) deliverables with Shawn and clarified the related expectations.

6

**CONFIDENTIAL**

**CMC RECORD000818**

However, I would like more time for us to decide on and craft our response, perhaps until Monday, June 29.

Susanna



**Susanna Spaulding, MBA, PhD**
*Professor of Business/Entrepreneurship*
719.486.4209 **/** sspaulding@coloradomtn.edu

**Colorado Mountain College Leadville & Chaffee County**
901 South Highway 24 **/** Leadville, CO 80461
ColoradoMtn.edu ☐ **do something MAJOR**

**From:** Painter, Bill <bpainter@coloradomtn.edu>
**Sent:** Friday, June 26, 2020 2:19 PM
**To:** Barchers, Jen <jbarchers@coloradomtn.edu>
**Cc:** Spaulding, Susanna <sspaulding@coloradomtn.edu>; Pollack, Justin <jpollack@coloradomtn.edu>; Waldbaum, Simon <swaldbaum@coloradomtn.edu>
**Subject:** Re: Questions

Thank you, Jen. This is very informative. I am free this afternoon anytime after 5 PM if we need another meeting.

Cheers,

Bill

Sent from my iPhone

> On Jun 26, 2020, at 2:02 PM, Barchers, Jen <jbarchers@coloradomtn.edu> wrote:
>
> Hello Team-
> If you can, let me know if you need more time to make a decision or to ask more questions.
> I'm  have an email going to Matt to see what we need to do if we need more time.
> If we need another meeting, we can do that also.
> ☺
> Jen

**From:** Gifford, David
**Sent:** Friday, June 26, 2020 1:44 PM
**To:** Barchers, Jen <jbarchers@coloradomtn.edu>
**Cc:** Gianneschi, Matthew <mgianneschi@coloradomtn.edu>; Gonzales, Richard <rgonzalesgc@coloradomtn.edu>
**Subject:** RE: Questions

Dr. Barchers,

Please see the attached PDF for my responses to the panel's questions.

7

**CONFIDENTIAL**

**CMC RECORD000819**

Best Regards,

Dave



**DAVID GIFFORD**
*Dean of Science, Technology, Engineering, & Math*
970.569.2935 **/** dgifford@coloradomtn.edu

**Colorado Mountain College**
150 Miller Ranch Road **/** Edwards, CO 81632
ColoradoMtn.edu **do something MAJOR**

---

**From:** Barchers, Jen <jbarchers@coloradomtn.edu>
**Sent:** Thursday, June 25, 2020 8:03 PM
**To:** Gifford, David <dgifford@coloradomtn.edu>; Gianneschi, Matthew <mgianneschi@coloradomtn.edu>; Spaulding, Susanna <sspaulding@coloradomtn.edu>; Painter, Bill <bpainter@coloradomtn.edu>; Pollack, Justin <jpollack@coloradomtn.edu>; Waldbaum, Simon <swaldbaum@coloradomtn.edu>; Sigstedt, Shawn <ssigstedt@coloradomtn.edu>
**Subject:** Questions
**Importance:** High

Hello Mr. Gifford-
Our Peer Review Panel has a few questions regarding some of the evidence presented in the "PP chronology and related documents-redacted" file.
Thank you for your assistance with our queries.

1. On page 65, "Performance Plan Elements" section 1, column 2 it reads:
  *"Submission of materials for comprehensive review should take place within two weeks after the initial meeting to discuss performance plan expectations."*
  Can you clarify and reference the following?
    1. When was the referenced initial meeting?
    2. Were the materials for comprehensive review submitted within two weeks of the initial meeting?
    3. Were these referenced materials the materials that were ultimately reviewed by the peer group in May?

2. In that same document "deliverables" are mentioned several times (pp.1, 2, 92, 94, 101, 102, 103, 106, 133, 134, and 135) When were the "deliverables" communicated and discussed with Shawn?
3. Did Shawn present his course materials for review in any other format besides Canvas?
4. Was there any activity in Shawn's Canvas account from the beginning of the Fall 2019 semester until his FMLA leave in November and was his Canvas account reviewed on a bi-weekly basis as the Performance Plan states in the "Expected actions for the Canvas LMS usage" action item?

8

**CONFIDENTIAL**

**CMC RECORD000820**

Thank you!



**Jen Barchers, PhD**
Associate Professor of Humanities and Social Sciences
Faculty Senate President
**C:** 720.427.5309
jbarchers@coloradomtn.edu

**Colorado Mountain College Breckenridge & Dillon**
333 Fiedler Avenue, PO Box 1414 **/** Dillon, CO 80435
ColoradoMtn.edu ☐ **do something MAJOR**

<responses to Peer Review Panel 062620.pdf>

9

**CONFIDENTIAL**

**CMC RECORD000821**

1

Dear Colleagues,

I would like to show you on page 186 three times where I was declared by my original review committee in writing that I am competent.

On this is just one page 186 alone, of your **"PP chronology and related documents_Redacted.pdf"** document, I am declared to be competent several times by the reviewers writing clearly that my materials are "appropriate" two times, and (he, i.e. me) "covers the material" on page 186.  In addition, statements declaring my competence by my colleagues and supervisors and my students are made many more times throughout your entire 140-page packet of documents as I wish to point out, if we continue our hearing, as I respectfully have requested. : )

Also, of interest, letters like the one from my colleague Becky Edmiston, in your packet, that makes me look bad does not show that her assumptions and incorrect perceptions were soon resolved in positive ways soon afterwards right after I gave her and John "screen shots" from web pages of college classes and curricula showing exactly how many of the botany classes at other universities require minimal prerequisites or none at all. Soon after, seeing my concrete evidence, she and everyone were satisfied, and now college wide a new set of botany class prerequisites were recently approved for me to teach, and the prerequisites were much improved and made my (our) botany class available to hundreds of more students, and my class was again put on my and everyone's class schedule. This is why I went to all that trouble. This class had never been taught for years as the prerequisites had been impossible for a two-year college student to achieve, and now it is widely available to many students. Success! Doesn't all this show that I am competent in some ways?

Also, this 140 page document leaves out so many relevant things about me, for example how I originated, designed, and brought into existence for CMC and all state colleges two new classes: SUS 410 Conservation Biology now at the center of our awarded Sustainability Program, and a non-major's class called Biodiversity and Conservation that is also being taught statewide and teaching students the science of how to help make our planet a better place. These were my gifts to the college and the state. I also designed and taught perhaps one of the first classes in the country at Harvard University called Conservation Biology about 35 years ago. And I am far more competent now than I was then, at least I like to imagine so.

Clearly many documents in your packet would benefit from my interpretation, as the above examples hopefully attest, all the three Canvas Shells need a closer look and the original reviewers need to be asked a few carefully chosen questions. And so, I hope you will allow me at least one more opportunity to provide you with testimony in the very near future.

**CONFIDENTIAL**

**CMC RECORD000822**

2

Now to be very clear, let's peer closely into the two exams below and compare them with the statements of the reviewer on page 186 to see if they are the same documents, I hope to show you that perhaps, they are not!

Please look over the documents in your 140-page document, below and now go to page 186, inserted on page 3 of this document and then go to my two annotated attachments of my actual Midterm Exam and my Final Exam that I really did submit, below.

Please now review them for these two things:
1. Statements on page 186 about my competence from the reviewers. There are several good ones.
2. Then, please review them for reviewer's questions with an eye to the congruity to the 2 Exam documents I actually submitted, below….

Page 186 starts like this…

Go to:
Student assessment (go down to the middle of the page)

- Exams (down further)
  - A couple of representative examples include
    - Chapter 5, biomolecules, is one of the most content dense chapters covered in this course and is assessed with only five questions on the midterm, not a single question concerns the structure and function of major Biological macromolecules
    - Within the cell structure and function section, only one of the included five questions (33) deals with the function of cellular structures.
    - Within the cellular respiration section there are several nice application questions that make students apply what they learned, but there are no questions regarding the actual process of cellular respiration

**CONFIDENTIAL**

**CMC RECORD000823**

3

PLEASE REVIEW THIS PAGE AND THEN GO TO THESE TWO EXAMS, MY DOCUMENTS THAT I ACTUALLY SUBMITTED AND SENT TO YOU BY EMAIL TODAY, 28 JUNE 2020, EMBEDDED HERE IN THIS DOCUMENT WITH ANNOTATIONS

This first annotated page below is from your own 140-page performance plan and chronology packet.  Please look at all my annotations and especially observe the questions highlighted in yellow.  Clearly you will see that these exams I submitted in good faith are likely not the documents that the reviewers reviewed.

Student assessment

- The syllabus indicates that the students will be assessed in the following areas: ICs; Project and Presentation; Nature Journal and Lab Notebook; Attendance, Participation, Teamwork; and Exams.
- Rubrics have been provided for IC, lab notebook, and project and presentation assessment (as stated earlier there is no included documentation as to what the project and presentation entails).

Competence → These assessment areas appear appropriate for a BIO111 course.

- Although it is extremely important to make connections between the molecular/cellular world and the larger systems in which we live, I found that assessment of a Nature Journal was somewhat out of place in a BIO111 course. After examining the journal grading rubric it appears that this is primarily a laboratory/class activity notebook.
- Exams
  - There appears to be a significant disconnect between the expected lecture learning outcomes, as described in the provided exam study guides, and the assessed learning outcomes in the two provided exams.
  - These two exams cover a vast amount of course material (nine chapters and ten chapters for the midterm and final, respectively) and seem to suffer in depth of material assessed as a result.
  - A couple of representative examples include:

    *This is not the exam(s) that I submitted.*

    - Chapter 5 Biomolecules, is one of the most content dense chapters covered in this course and is assessed with only five questions on the midterm, not a single question concerns the structure and function of major biological macromolecules. ??
    - Within the cell structure and function section, only one of the included five questions (33) deals with the function of cellular structures. ??
    - Within the cellular respiration section there are several nice application questions that make students apply what they have learned, but there are no questions regarding the actual process of cellular respiration. ??
  - Although some chapters within this text could potentially be assessed with five questions, it seems unrealistic, given the stated study guide material, that five questions will appropriately assess many of the complex systems and processes covered in this course.

  *what exams were my review committee given?*

BIO112 General Biology II

Syllabus

Competence → The course outline provided in the syllabus covers the CCNS learning objectives and required topical outline for BIO112.

Competence → The required course materials are appropriate for a General Biology II course.

- The syllabus states that there are three exams in this course but only two are scheduled, a midterm and a final.

186

**CONFIDENTIAL**

**CMC RECORD000824**

4

Shawn's comments –

NOW OBSERVE MY EXAM DOCUMENTS CAREFULLY

- Exams (down further)
  - A couple of representative examples include
    - Chapter 5, biomolecules, is one of the most content dense chapters covered in this course and is assessed with only five questions on the midterm, not a single question concerns the structure and function of major Biological macromolecules

    -
    - Shawn's comments –
      - *Reviewer's claim incorrectly that "not a single question concerns the structure and function of major macromolecules", however in reality…*
      - There are six questions, not five.
      - Three questions (24, 25, 29), see below, deal with macromolecules.
      - Many questions throughout both exams deal with many other macromolecules including many kinds of proteins, those in the electron transport chain, RNA, DNA, and phospholipids – in conclusion, what exam was this reviewer reviewing?

    - Within the cell structure and function section, only one of the included five questions (33) deals with the function of cellular structures.

    - Shawn's comments –
      - *Cell structure and function section*
      - *Reviewer's incorrectly claim "only one of the five included questions (33) deals with the function of cellular structures."*
      - *No, I count 10 (25, 26(10), 27, 28, 30 31 32, 34, 35, 36, 37, 38), see below.*
      - *Question 33 does NOT deal with structure of function! False! Wrong document.*
      - *In conclusion, again, what were these reviews given, and by who? I was supposed to upload all documents, no one else.*

    - Within the cellular respiration section there are several nice application questions that make students apply what they learned, but there are no questions regarding the actual process

**CONFIDENTIAL**

**CMC RECORD000825**

of cellular respiration

- Shawn's comments –
  - Final Exam
  - Cellular respiration
  - *Reviewer's incorrect statement "…there are no questions regarding the actual process of cellular respiration*
  - Yes, there are…many… Final Exam (1, 2, 3, 4, 5), see below.
  - Including a large graphic of cellular respiration for question 4 in my hopefully acceptable exam.



  - Again, why aren't they reviewing my exams? Whose exams were they reviewing.

Shawn's comments –

Now go to my BIO 111 Midterm and Final Exams, attached below, and you will see that my documents state my competent in several sentences and show my ability is just fine, and interestingly, in contrast, it appears that these documents that the reviewers were reviewing and were referring to are likely not my documents. What documents did the reviewers see? Why are the right documents not being reviewed here?

Could this be why my competence is being mis-questioned? Don't you think I deserve a chance to explain myself in your hearing, at least once?

**CONFIDENTIAL**

**CMC RECORD000826**

6

IN CONCLUSION

I would like to request that Matt and Dave allow me and you and all of us to view the actual documents that my reviewers were reviewing.


IN SUMMARY

What exams were my reviewers reviewing? And who gave these documents to them? I would like to see the documents that my original reviewers saw and be allowed to confirm that I alone uploaded them, and I think that you all would also like to see and know the truth and why was I not declared completely competent?

I was rushed and out of time, but my ability should be clear. My father had just died, his estate was in turmoil and the family in distress, and Covid-19 prevented me from having any hope that my Canvas Shells would ever be set up in time, but everything points to my predicament, my competence is clearly intact.


ANNOTATIONS

Here are my annotated exams for your confirmation again of both my competence and alignment, and to see that my exams below were likely not the ones that the original reviewers reviewed… and at any rate that my Exams were respectable and any problems easily remedied…

I hope this convinces you to let me have a chance to defend my competence in a continuation of your hearing, now that we have the ground rules and agreements for sharing the time and the details of what the timings will be.

Many thanks for your consideration,


Shawn


See 2 attached annotated docs, below.


**CONFIDENTIAL**

**CMC RECORD000827**

*See Q. 33 and surrounding questions*

PRINT Name _____ Date _____ Class _____

Fall 2020

Midterm Exam BIO 111  Ch 1,2,3,4,5,6,7,8 (current)
Choose the *best* answer

Chapter 1. Evolution, Themes in Biology, and Scientific Inquiry

1)  Which of the following order is correct in terms of the hierarchy of the organization?
    a)  Ecosystem → Biosphere → Population → Community → Organism
    b)  Biosphere → Ecosystem → Population → Community → Organism
    c)  Ecosystem → Community → Biosphere → Population → Organism
    d)  Biosphere → Ecosystem → Community → Population → Organism

2)  Characters are transmitted from parents to offspring. _____ are the units of inheritance.
    a)  Genes
    b)  Proteins
    c)  RNA
    d)  DNA

3)  A *theory* in science is just a "good idea"
    a.  True
    b.  It is true only if any famous scientist *says* it is true
    c.  No, it is an idea that must be based on a well-supported body of facts and data based in repeatable controlled studies
    d.  Anyone can make a scientific theory, even if they know little or no science
    e.  None of the above

4)  Cells are _____.
    A) only found in pairs, because single cells cannot exist independently
    B) limited in size to 200 and 500 micrometers in diameter
    C) characteristic of eukaryotic but not prokaryotic organisms
    D) characteristic of prokaryotic and eukaryotic organisms

5)  In comparison to eukaryotes, prokaryotes _____.
    A) are more structurally complex
    B) are larger
    C) are smaller
    D) do not have membranes

6)  Which of the following organisms utilizes deoxyribonucleic acid (DNA) as their genetic material and it is encased within a *nuclear envelope*?
    a)  prokaryote
    b)  eukaryote
    c)  Both of the above
    d)  None of the first three

②

**CONFIDENTIAL**

**CMC RECORD000828**

8



e) All of the first three

7) To understand the chemical basis of inheritance, we must understand the molecular structure of DNA. This is an example of the application of which concept to the study of biology?
A) evolution
B) emergent properties
C) reductionism
D) feedback regulation

8) Which of these provides evidence of the common ancestry of all life?
a) ubiquitous use of catalysts by living systems
b) structure of the nucleus
c) structure of cilia
d) structure of chloroplasts
e) near universality of the genetic code

Chapter 2. Chemical Context of Life

9) About 25 of the 92 natural elements are known to be essential to life. Which 4 of these 25 elements make up approximately 96% of living matter?
a) carbon, sodium, hydrogen, nitrogen
b) carbon, oxygen, phosphorus, hydrogen
c) oxygen, hydrogen, calcium, nitrogen
d) carbon, hydrogen, nitrogen, oxygen

Refer to the following figure (first three rows of the periodic table) to answer the questions below.



③

**CONFIDENTIAL**

9

10) What element does not prefer to react with other elements?
    a) hydrogen
    b) helium
    c) beryllium
    d) both hydrogen and beryllium

11) When are atoms most stable?
    A) when they have the fewest possible valence electrons
    B) when they have the maximum number of unpaired electrons
    C) when all of the electron orbitals in the valence shell are filled
    D) when all electrons are paired

12) A salamander relies on hydrogen bonding to stick to various surfaces. Therefore, a
    salamander would have the greatest difficulty clinging to a _____.
    A) slightly damp surface
    B) surface of hydrocarbons
    C) surface of mostly carbon-oxygen bonds
    D) surface of mostly carbon-nitrogen bonds

13) How many electrons are involved in a triple covalent bond?
    A) 3
    B) 6
    C) 9
    D) 12

    Chapter 3   Water and Life

14) In a single molecule of water, two hydrogen atoms are bonded to a single oxygen atom
    by
    A) hydrogen bonds
    B) nonpolar covalent bonds
    C) polar covalent bonds
    D) ionic bonds

15) The partial negative charge in a molecule of water occurs because _____.
    A) the oxygen atom donates an electron to each of the hydrogen atoms
    B) the electrons shared between the oxygen and hydrogen atoms spend more time
    around the oxygen atom nucleus than around the hydrogen atom nucleus
    C) the oxygen atom has two pairs of electrons in its valence shell that are not neutralized
    by hydrogen atoms
    D) one of the hydrogen atoms donates an electron to the oxygen atom

16) Cohesion, surface tension, and adhesion are the properties of water molecules that
    _____.
    A) increase when temperature increases
    B) increase when pH increases
    C) are a result of hydrogen bonding
    D) are a result of polar covalent bonding

17) Liquid water _____.
    A) is less dense than ice
    B) has a specific heat lower than that of most other substances
    C) has a heat of vaporization higher than that of most other substances

④

**CONFIDENTIAL**

**CMC RECORD000830**

10

D) is nonpolar

18) Which of the following effects can occur because of the high surface tension of water?
   a) Lakes cannot freeze solid in winter, despite low temperatures.
   b) A raft spider can walk across the surface of a small pond.
   c) Organisms can resist temperature changes, although they give off heat due to chemical reactions.
   d) Sweat can evaporate from the skin, helping to keep people from overheating.

Chapter 4   Carbon and the Molecular Diversity of Life

19) The element present in all organic molecules is _____.
   A) hydrogen
   B) oxygen
   C) carbon
   D) nitrogen

20) Differences among organisms are caused by differences in the _____.
   A) elemental composition from organism to organism
   B) types and relative amounts of organic molecules synthesized by each organism
   C) sizes of the organic molecules in each organism
   D) types of inorganic compounds present in each organism

21) Stanley Miller's 1953 experiments supported the hypothesis that _____.
   A) life on Earth arose from simple inorganic molecules
   B) organic molecules can be synthesized abiotically under conditions that may have existed on early Earth
   C) life on Earth arose from simple organic molecules, with energy from lightning and volcanoes
   D) the conditions on early Earth were conducive to the origin of life

22) The experimental approach taken in current biological investigations presumes that _____.
   A) simple organic compounds can be synthesized in the laboratory from inorganic precursors, but complex organic compounds like carbohydrates and proteins can be synthesized only by living organisms
   B) a life force ultimately controls the activities of living organisms, and this life force cannot be studied by physical or chemical methods
   C) living organisms are composed of the same elements present in nonliving things, plus a few special trace elements found only in living organisms or their products
   D) living organisms can be understood in terms of the same physical and chemical laws that can be used to explain all natural phenomena

23) Testosterone and estradiol are male and female sex hormones, respectively, in many vertebrates. In what way(s) do these molecules differ from each other? Testosterone and estradiol _____.
   A) are structural isomers but have the same molecular formula
   B) are cis-trans isomers but have the same molecular formula
   C) have different functional groups attached to the same carbon skeleton
   D) are enantiomers of the same organic molecule

5

**CONFIDENTIAL**

**CMC RECORD000831**

11



Chapter 5  Biochemistry, Structure and Function of Large Biological Molecules

*a polymer is a macromolecule*

24) Which of the following is *not* a polymer?
A) glucose
B) starch
C) RNA
D) DNA

*structure macromolecules*

25) How many molecules of water are released during the polymerization of a 20 monomer-long cellulose molecule?
A) 10
B) 19
C) 20
D) 40

26) You would like to lose weight. Which of the following should be your preferred food group? _____
A) Lactose and glucose
B) Sucrose and starch
C) Starch and fructose
( D) Cellulose and fructose

*structure*

10) Which polysaccharide is an important component in the structure of many animals and fungi?
A) chitin
B) cellulose
C) amylopectin
D) amylose

*structure*

27) *Homo sapiens* have 23 pairs of chromosomes. This implies that _____.
A) 46 double-stranded DNA molecules are present in each somatic cell
B) 23 single-stranded DNA molecules are present in each somatic cell
C) 23 double-stranded DNA molecules are present in each somatic cell
D) several hundreds of genes are present on DNA but not on the chromosomes

*function*

28) People who are lactose intolerant cannot extract energy from milk because _____.
A) they are missing an enzyme
B) lactose is too big to be digested by the enzymes
C) milk is fermented to a by-product, which cannot be digested
D) they are missing the bacteria that can digest lactose

Chapter 6  Cell Structure and Function

*macro...*

29) Which of the following macromolecules leave the nucleus of a eukaryotic cell through pores in the nuclear membrane?
A) DNA
B) amino acids
C) mRNA
D) phospholipids

6

CONFIDENTIAL

CMC RECORD000832

12

*structure*

30) Which of the following is the smallest structure that would most likely be visible with a standard (not super-resolution) research-grade light microscope?
A) mitochondrion
B) microtubule
C) ribosome
D) virus

*function*

31) Which of the following would be the most appropriate method to observe the movements of condensed chromosomes during cell division?
A) a hand lens (magnifying glass)
B) standard light microscopy
C) scanning electron microscopy
D) transmission electron microscopy

*structure & function*

32) A newly discovered unicellular organism isolated from acidic mine drainage is found to contain a cell wall, a plasma membrane, a nucleus, two flagella, and peroxisomes. Based just on this information, the organism is most likely _____.
A) a nonmotile prokaryote
B) a motile bacterium
C) a motile archaea
D) a nonmotile eukaryote
E) a motile eukaryote

33) A cell with a predominance of smooth endoplasmic reticulum is likely specialized to _____.

A) store large quantities of water
B) import and export large quantities of protein
C) actively secrete large quantities of protein
D) synthesize large quantities of lipids

*structure*

34) In the fractionation of homogenized cells using differential centrifugation, which of the following will require the greatest speed to form pellets at the bottom of the tube?
A) nuclei
B) mitochondria
C) chloroplasts
D) ribosomes

*structure*

35) Which of the following would be the most appropriate method to observe the three-dimensional structure and organization of microvilli on an intestinal cell?
A) a hand lens (magnifying glass)
B) standard light microscopy
C) scanning electron microscopy
D) transmission electron microscopy

*structure & function*

36) In the evolutionary *endosymbiosis theory* mitochondria and chloroplasts are thought to have been derived from free living prokaryotes that became symbiotically involved and are now reproducing dependently within nearly all eukaryotic cells and species making life as we know it living today possible.
    a. True
    b. False

37) Which of the following will have the greatest ratio of surface area to volume?

⑦

CONFIDENTIAL

CMC RECORD000833

13

*structure*

A) A box that is 2×2×2.
B) A box that is 1×1×1.
C) A box that is 2×2×1.
D) A box that is 1×1×2.

38) Which of the following are found in plant, animal, and bacterial cells?
*structure*
A) mitochondria
B) ribosomes
C) chloroplasts
D) endoplasmic reticulum

Chapter 7  Membrane Structure and Function

39) Which of the following molecules dramatically increases the rate of diffusion of water across cell membranes?
A) the sodium-potassium pump
B) aquaporins
C) gated ion channels
D) ATP

40) *Phospholipids* have both hydrophilic heads and hydrophilic tails.
    a. True
    b. False

41) The *plasma membrane* has many kinds of proteins floating or moving within it and some are involved with communicating both within and outside the cells and this is how our cells communicate with their environment as we are now learning in the new field of science epigenetics.
    a. True
    b. False



42) Which is the best definition of *active transport* across a plasma membrane?
    a) movement of molecules from an area of their higher concentration to an area of their lower concentration
    b) movement of water across a semipermeable membrane from an area of high concentration to an area of lower concentration
    c) movement of molecules from an area of sugar concentration to an area of salt concentration
    d) movement of a substance against its concentration gradient with the use of ATP
    e) movement of water across a semipermeable membrane from an area of water to an area of lipids



**CONFIDENTIAL**

**CMC RECORD000834**

14

43) For a protein to be an integral membrane protein, it would have to be _____.
  A) hydrophilic
  B) hydrophobic
  C) amphipathic, with at least one hydrophobic region
  D) exposed on only one surface of the membrane

44) According to the fluid mosaic model of cell membranes, phospholipids _____.
  A) can move laterally along the plane of the membrane
  B) frequently flip-flop from one side of the membrane to the other
  C) occur in an uninterrupted bilayer, with membrane proteins restricted to the surface of the membrane
  D) have hydrophilic tails in the interior of the membrane

Chapter 8    Introduction to Metabolism

45) A firefly converts the energy of certain molecules into ATP and releases this energy in a form of light called
  a.  Nuclear radiation
  b.  Bioluminescence
  c.  Chlorophyll
  d.  Vacuoles
  e.  Heat

46) In fact, during the energetics of cellular processes much of the energy is given up and lost as
  A.  Plasma
  B.  pH
  C.  Organelles
  D.  Heat
  E.  Water

47) Which of the following types of molecules lack hydrophilic domains?
  A) transmembrane proteins
  B) integral membrane proteins
  C) peripheral membrane proteins
  D) cholesterol

48) Which of the following statements about diffusion is true?
  A) It is very rapid over long distances.
  B) It requires an expenditure of energy by the cell.
  C) It is an active process in which molecules move from a region of lower concentration to a region of higher concentration.
  D) It is a passive process in which molecules move from a region of higher concentration to a region of lower concentration.

49) When a plant cell, such as one from a tulip leaf, is submerged in a hypertonic solution, what is likely to occur?
  A) The cell will burst.
  B) Plasmolysis will shrink the interior of the cell.
  C) The cell will become flaccid.
  D) The cell will become turgid.

**CONFIDENTIAL**

**CMC RECORD000835**

50) The membranes of winter wheat are able to remain fluid when it is extremely cold by
_____.
A) increasing the proportion of unsaturated phospholipids in the membrane
B) decreasing the percentage of cholesterol molecules in the membrane
C) decreasing the number of hydrophobic proteins in the membrane
D) increasing the proportion of glycolipids in the membrane

51) Which of the following would likely diffuse through the lipid bilayer of a plasma membrane
most rapidly?
A) sucrose
B) an amino acid
C) O2
D) Na+

52) An animal cell lacking carbohydrates on the external surface of its plasma membrane
would likely be impaired in which function?
A) transporting ions against an electrochemical gradient
B) cell-cell recognition
C) attaching the plasma membrane to the cytoskeleton
D) establishing a diffusion barrier to charged molecules

(10)

**CONFIDENTIAL**

**CMC RECORD000836**

16

*Process of Cellular Respiration — mans* ←  ★

PRINT Name _____ Date _____ Class_____

Fall 2020

Final Exam  BIO 111  Ch 9,10,11,12,13,14,15,16,17,20
Choose the *best* answer

*CELLULAR RESPIRATION!*
*(C.R)*

Chapter 9    Cellular Respiration and Fermentation

1.  The reason we breathe is to
    a)  Stimulate symbiosis
    b)  Stop symbiosis
    c)  Stimulate phagocytosis
    d)  Accept the tired electron at the end of the ETC (electron transport chain) and turn it into water
    e)  Stimulate oxygen bubbles

2.  The kangaroo rat is afraid of water and can survive without water because
    a)  It stimulates photosynthesis
    b)  It stops photosynthesis
    c)  Stimulates glycolysis
    d)  It uses oxygen bubbles in the plastids
    e)  It creates its own water in the ETC

*C.R.!*

3.  Cellular respiration includes
    A.  Glycolysis
    B.  Preparatory reaction
    C.  Citric Acid Cycle
    D.  Electron transport train
    E.  All the above

*C.R.*

⑪

CONFIDENTIAL

CMC RECORD000837

17



C.R'.    4. Using the above diagram, explain why the desert kangaroo rat is reported to never need
to drink water or eat fresh wet foods all its life, in fact is afraid of water, and yet can get
all the water it needs from dry plant materials. It is thought this is possible because it can
get its water from one of the above four proteins (from left to right) because

    A. The first protein in the electron transport chain receives an
       electron
    B. The second protein in the electron transport chain receives an
       electron
    C. The third protein in the electron transport chain receives an
       electron that is energy poor, and is called "metabolic water"
    D. The chemiosmosis protein and it is called "energy water" as it
       receives an electron
    E. None of the above

C.R'.    5. The main concept of cellular respiration is the exploration of the great benefits of the
transfer of electrons and energy from glucose through oxidation reduction processes to
make abundant ATPs and this happens in the life support of all species on earth.
A. True
B. False

CONFIDENTIAL

CMC RECORD000838

18

Chapter 10 Photosynthesis



Copyright © 2005 Pearson Education, Inc. Publishing as Pearson Benjamin Cummings. All rights reserved.

6. In which of the following organisms did the process of photosynthesis most likely originate?
   A) in plants
   B) in prokaryotes
   C) in fungi
   D) three separate times during evolution

7. Under what conditions do photosynthesis and cellular respiration occur in plants?
   A) Photosynthesis and cellular respiration occur only in the light.
   B) Photosynthesis occurs only in the light, and cellular respiration occurs only in the dark.
   C) Photosynthesis occurs only in the light, and cellular respiration occurs in both the dark and the light.
   D) Photosynthesis and cellular respiration occur in both the dark and the light.

8. Why are plants green?
   a. They absorb only green wavelengths of light.
   b. They absorb only yellow and blue wavelengths of light.
   c. They reflect nearly all wavelengths of light.
   d. They reflect green wavelengths of light.
   e. They reflect yellow and blue wavelengths of light

9. In our photosynthesis lab we created a vacuum in the syringe to
   a) Stimulate photosynthesis
   b) Stop photosynthesis
   c) Stimulate the light reaction
   d) Stimulate the dark reaction
   e) Collapse the air spaces in spongy mesophyll



CONFIDENTIAL

CMC RECORD000839

19

10. In our photosynthesis lab the bubbles in the wet discs were
   a) Stimulate photosynthesis
   b) Stop photosynthesis
   c) Stimulate the light reaction
   d) Oxygen bubbles in the dark reaction
   e) Oxygen bubbles in the air spaces in spongy mesophyll

Chapter 11 Cell Communication

11. In the formation of biofilms, such as those forming on unbrushed teeth, cell signaling serves which function?
   A) formation of mating complexes
   B) aggregation of bacteria that can cause cavities
   C) secretion of substances that inhibit foreign bacteria
   D) digestion of unwanted parasite populations

12. Hormones are chemical substances produced in one organ that are released into the bloodstream and affect the function of a target organ. Which of the following conditions is required for the target organ to respond to a particular hormone?
   A) Cells in the target organ must modify their plasma membranes to allow the hormone to enter the cytoplasm.
   B) The target organ must be the same as the organ that produced the hormone.
   C) The target organ must have the opposite mating type of the organ that produced the hormone.
   D) The target organ must have receptors that recognize and bind the hormone molecule.

13. When a neuron responds to a particular neurotransmitter by opening gated ion channels, the neurotransmitter is serving as which part of the signal pathway?
   A) relay molecule
   B) transducer
   C) signal molecule
   D) response molecule

14. In the figure, the dots in the space between the two structures represent which of the following?
   A) receptor molecules
   B) signal transducers
   C) neurotransmitters
   D) hormones

15. In which of the following ways do plant hormones differ from hormones in animals?
   A) Plant hormones frequently travel through the air as a gas.
   B) Animal hormones are only local regulators.
   C) Plant hormones commonly travel through the soil from one plant to another.
   D) Animal hormones typically travel from the hormone producing cell to an adjacent responding cell through gap junctions.



**CONFIDENTIAL**

**CMC RECORD000840**

20

### Chapter 12 The Cell Cycle



Prophase    Metaphase    Anaphase    Telophase

16. In which of the following ways do plant hormones differ from hormones in animals?
   A) Plant hormones frequently travel through the air as a gas.
   B) Animal hormones are only local regulators.
   C) Plant hormones commonly travel through the soil from one plant to another.
   D) Animal hormones typically travel from the hormone producing cell to an adjacent responding cell through gap junctions.

17. Which best represents the original form of the chromatid sisters?
   a. two dissimilar duplicate chromosomes
   b. two crossed over duplicate chromosomes
   c. three duplicate chromosomes
   d. none of the above
   e. two identical duplicate "chromosome sisters" and they probably should be called "chromosome twin sisters" because they are identical

18. Which sequence of stages in mitosis is correct?
   a. prophase, anaphase, prometaphase, metaphase, telophase
   b. prophase, telophase, anaphase, prometaphase, metaphase
   c. telophase, anaphase, prophase, prometaphase, metaphase
   d. prophase, prometaphase, metaphase, anaphase, telophase
   e. anaphase, prometaphase, metaphase, prophase, telophase

19. In multicellular organisms, mitosis is
   a. a way of generating new kinds of mutant or recombinant organisms.
   b. the means of sexual reproduction.
   c. useful in stem cell lines that constantly replace sexual gametes, etc.
   d. a means of making a genetically identical copy of the original cell.
   e. able to occur in only a few cells of specialized tissues.

20. The rampant spread of cancerous cells throughout the body is called:
   a. apoptosis
   b. parthenogenesis
   c. metastasis
   d. telomerase
   e. none of the above

21. Prokaryotic cells were able to produce offspring by cloning using mainly mitosis for many millions of years before sex evolved, but had limited variation ability.
   A. True B. False



**CONFIDENTIAL**

**CMC RECORD000841**

21

## Chapter 13  Meiosis and Sexual Life Cycles

22. To make meiosis and sexual reproduction successful and thereby evolutionary genetic diversity of life possible on earth, the following process(es) must continue to occur worldwide
    - A. Homologous chromosomes must pair up
    - B. Crossover must occur in the tetrad
    - C. Independent assortment must take place
    - D. Fertilization must happen
    - E. All of the above are correct

23. *Homo sapiens* have 23 pairs of chromosomes. This implies that _____.
    - A) 46 double-stranded DNA molecules are present in each somatic cell
    - B) 23 single-stranded DNA molecules are present in each somatic cell
    - C) 23 double-stranded DNA molecules are present in each somatic cell
    - D) several hundreds of genes are present on DNA but not on the chromosomes

24. People who are lactose intolerant cannot extract energy from milk because _____.
    - A) they are missing an enzyme
    - B) lactose is too big to be digested by the enzymes
    - C) milk is fermented to a by-product, which cannot be digested
    - D) they are missing the bacteria that can digest lactose

25. *Spermatogenesis* is where four male sexual gametes are made, however in *oogenesis* there is ultimately only one female egg produced per original four haploid gamete cells because three cells sacrifice themselves to make one robust egg.
    - A. True  B. False

## Chapter 14  Mendel and the Gene Idea

26. *What was the most significant conclusion that Gregor Mendel drew from his experiments with pea plants?*
    - A) *There is considerable genetic variation in garden peas.*
    - B) *Traits are inherited in discrete units and are not the result of "blending."*
    - C) *Recessive genes occur more frequently in the F1 generation than do dominant ones.*
    - D) *Genes are composed of DNA.*

27. *Mendel continued some of his experiments into the F2 or F3 generation in order to _____.*
    - A) *obtain a larger number of offspring on which to base statistics*
    - B) *observe whether or not a recessive trait would reappear*
    - C) *observe whether or not the dominant trait would reappear*
    - D) *distinguish which alleles were segregating*

16

**CONFIDENTIAL**

**CMC RECORD000842**

22

28. In pea plants, the tall phenotype is dominant to the dwarf phenotype. If a heterozygous pea plant is crossed with a homozygous tall pea plant, what is the probability that the offspring will be dwarf in size?
A) 1
B) 1/2
C) 1/4
D) 0

29. Hydrangea plants of the same genotype are planted in a large flower garden. Some of the plants produce blue flowers and others pink flowers. This can be best explained by which of the following?
A) the knowledge that multiple alleles are involved
B) the allele for blue hydrangea is completely dominant over the allele for pink hydrangea
C) the alleles are codominant
D) environmental factors such as soil pH affect the phenotype

30. An obstetrician knows that one of her patients is a pregnant woman whose fetus is at risk for a serious disorder that is detectable biochemically in fetal cells. The obstetrician would most reasonably offer which of the following procedures to her patient?
A) karyotyping of the woman's somatic cells
B) X-ray
C) amniocentesis or CVS
D) blood transfusion

Chapter 15 Chromosomal Basis of Inheritance

31. Which of the following statements correctly describes the meaning of the chromosome theory of inheritance as expressed in the early 20th century?
A) Individuals inherit particular chromosomes attached to genes.
B) Mendelian genes are at specific loci on the chromosome and, in turn, segregate during meiosis.
C) No more than a single pair of chromosomes can be found in a healthy normal cell.
D) Natural selection acts on certain chromosome combinations rather than on genes.

32. All female mammals have one active X chromosome per cell instead of two. What causes this to happen?



CONFIDENTIAL

CMC RECORD000843

23

A) activation of the *XIST* gene on the X chromosome that will become the Barr body
B) activation of the *BARR* gene on one X chromosome, which then becomes inactive
C) inactivation of the *XIST* gene on the X chromosome derived from the male parent
D) attachment of methyl (-CH3) groups to the X chromosome that will remain active

33. Which of the following statements regarding gene linkage is correct?
   A) The closer two genes are on a chromosome, the lower the probability that a crossover will occur between them.
   B) The observed frequency of recombination of two genes that are far apart from each other has a maximum value of 100%.
   C) All of the traits that Mendel studied—seed color, pod shape, flower color, and others—are due to genes linked on the same chromosome.
   D) Linked genes are found on different chromosomes.

34. One possible result of chromosomal breakage is for a fragment to join a nonhomologous chromosome. What is this type of chromosomal alteration called?
   A) deletion
   B) inversion
   C) translocation
   D) duplication

35. During meiosis, a defect occurs in a cell that results in the failure of spindle microtubules binding at the kinetochores. Which of the following statements describes the most likely result of such a defect?
   A) New microtubules with more effective binding capabilities to kinetochores will be synthesized to compensate for the defect.
   B) Excessive cell divisions will occur resulting in cancerous tumors and an increase in the chromosome numbers known as polyploidy.
   C) The defect will be bypassed in order to ensure normal chromosome distribution in the new cells.
   D) The resulting cells will not receive the correct number of chromosomes in the gametes, a condition known as aneuploidy.

Chapter 16  Molecular Basis of Inheritance

36. Though Watson and Crick are historically attributed with the foundational discovery of the architecture of the DNA molecule they couldn't have done it without

   A.  Light microscopes
   B.  the original breakthrough research of Rosalind Franklin who discovered its basic structure through her work on x-ray diffraction
   C.  Uranium



CONFIDENTIAL

CMC RECORD000844

24

D. mRNA
E. the original breakthrough research of Lynn Margulis who discovered its basic structure through her work on x-ray diffraction

37. The original scientific lab report and published paper that Watson and Crick wrote that illuminated science from that moment onward was how long?
   A. One page
   B. Fifty pages
   C. About 100 pages
   D. Over 1000 pages
   E. None of the above

38. The basic subunits of the DNA molecule are now well known to be
   A. Adenine
   B. Guanine
   C. Cytosine
   D. Thymine
   E. All of the above



The eternal jellyfish, *Turritopsis rubra*

39. Life is counted down and restored by an enzyme called *telomerase* that catalyzes the lengthening of telomeres.
   A. True
   B. False

40. The thickening of DNA into chromatin is a multistage process involving the winding and rewinding of the double stranded DNA into tighter and tighter loops
   A. Until they break up
   B. until finally they are in the form of chromatid sisters
   C. Until they become G1
   D. Until apoptosis occurs

41. A firefly converts the energy of certain molecules into ATP and releases this energy in a form of light called
   a. Nuclear radiation
   b. Bioluminescence
   c. Chlorophyll
   d. Vacuoles
   e. Heat

42. Which of the following types of molecules lack hydrophilic domains?



**CONFIDENTIAL**

**CMC RECORD000845**

25

A) transmembrane proteins
B) integral membrane proteins
C) peripheral membrane proteins
D) cholesterol

43. Which of the following statements about diffusion is true?
A) It is very rapid over long distances.
B) It requires an expenditure of energy by the cell.
C) It is an active process in which molecules move from a region of lower concentration to a region of higher concentration.
D) It is a passive process in which molecules move from a region of higher concentration to a region of lower concentration.

44. When a plant cell, such as one from a tulip leaf, is submerged in a hypertonic solution, what is likely to occur?
A) The cell will burst.
B) Plasmolysis will shrink the interior of the cell.
C) The cell will become flaccid.
D) The cell will become turgid.

45. The membranes of winter wheat are able to remain fluid when it is extremely cold by
_____.
A) increasing the proportion of unsaturated phospholipids in the membrane
B) decreasing the percentage of cholesterol molecules in the membrane
C) decreasing the number of hydrophobic proteins in the membrane
D) increasing the proportion of glycolipids in the membrane

46. Which of the following would likely diffuse through the lipid bilayer of a plasma membrane most rapidly?
A) sucrose
B) an amino acid
C) O2
D) Na+

47. An animal cell lacking carbohydrates on the external surface of its plasma membrane would likely be impaired in which function?
A) transporting ions against an electrochemical gradient
B) cell-cell recognition
C) attaching the plasma membrane to the cytoskeleton
D) establishing a diffusion barrier to charged molecules

48. DNA replication and repair are mediated by

    A. Cytoplasm
    B. Nucleoplasm
    C. Ribosomes



**CONFIDENTIAL**

**CMC RECORD000846**

26

D. ER
E. specific enzymes.

Chapter 17  Gene Expression: from Gene to Protein

49. Describe the main activity that happens in the process of transcription.
    A. Ribosomes are made in the nucleolus
    B. tRNA is coded from the RNA
    C. DNA is coded from the mRNA
    D. mRNA is coded from the DNA
    E. Nucleoplasm produces new DNA best under the full moon when the
       endangered wolf is howling the right tune

50. List the three types of RNA.
    A. mRNA, tRNA and dRNA
    B. tRNA, ribosomal RNA, and rRNA
    C. mRNA, tRNA, and ribosomal RNA
    D. mRNA, tRNA and rDNA
    E. mRNA, tRNA and sRNA

51. Which is *most directly* responsible for the sequence of amino acids in a protein?
    A. the sequence of the nucleotides of the anticodons in tRNA
    B. the number of codons in mRNA
    C. the enzyme that attaches the amino acid to tRNA
    D. the number and order of codons in mRNA which it got from the DNA
    E. the proteins associated with rRNA

52. Which enzymes are involved in the process by which the pre-mRNA or immature mRNA
    is *finally* matured and spliced?
    A. DNA polymerases
    B. RNA reductases
    C. RNA Polymerase
    D. Spliceosomes
    E. None of the above

53. Which of the following nucleotide bases is found only in RNA, not in DNA?
    A. guanine
    B. adenine
    C. cytosine
    D. uracil
    E. thymine

54. Beadle and Tatum proposed the "one gene – one enzyme hypothesis" that says that
    each gene specifies the synthesis of only one enzyme. Now this hypothesis is being
    expanded to accommodate the new field of genetics called *epigenetics* where a gene
    can be modified to produce several types of enzymes with signals from the external
    environment, and this may lead to greater understandings of how biological diversity
    affects us, and how we make new beneficial enzymes.



CONFIDENTIAL

CMC RECORD000847

27

A. True B. False

Chapter 20  DNA Tools and Biotechnology

55. *Totipotency* in cells is the quality of most cells, even stem cells, and even highly differentiated cells such as brain cells...

  a. To be able to transfer genes to many partners
  b. To be able to travel within the organism
  c. To be able to go outside of the organism in parallel transfers
  d. to have all the DNA of the entire organism in every cell of the body, even when there are trillions of cells.
  e. None of the above

56. Imagine how many adaptive technologies exist within the 100 million + species on earth now and will likely contribute to the rise of human civilization. *Thermus aquaticus*, a thermophilic bacteria, gave us PCR the polymerase chain reaction, and this organism was discovered in the Octopus hot spring in Yellowstone, and made modern genetic engineering possible, and if that little pool had not been protected in this park, and it had gone extinct we may never have discovered an identical way to approach the myriad cures for many of our terrible genetic diseases.
  a) True
  b) False

57. Stem cells offer great promise for cures of genetic diseases because potentially they may be able to
  A. Turn into entire new species
  B. differentiate into many kinds of cells where disease or injury has occurred and then healing those damaged tissues.
  C. Differentiate into mindless clones for backup organisms
  D. Differentiate into making new medicines within an organism



**CONFIDENTIAL**

**CMC RECORD000848**

28

**CONFIDENTIAL**

**CMC RECORD000849**



# Curriculum Vitae

Draft for performance plan - Summer 2020
THIS ALL NEEDS MORE EDITING, ran out of time!

# Shawn V. Sigstedt

33300 RCR 24 • Steamboat Springs, CO 80487
Cell 970 819 3022 • Office 970 870 4530
World Park email: nature@worldpark.org
CMC email: ssigstedt@coloradomtn.edu

## EDUCATION

Ph.D. ABD, Harvard University, Ethnobotany, Conservation Biology
1988 MA, Harvard University, Master's Degree in Physiological Plant Ecology
1983 BA, Botany, Conservation Biology, Colorado College, with honors

## HONORS

Harvard University. *Distinction in Teaching Award*. 1990 (Harvard's highest teaching award)
The Colorado College. *Graduation with Distinction.* 1983.

## PROJECTS

### WORLD PARK PROJECT - SUMMARY

The future of our planet really depends on our ability to re-connect with nature and the universe both outwardly and inwardly. The main first step of World Park is to experience a reconnection with nature and then take the protected parks and natural areas around the world and transform them by treating them as "centers of a world park," and then "daisy chain" them all together and expand them outwardly in every direction towards each other, with great discernment, until gradually we restore our entire planet into a healthy global ecosystem again. A great benefit of this plan is that it honors the excellent work of conservation biologists and educators around the world, and as well honors the innovative technologies of the indigenous people who have lived sustainably surrounded with biodiversity in nature for thousands of years with a high quality of life. World Park is founded in good science and is

## CONFIDENTIAL

CMC RECORD000850

based on the robust *theory of island biogeography* and new and ancient technologies of many cultures and acknowledges that the larger the nature reserve, the healthier the ecosystem, and so the best size for the park is the entire planet.

**ETNOBOTANY, ZOOPHARMACOGNOSY, AND BIOMIMICRY AND BEARS PROJECT - SUMMARY**
Nearly every indigenous culture, the last models on earth for living in nature sustainably for thousands of years surrounded with biodiversity are being killed off rapidly, and nearly every one of them has oral traditions that bears are the creatures that are keeping our planet healthy, and are the protectors of the planet's medicinal plants. My research has included a goal of visiting all the continents on earth where the world's species of bears live to study the indigenous perspective that bears are "Ecosystem Engineers. So far, I have visited bears in the following areas People's Republic of China, Borneo, Canada, Alaska, Sweden, Norway, Finland, Iceland, and many other countries in northern Europe.

**CAREER SUMMARY**

*Presentations*. I have been giving presentations all around the world in conservation biology and have contributed to the foundations of two new fields of science, Biomimicry and Zoopharmacognosy

*Scientific conventions and meetings*. I have been \*\*\*

*Conservation Biology.* Through the years, I have traveled extensively around the world researching and presenting about the need for global nature conservation emphasizing the importance of protection of biodiversity including medicinal plants. Travel for conservation conventions and for independent research include to nature reserve research in Polynesia, Ecuador, Brazil, Venezuela, Costa Rica, and the People's Republic of China. Recently I traveled in Northern Europe including England, Whales, Ireland, Scotland, Sweden, and Iceland where I was invited to give presentations about my World Park strategic plan for global nature conservation including my new education system at Plymouth University and intentional communities such as Findhorn Foundation in Scotland and Solimar Institute in Iceland. I have been working in communication with professors at Helsinki University in Finland on my innovative progressive teaching approach. I presented a map-making approach to members of the Lapland Sami Parliament to my colleagues in Norway and Sweden. This summer I traveled to Malaysia and Borneo continuing my research on global nature conservation, biomimicry, and zoopharmacognosy

*Biomimicry and Ethnobotany.* My biomimicry and ethnobiology research has contributed to the foundations to two new fields of medicine, Biomimicry and Zoopharmacognosy, and arose when I was living with the Hopi and Navajo Indians when I discovered that an ancient story about how bears gave a great gift to all mankind of a treasured medicinal herb had a biological basis. Since that discovery, I have given many presentations nationally and worldwide to

**CONFIDENTIAL**

**CMC RECORD000851**

organizations including AAAS (American Association for the Advancement of Sciences), the Smithsonian, Harvard University, MIT, Denver Botanical Gardens, Plymouth University, Beijing University, Society for Conservation Biology, Society of Economic Botany, Society for Ethnobiology, American Herbalist Guild and many others.

*Education Background.* Designing and teaching the first class in Conservation Biology at Harvard University was a wonderful experience for me. I was working on my Ph.D. with the late Dr. Richard Evans Schultes, pioneer and world leader in ethnobotany and conservation biology until he retired. While working as a teaching fellow at Harvard, I worked with E. O. Wilson and was honored to be a teaching assistant with Stephen J. Gould. et. al., where I taught ecology, biology, biodiversity and conservation, and I made progress on my biomimicry research with bears in my graduate program.

*Professorship*. Now I am full time professor of biology at the Colorado Mountain College and for going on 10 years and have been extremely honored to be working with a wonderful faculty and staff and many great students.

*Grants.* As principle investigator of numerous grants, I have successfully been awarded and managed well over a half million dollars for research and travel around the world studying nature reserve design and visiting and sometimes living with indigenous people as well as conducting research to help save a native medicinal plant from extinction here in Steamboat Springs area developing natural medicine line containing natural occurring natural broad-spectrum antibiotics and immune stimulators and wound healers.


**BACKGROUND**
*Nature conservation.* All my life I have been traveling around the world visiting parks, Biosphere reserves, National Parks, nature reserves, and natural areas and studying nature reserve design.


**FAMILY**
Date of Birth:          January 22, 1950
Marital Status:       Single
Children:                Leif, born 17th August 1991
                              Olin, born 5th July 1994


**GRANTS AND AWARDS**

**CMC**
Professional Development Grants from Colorado Mountain College, 2007 – 2013
1. To give a presentation in Plymouth University in England to the Society of Economic Botany annual convention, and where I then traveled throughout northern Europe


**CONFIDENTIAL**

CMC RECORD000852

giving presentations about my World Park strategic plan for global nature conservation including my new education system.

2. To give a presentation at the Denver Botanical Gardens, Society of Ethnobiology annual convention
3. To give a presentation in St. Louis, Missouri, Society of Economic Botany annual convention
4. Other presentations at national and international conventions

**USDA**

United States Department of Agriculture, SBIR CSREES. 2004 – 2019. I received $375,000 from USDA Grant Number Proposal # (2004-33610-14720). Phase I, Phase II. Starting in 2003 in order to help save Osha, *Ligusticum porteri*, a native species with broad-spectrum antibiotics from extinction in the Yampa Valley Feasibility grant of $75,000 was followed by $3000,000 for Demonstration, now being followed by Phase III, Implementation, to help save this species from extinction through community services.

**Harvard University**

1. Manaus, Brazil World Wildlife Fund. Researcher. Conducted research in the Amazon rainforests at the *Minimum Critical Size of Ecosystem Project*, in the world's largest ecological study. 1986.
2. Alaska wilderness. Researcher. Searching for lost behavior to help save rare medicinal plants from extinction.
3. Smithsonian Institute, National Park Zoo, Washington, DC. Guest lecturer on biomimicry and the Giant Pandas.
4. *Atkins and Richardson Grants,* Awarded three grants for restoration and ethnobotanical research on plants in the Rocky Mountains in the genus *Ligusticum*.  1985, 1986, and 1988.

**IBM**

*Thomas J. Watson Foundation Fellowship*. Researcher in People's Republic of China. Medical research. Conducted comparative ethnobotanical research on uses of plants in the genus *Ligusticum* in two continents, Asia and North America. 1983-1984.

**The Nature Conservancy**

Science diplomat for TNC to China People's Republic of China for Washington, DC office. I served as an emissary to introduce Nature Conservancy methodologies for nature conservation to the Ministry of the Forests in Beijing, the highest conservation biology governing body and advising board in the People's Republic of China.

**The Colorado College**

*Friends of Hopkins Marine Station Award* and *Robert Stabler Award.* Two awards for travel to Stanford University's Hopkins Marine Station for marine biological research and classes. 1981

**CONFIDENTIAL**

**CMC RECORD000853**

**PROFESSIONAL MEMBERSHIPS IN SCIENTIFIC SOCIETIES**
SCB - Society for Conservation Biology
SEB - Society for Economic Botany
SOE - Society of Ethnobiology

**EMPLOYMENT**
2007-2020. **Colorado Mountain College**, Alpine Campus. Full Time Associate Professor of Biology.
2003. **National Geographic**. Steamboat Springs. Filmed my research on *Our Origins of the Knowledge of Medicine:* uses of Osha by bears, Navajo Indians, and the medical community.
2000-03. **Rocky Mountain Center for Botanical Studies.** Boulder, CO.
Guest faculty. Medical, ethnobotanical, and ecological conservation topics.
2000-03. **Southwest School of Botanical Medicine, Bisbee, AZ.** Guest Instructor. Medical, ethnobotanical, and ecological conservation topics.
1996-2003t. **Lowell Whiteman School,** Steamboat Springs, CO. Guest lecturer and tutor in biology, environmental science, history, English and geography.
1996. **Regis University,** Denver, CO.  Course Consultant in medical botany.
1995. **The Nature Conservancy,** Steamboat Springs, CO. Scientist and Conservation Steward associated with areas near the Carpenter Ranch.
1995. **Kaua'i Children's Discovery Museum.** Kaua'i, Hawaii. Science advisor and board member. Demonstrations and supervision of science program.
1994. **Yampa River Botanic Park.** Steamboat Springs, CO. Park Designer, and board member. I received the contract to design our Steamboat Springs botanical garden based on native and medicinal plant themes and ecological zones.
1993. **Santa Fe Botanical Garden.** Santa Fe, New Mexico. Acting Director of the Santa Fe Botanical Garden leading projects in education, public relations, and fundraising.
1992. **School for Field Studies**, Beverly, MA. Senior faculty. Participated in Ecuadorian rain-forest project, developing the curriculum and helping set up program in Ecuador.
1992. **American Indian Scientists and Engineering Society,** Boulder, CO. Guest lecturer at AISES, instruction in medical ethnobotany.
1984-1990. **Harvard University.** Cambridge, MA. Teaching Fellow, premedical biology, botany, ecology, tropical ecology, ethnobotany, and the sciences. Additional teaching experience included organizing, leading and assisting with undergraduate field courses on ethnobotany, conservation biology and ecology in both temperate and tropical regions including Brazil, Venezuela and Costa Rica.
1989. **Harvard University.** Cambridge, MA. Teaching Fellow. Designed, built, and taught and was awarded for teaching the first course at Harvard University in Conservation Biology.
1982. **The Nature Conservancy**. Piceance Basin, CO. Field botanist. Participated in floristic survey.  My research included the discovery and identification of a new species of plant on earth, *Physaria heliophilus* (Brassicaceae).
1982. **Stanford University, Hopkins Marine Station**, Monterey Bay, California. I was employed at doing marine biology research of the pacific algae of Lawai Kai, Hawaii.
1981. **The University of Wyoming,** Laramie, WY. Botanist. Participated in research on rare, endemic, and medical potential plants in the Apiaceae growing on limestone outcroppings;

**CONFIDENTIAL**

CMC RECORD000854

traveled from the Rocky Mountains to the west coast.

1980. **The Nature Conservancy.** Mueller Ranch, CO. Field botanist. Participated in floristic survey on the north side of Pikes Peak.

1978-1979. **Plants of the Southwest**. Santa Fe, NM. Researcher and grower. Field and greenhouse activities with native plant seed company, including bioplasm collection and germination research on native plants for medicine, restoration, and conservation.

1971-1978. **Hopi-Navajo land.** Apprentice. As a young man, for seven years, I apprenticed with a Navajo and Hopi medicine man in an American Indian hospital, exploring, acquiring and sharing knowledge of native plants as used within their culture for medicine. This was foundational to my conservation biology career.


**FOUNDER OF THESE THREE ORGANIZATIONS**
Founder, President, *World Park Educational Institute, Inc.*
Founder, President, *Healing Planet Herbs, Inc*.
Founder, President, *Oshaworks, Inc.*


**MEDIA**

**Books**
**\*\*Osha, Ligusticum porteri, first monograph**
*Biomimicry: Innovation Inspired by Nature. Benyus, Janine M*. 2002. Publisher, William Morrow. Pgs. 167.
*The Village Herbalist*, Phillips, N and M.  2001. Chapter 2.
*Medicine Quest*, Plotkin, M.  2000. Chapter 9, pp. 170-171.
*Encyclopedia Britannica Yearbook of Science and the Future*, pp. 189-9. Rodriguez, E.

**Movies**
1995.  Zoopharmacognosy
*National Geographic, Explorer Program*: Animals healing themselves – about my bear research. National Geographic was here at my ranch in Steamboat Springs - St. Thomas Productions with National Geographic - filming my bears and Osha use for 10 days here and around our ranch.


**Journals**
*Science News*, *138*(18), 280-282. Cowen, R.  1990.  Medicine on the Wild Side.
*Newsweek*, pp. 53-54. Leonard, E. A., & S. Begley.  1992, February 3. Take two roots; call me: How wild animals use nature's medicine chest.
*Newsweek. Ibid.*  (Japan and Korea at later dates.)
*The Scientist*, 6(6), 1-9. Andrews, R.  1992, March 16.  American Indians in science: Western science learns from native culture.
*National Wildlife,* Dec/Jan 1994, pp. 46-49. National Wildlife Federation, Lipske, M. Animal Heal Thyself.


**CONFIDENTIAL**

**CMC RECORD000855**

*Animals Magazine,* pp. 26-30. Grisanzio, J. A.  1992, September.  Fur Bearing Pharmacists.
*Self*, p. 46. Korn, P.  1992, June. Nature's Wonder Drugs: Learning from Bear "Scouts."
*P.M. Magazine.* March 1992, pp. 38. Helfen die Arzneimittel der tiere auch uns Menschen?
*Geoskop: Verhalten ,* pp. 142-143. Davey, P., & B. Coleman.  1992, January 27.  Tiere kurieren sich selbst.
*Cutter Information Corporation: Global Environmental Change Report, III* (9), 1-3. Hurley, B. J.  1991, May 3.  Rare and endangered plants: First causalities of greenhouse warming?
**Radio**
*National Public Radio: Living on Earth*, Steve Kerwood,  31 January 1992.

**SCIENTIFIC PRESENTATIONS and ABSTRACTS**
*Sigstedt, S.*  2013. A World Park Presentation – Biomimicry: How Bears and American Indians have Discovered Secrets for Helping Restore our Planet Back into a Healthy Global Ecosystem. Colorado Mountain College, Alpine Campus, Steamboat Springs, CO.
*Sigstedt, S.*  2013. World Park – How American Indians have Discovered Secrets involving Bears for Helping Restore our Planet Back into a Healthy Global Ecosystem. Solimar Ecovillage, Iceland.
*Sigstedt, S.*  2013. World Park – How Bears and American Indians have Discovered Secrets for Helping Restore our Planet Back into a Healthy Global Ecosystem. Findhorn Foundation Educational Community, Scotland.
*Sigstedt, S.*  2013. World Park – An Exciting New Perspective for Global Nature Conservation. Petchu Ketchi. Society for Economic Botany Annual Meeting, Plymouth University, England.
*Sigstedt, S.*  2013. World Park: Helping Restore our Planet Back into a Healthy Global Ecosystem. Society for Economic Botany Annual Meeting, Plymouth University, England.
*Sigstedt, S.*  2012. World Park - a unified nature conservation strategy and educational initiative with beneficial biological consequences. Society for Economic Botany Annual Meeting, St. Louis, MO.
*Sigstedt, S.*  2012. World Park: An Exciting New Perspective for Global Nature Conservation, Denver Botanical Gardens, Society for Ethnobiology Annual Meeting, Denver, CO.
*Sigstedt, S.*  2009. Stalking the Wild Osha Presentation at the American Herbalist Memorial Conference for Michael Moore.  April 17-19. Truth or Consequences, NM.
*Sigstedt, S.*  2009. Conservation Biology Workshop given at the American Herbalist Memorial Conference for Michael Moore.  April 17-19. Truth or Consequences, NM.
*Sigstedt, S.*  2002. Bear Medicine and Osha Restoration.  Living on a Healing Planet.  Talks presented at the Rocky Mountain Herbal Gathering, Estes Park, CO.
*Sigstedt, S.*  2000.  Population extinction and cultivation of the medicinal plant Osha.  Talks presented at the University of Wyoming, Laramie, WY.
*Sigstedt, S.*  1993. Protection of Indigenous Cultures by the Preservation of Ecosystems. Presentation to American Herbalists Guild, Glorietta, New Mexico.
*Sigstedt, S.*  1993. Bear Medicine: "Self-medication" by Animals. Presentation to the American Herbalists Guild, Glorietta, New Mexico.
*Sigstedt, S.*  1992. AAAS, American Association for the Advancement of the Sciences. Presentation about biomimicry, and the new field of science I helped co-found zoopharmacognosy, and my pioneering research on the use of native plants for medicine by bears.

**CONFIDENTIAL**

**CMC RECORD000856**

*Sigstedt, S.* 1990, and 1991. Society for Economic Botany. Presentation on my research progress on the conservation and restoration of *Ligusticum porteri* under clonal *Quercus gambelii* canopies.

*Sigstedt, S.* 1990. Extinction and restoration of refugial populations of *Ligusticum porteri* (Osha de la Sierra) under canopies of *Quercus gambelii* (Gambel's Oak) in the Rocky Mountain Region. Presentation to the Annual Meeting of the Ecological Society of America, Snowbird, UT.

*Sigstedt, S.* 1990. Implications of "self-medication" by animals for conservation biology strategy. Presentation to the Annual Meeting of the Society for Conservation Biology, Snowbird, UT.

*Sigstedt, S.* 1989. The preservation of an ancient medicinal plant in the genus *Ligusticum* in the Rocky Mountains and in the People's Republic of China. Presentation to the Annual Meeting of the Society for Economic Botany, Honolulu, HI.

*Sigstedt, S.* 1989. Self-medication by bears: Competition by animals and humans for the endangered medicinal plant, *Ligusticum porteri* (Osha de la Sierra). Presentation to the National Park Zoo of the Smithsonian Institute, Washington, DC.

*Sigstedt, S.* 1988, 1989. Society for Conservation Biology. Presentation of my discovery in Alaska of the unique germination dynamics of *Ligusticum porteri* subsequently grown in growth chambers simulating ice age like conditions.

*Sigstedt, S.* 1987. Bear Medicine: Uses of Osha by bears, and progress on human cultivation of Osha. Talk presented to the Annual Meeting of the American Herbalist Guild, Glorietta, NM.

*Sigstedt, S.* 1984. In search of ancient medicines in the genus *Ligusticum* by American Indians and Chinese: a biogeographical study. Colorado College, Colorado Springs, CO.

*Sigstedt, S.* 1983. The germination and taxonomy of *Ligusticum porteri*. Presentation; senior thesis. The Colorado College, Colorado Springs, CO.

*Sigstedt, S.* 1983. The growing conditions of *Ligusticum porteri* in the high-altitude springs of the Chiricahua Mountains of Arizona. Presentation at the Colorado College, Colorado Springs, CO.

*Sigstedt, S.* 1981. Germination and seedling morphology of *Ligusticum porteri* (Apiaceae). Presentation to the 42nd Annual Meeting of the Colorado-Wyoming Academy of Sciences (Volume III).

**CONFIDENTIAL**

**CMC RECORD000857**

Draft
Peer Review Committee Recommendation
Regarding Colorado Mountain College's Decision
For Non-Renewal of Mr. Shawn Sigstedt's 2020-2021 Regular Faculty Employment Contract

Overview

Following Board of Trustees' Policy 6.26, Grievance for Faculty Terminations, and the relevant Procedure Number 6-I, Peer Review Committee Procedure, five (5) full-time faculty members were selected to constitute a Peer Review Committee ("Committee") to conduct a hearing on the decision that Colorado Mountain College ("College") made for non-renewal of Mr. Shawn Sigstedt's annual employment contract as Associate Professor.

The charge of the Committee was to decide between two options: (a) the College satisfied the grounds for non-renewal according to Policy 6.26 or (b) the College did not satisfy the grounds for non-renewal according to Policy 6.26.

This document represents the Peer Review Committee's written findings of fact and recommendations.

Recommendation

The Peer Review Committee determines that the College has satisfied the grounds for non-renewal of Mr. Sigstedt's annual employment contract according to Board Policy 6.26.

Findings of Fact

In accordance with Procedure 6-I, Peer Review Committee Procedure for Grievance for Faculty Termination Policy 6.26, the Peer Review Committee considered the evidence that Colorado Mountain College presented to justify the performance-based non-renewal of Mr. Shawn Sigstedt's full-time regular faculty contact.

On June 22, 2020, the Peer Review Committee conducted a hearing via Webex on the issues presented by the parties: The College and Mr. Shawn Sigstedt. The meeting was recorded. In its June 22 hearing and subsequent deliberations from June 20 through June 29, 2020, the Committee did not consider material that is unrelated to the grounds for non-renewal.

*Definitions*

Competence: Board of Trustees Policy 6.26 defines competence as "the proven ability to sufficiently perform all duties as identified in College policy and/or job description… [including but not limited to] teaching quality as indicated by a preponderance of formal and documented evidence regarding the faculty member's ability to perform professional teaching responsibilities."

1

**CONFIDENTIAL**

**CMC RECORD000858**

Non-renewal: Board of Trustees Policy 6.26 defines non-renewal as "the failure or refusal to offer to an employee a new contract of employment for the subsequent year."

Grounds for Non-renewal: Board of Trustees Policy 6.26 states "a regular Faculty Member's contract may be allowed to expire and may not be renewed for failing to demonstrate Competence at any time during the preceding two years, justifiable lack of work related to discontinuance of a program area, or for other justifiable academic reason as determined by the college President."

Notice for Non-renewal: Board of Trustees Policy 6.26 states "notice of Non-renewal shall be given by the President or his or her designee no later than sixty days preceding the end of the contract term."

*Overview of Circumstances*

The College's grounds for non-renewal of Mr. Sigstedt's faculty contract appear to be based on his "failing to demonstrate Competence at any time during the preceding two years" (Policy 6.26, p. 2). In a May 15, 2020 memorandum to Mr. Sigstedt, the Dean of STEM noted that the evaluation of the deliverables that Mr. Sigstedt submitted to fulfill the performance plan indicated that "serious curricular and pedagogical concerns remain."

The Dean of STEM further stated in this May 15, 2020 memorandum to Mr. Sigstedt, "I do not believe these concerns can be resolved. Such concerns are significant, as they directly relate to critical standards for academic professionalism, competence as a faculty member, and student success."

*Timeline for Evidence*

On July 12, 2019, the College's Dean of Science, Technology, Engineering, and Mathematics (STEM) and the Associate Dean of Academic Affairs (AA) of the Steamboat Springs Campus notified Mr. Shawn Sigstedt of a performance plan designed "to address and correct performance concerns about [his] professional work at the College."

The performance plan outlined the specific areas where Mr. Sigstedt needed to improve during fall 2019 semester:

1. Lack of curricular alignment with established learning outcomes in Guaranteed Transfer (GT) biology courses, including laboratory experiences
2. Untimely and insufficient use of Canvas Learning Management System
3. Unacceptable (contractual) language in course syllabi
4. Reports of confrontational, intimidating, and otherwise unprofessional behavior with students

On August 20, 2019, Mr. Sigstedt, the Dean of STEM, and the Associate Dean of AA signed the performance plan. The performance plan included the following statement:

2

**CONFIDENTIAL**

**CMC RECORD000859**

"I, Shawn Sigstedt, have read and understand this Performance Plan. I understand that failure to make immediate improvements and/or to successfully complete this Performance Plan may result in further disciplinary action, up to and including the termination of my employment with Colorado Mountain College."

Although Mr. Sigstedt agreed to improve performance according to the plan, he had family health matters to address and notified the College on November 5, 2019. Therefore, the College granted FMLA leave from November 5, 2019 to February 17, 2020 and subsequently 13 days of sick leave and five (5) days of bereavement leave that extended Mr. Sigstedt's leave to March 20, 2020.

On March 19, 2020, the College granted approval for Mr. Sigstedt work remotely and the deadline for the performance plan was extended to May 1, 2020. Then, at the request of Mr. Sigstedt, the deadline for completing the performance plan was granted to May 3, 2020. During the period of the performance plan (August 20, 2019 to May 3, 2020), the evidence presented to the Peer Review Committee indicates that Mr. Sigstedt did not improve satisfactorily in the first two areas of the plan. Additionally, three science discipline specific faculty members conducted a review of Mr. Sigstedt's course materials and determined on May 7, 2020, that Mr. Sigstedt did not meet expectations.

The Peer Review Committee considered the evidence from College administrators, faculty peers, and student evaluations and reports that Mr. Sigstedt's courses lack alignment with Guaranteed Transfer learning outcomes and that certain actions of Mr. Sigstedt's resulted in a "hostile learning environment" for some students.

The Peer Review Committee also considered the evidence representing the May 1, 2020 letter that Mr. Sigstedt wrote to the Dean of STEM outlining his plans to improve his teaching program. However, the Committee determined that Mr. Sigstedt did not implement these improvements before the conclusion of the performance plan on May 3, 2020.

### Summary

In summary, The Peer Review Committee determines that the College has satisfied the grounds for non-renewal of Mr. Sigstedt's annual employment contract according to Board Policy 6.26, based on Mr. Sigstedt's failure to demonstrate Competence in finishing all deliverables of required performance plan contract by the extended due date.

Bill: do you think we need to justify the reason for the determination beyond what is stated in the document already or simply just state the determination?

Date Submitted by Peer Review Committee: June 29, 2020

3

**CONFIDENTIAL**

**CMC RECORD000860**

PRINT Name _____     Date _____Class_____

Fall 2020

Final Exam  BIO 111  Ch 9,10,11,12,13,14,15,16,17,20
Choose the *best* answer

Chapter 9    Cellular Respiration and Fermentation

1. The reason we breathe is to
   a) Stimulate symbiosis
   b) Stop symbiosis
   c) Stimulate phagocytosis
   d) Accept the tired electron at the end of the ETC (electron transport chain) and turn it into water
   e) Stimulate oxygen bubbles



2. The kangaroo rat is afraid of water and can survive without water because
   a) It stimulates photosynthesis
   b) It stops photosynthesis
   c) Stimulates glycolysis
   d) It uses oxygen bubbles in the plastids
   e) It creates its own water in the ETC

3. Cellular respiration includes
   A. Glycolysis
   B. Preparatory reaction
   C. Citric Acid Cycle
   D. Electron transport train
   E. All the above

**CONFIDENTIAL**

**CMC RECORD000861**



4. Using the above diagram, explain why the desert kangaroo rat is reported to never need to drink water or eat fresh wet foods all its life, in fact is afraid of water, and yet can get all the water it needs from dry plant materials. It is thought this is possible because it can get its water from one of the above four proteins (from left to right) because

    A. The first protein in the electron transport chain receives an electron
    B. The second protein in the electron transport chain receives an electron
    C. The third protein in the electron transport chain receives an electron that is energy poor, and is called "metabolic water"
    D. The chemiosmosis protein and it is called "energy water" as it receives an electron
    E. None of the above

5. *The main concept of cellular respiration is the exploration of the great benefits of the transfer of electrons and energy from glucose through oxidation reduction processes to make abundant ATPs and this happens in the life support of all species on earth.*
A. True
B. False

**CONFIDENTIAL**

**CMC RECORD000862**

Chapter 10 Photosynthesis



Copyright © 2005 Pearson Education, Inc. Publishing as Pearson Benjamin Cummings. All rights reserved.

6. In which of the following organisms did the process of photosynthesis most likely originate?
   A) in plants
   B) in prokaryotes
   C) in fungi
   D) three separate times during evolution

7. Under what conditions do photosynthesis and cellular respiration occur in plants?
   A) Photosynthesis and cellular respiration occur only in the light.
   B) Photosynthesis occurs only in the light, and cellular respiration occurs only in the dark.
   C) Photosynthesis occurs only in the light, and cellular respiration occurs in both the dark and the light.
   D) Photosynthesis and cellular respiration occur in both the dark and the light.

8. Why are plants green?
   a. They absorb only green wavelengths of light.
   b. They absorb only yellow and blue wavelengths of light.
   c. They reflect nearly all wavelengths of light.
   d. They reflect green wavelengths of light.
   e. They reflect yellow and blue wavelengths of light

9. In our photosynthesis lab we created a vacuum in the syringe to
   a) Stimulate photosynthesis
   b) Stop photosynthesis
   c) Stimulate the light reaction
   d) Stimulate the dark reaction
   e) Collapse the air spaces in spongy mesophyll

**CONFIDENTIAL**

**CMC RECORD000863**

10. In our photosynthesis lab the bubbles in the wet discs were
    a) Stimulate photosynthesis
    b) Stop photosynthesis
    c) Stimulate the light reaction
    d) Oxygen bubbles in the dark reaction
    e) Oxygen bubbles in the air spaces in spongy mesophyll


Chapter 11 Cell Communication


11. In the formation of biofilms, such as those forming on unbrushed teeth, cell signaling serves which function?
    A) formation of mating complexes
    B) aggregation of bacteria that can cause cavities
    C) secretion of substances that inhibit foreign bacteria
    D) digestion of unwanted parasite populations

12. Hormones are chemical substances produced in one organ that are released into the bloodstream and affect the function of a target organ. Which of the following conditions is required for the target organ to respond to a particular hormone?
    A) Cells in the target organ must modify their plasma membranes to allow the hormone to enter the cytoplasm.
    B) The target organ must be the same as the organ that produced the hormone.
    C) The target organ must have the opposite mating type of the organ that produced the hormone.
    D) The target organ must have receptors that recognize and bind the hormone molecule.

13. When a neuron responds to a particular neurotransmitter by opening gated ion channels, the neurotransmitter is serving as which part of the signal pathway?
    A) relay molecule
    B) transducer
    C) signal molecule
    D) response molecule


14. In the figure, the dots in the space between the two structures represent which of the following?
    A) receptor molecules
    B) signal transducers
    C) neurotransmitters
    D) hormones


15. In which of the following ways do plant hormones differ from hormones in animals?
    A) Plant hormones frequently travel through the air as a gas.
    B) Animal hormones are only local regulators.
    C) Plant hormones commonly travel through the soil from one plant to another.
    D) Animal hormones typically travel from the hormone producing cell to an adjacent responding cell through gap junctions.


**CONFIDENTIAL**

**CMC RECORD000864**

Chapter 12 The Cell Cycle



Prophase     Metaphase     Anaphase     Telophase

16. In which of the following ways do plant hormones differ from hormones in animals?
   A) Plant hormones frequently travel through the air as a gas.
   B) Animal hormones are only local regulators.
   C) Plant hormones commonly travel through the soil from one plant to another.
   D) Animal hormones typically travel from the hormone producing cell to an adjacent responding cell through gap junctions.

17. Which best represents the original form of the chromatid sisters?
   a. two dissimilar duplicate chromosomes
   b. two crossed over duplicate chromosomes
   c. three duplicate chromosomes
   d. none of the above
   e. two identical duplicate "chromosome sisters" and they probably should be called "chromosome twin sisters" because they are identical

18. Which sequence of stages in mitosis is correct?
   a. prophase, anaphase, prometaphase, metaphase, telophase
   b. prophase, telophase, anaphase, prometaphase, metaphase
   c. telophase, anaphase, prophase, prometaphase, metaphase
   d. prophase, prometaphase, metaphase, anaphase, telophase
   e. anaphase, prometaphase, metaphase, prophase, telophase

19. In multicellular organisms, mitosis is
   a. a way of generating new kinds of mutant or recombinant organisms.
   b. the means of sexual reproduction.
   c. useful in stem cell lines that constantly replace sexual gametes, etc.
   d. a means of making a genetically identical copy of the original cell.
   e. able to occur in only a few cells of specialized tissues.

20. The rampant spread of cancerous cells throughout the body is called:
   a. apoptosis
   b. parthenogenesis
   c. metastasis
   d. telomerase
   e. none of the above

21. Prokaryotic cells were able to produce offspring by cloning using mainly mitosis for many millions of years before sex evolved, but had limited variation ability.
             A.  True B. False

**CONFIDENTIAL**

**CMC RECORD000865**

Chapter  13  Meiosis and Sexual Life Cycles

22. To make meiosis and sexual reproduction successful and thereby evolutionary genetic diversity of life possible on earth, the following process(es) must continue to occur worldwide
   A.  Homologous chromosomes must pair up
   B.  Crossover must occur in the tetrad
   C.  Independent assortment must take place
   D.  Fertilization must happen
   E.  All of the above are correct

23. *Homo sapiens* have 23 pairs of chromosomes. This implies that _____.
   A) 46 double-stranded DNA molecules are present in each somatic cell
   B) 23 single-stranded DNA molecules are present in each somatic cell
   C) 23 double-stranded DNA molecules are present in each somatic cell
   D) several hundreds of genes are present on DNA but not on the chromosomes

24. People who are lactose intolerant cannot extract energy from milk because _____.
   A) they are missing an enzyme
   B) lactose is too big to be digested by the enzymes
   C) milk is fermented to a by-product, which cannot be digested
   D) they are missing the bacteria that can digest lactose

25. *Spermatogenesis* is where four male sexual gametes are made, however in *oogenesis* there is ultimately only one female egg produced per original four haploid gamete cells because three cells sacrifice themselves to make one robust egg.
   A.  True B. False

Chapter 14  Mendel and the Gene Idea

26. *What was the most significant conclusion that Gregor Mendel drew from his experiments with pea plants?*
   *A) There is considerable genetic variation in garden peas.*
   *B) Traits are inherited in discrete units and are not the result of "blending."*
   *C) Recessive genes occur more frequently in the F1 generation than do dominant ones.*
   *D) Genes are composed of DNA.*

27. *Mendel continued some of his experiments into the F2 or F3 generation in order to _____.*
   *A) obtain a larger number of offspring on which to base statistics*
   *B) observe whether or not a recessive trait would reappear*
   *C) observe whether or not the dominant trait would reappear*
   *D) distinguish which alleles were segregating*

**CONFIDENTIAL**

**CMC RECORD000866**

28. *In pea plants, the tall phenotype is dominant to the dwarf phenotype. If a heterozygous pea plant is crossed with a homozygous tall pea plant, what is the probability that the offspring will be dwarf in size?*
   *A) 1*
   *B) 1/2*
   *C) 1/4*
   *D) 0*

29. *Hydrangea plants of the same genotype are planted in a large flower garden. Some of the plants produce blue flowers and others pink flowers. This can be best explained by which of the following?*
   *A) the knowledge that multiple alleles are involved*
   *B) the allele for blue hydrangea is completely dominant over the allele for pink hydrangea*
   *C) the alleles are codominant*
   *D) environmental factors such as soil pH affect the phenotype*

30. *An obstetrician knows that one of her patients is a pregnant woman whose fetus is at risk for a serious disorder that is detectable biochemically in fetal cells. The obstetrician would most reasonably offer which of the following procedures to her patient?*
   *A) karyotyping of the woman's somatic cells*
   *B) X-ray*
   *C) amniocentesis or CVS*
   *D) blood transfusion*

Chapter 15 Chromosomal Basis of Inheritance

31. Which of the following statements correctly describes the meaning of the chromosome theory of inheritance as expressed in the early 20th century?
   A) Individuals inherit particular chromosomes attached to genes.
   B) Mendelian genes are at specific loci on the chromosome and, in turn, segregate during meiosis.
   C) No more than a single pair of chromosomes can be found in a healthy normal cell.
   D) Natural selection acts on certain chromosome combinations rather than on genes.

32. All female mammals have one active X chromosome per cell instead of two. What causes this to happen?

**CONFIDENTIAL**

**CMC RECORD000867**

A) activation of the *XIST* gene on the X chromosome that will become the Barr body
B) activation of the *BARR* gene on one X chromosome, which then becomes inactive
C) inactivation of the *XIST* gene on the X chromosome derived from the male parent
D) attachment of methyl (-CH3) groups to the X chromosome that will remain active

33. Which of the following statements regarding gene linkage is correct?
A) The closer two genes are on a chromosome, the lower the probability that a crossover will occur between them.
B) The observed frequency of recombination of two genes that are far apart from each other has a maximum value of 100%.
C) All of the traits that Mendel studied—seed color, pod shape, flower color, and others—are due to genes linked on the same chromosome.
D) Linked genes are found on different chromosomes.

34. One possible result of chromosomal breakage is for a fragment to join a nonhomologous chromosome. What is this type of chromosomal alteration called?
A) deletion
B) inversion
C) translocation
D) duplication

35. During meiosis, a defect occurs in a cell that results in the failure of spindle microtubules binding at the kinetochores. Which of the following statements describes the most likely result of such a defect?
A) New microtubules with more effective binding capabilities to kinetochores will be synthesized to compensate for the defect.
B) Excessive cell divisions will occur resulting in cancerous tumors and an increase in the chromosome numbers known as polyploidy.
C) The defect will be bypassed in order to ensure normal chromosome distribution in the new cells.
D) The resulting cells will not receive the correct number of chromosomes in the gametes, a condition known as aneuploidy.

Chapter 16  Molecular Basis of Inheritance

36. Though Watson and Crick are historically attributed with the foundational discovery of the architecture of the DNA molecule they couldn't have done it without

    A. Light microscopes
    B. the original breakthrough research of Rosalind Franklin who discovered its basic structure through her work on x-ray diffraction
    C. Uranium

**CONFIDENTIAL**

**CMC RECORD000868**

    D. mRNA
    E. the original breakthrough research of Lynn Margulis who discovered its basic structure through her work on x-ray diffraction

37. The original scientific lab report and published paper that Watson and Crick wrote that illuminated science from that moment onward was how long?
    A. One page
    B. Fifty pages
    C. About 100 pages
    D. Over 1000 pages
    E. None of the above

38. The basic subunits of the DNA molecule are now well known to be
    A. Adenine
    B. Guanine
    C. Cytosine
    D. Thymine
    E. All of the above



The eternal jellyfish, *Turritopsis rubra*

39. Life is counted down and restored by an enzyme called *telomerase* that catalyzes the lengthening of telomeres.
    A. True
    B. False

40. The thickening of DNA into chromatin is a multistage process involving the winding and rewinding of the double stranded DNA into tighter and tighter loops
    A. Until they break up
    B. until finally they are in the form of chromatid sisters
    C. Until they become G1
    D. Until apoptosis occurs

41. A firefly converts the energy of certain molecules into ATP and releases this energy in a form of light called
    a. Nuclear radiation
    b. Bioluminescence
    c. Chlorophyll
    d. Vacuoles
    e. Heat

42. Which of the following types of molecules lack hydrophilic domains?

**CONFIDENTIAL**

**CMC RECORD000869**

A) transmembrane proteins
B) integral membrane proteins
C) peripheral membrane proteins
D) cholesterol

43. Which of the following statements about diffusion is true?
A) It is very rapid over long distances.
B) It requires an expenditure of energy by the cell.
C) It is an active process in which molecules move from a region of lower concentration to a region of higher concentration.
D) It is a passive process in which molecules move from a region of higher concentration to a region of lower concentration.

44. When a plant cell, such as one from a tulip leaf, is submerged in a hypertonic solution, what is likely to occur?
A) The cell will burst.
B) Plasmolysis will shrink the interior of the cell.
C) The cell will become flaccid.
D) The cell will become turgid.

45. The membranes of winter wheat are able to remain fluid when it is extremely cold by
_____.
A) increasing the proportion of unsaturated phospholipids in the membrane
B) decreasing the percentage of cholesterol molecules in the membrane
C) decreasing the number of hydrophobic proteins in the membrane
D) increasing the proportion of glycolipids in the membrane

46. Which of the following would likely diffuse through the lipid bilayer of a plasma membrane most rapidly?
A) sucrose
B) an amino acid
C) O2
D) Na+

47. An animal cell lacking carbohydrates on the external surface of its plasma membrane would likely be impaired in which function?
A) transporting ions against an electrochemical gradient
B) cell-cell recognition
C) attaching the plasma membrane to the cytoskeleton
D) establishing a diffusion barrier to charged molecules

48. DNA replication and repair are mediated by

A. Cytoplasm
B. Nucleoplasm
C. Ribosomes

**CONFIDENTIAL**

**CMC RECORD000870**

D. ER
E. specific enzymes.

Chapter 17  Gene Expression: from Gene to Protein

49. Describe the main activity that happens in the process of transcription.
    A.  Ribosomes are made in the nucleolus
    B.  tRNA is coded from the RNA
    C.  DNA is coded from the mRNA
    D.  mRNA is coded from the DNA
    E.  Nucleoplasm produces new DNA best under the full moon when the endangered wolf is howling the right tune

50. List the three types of RNA.
    A.  mRNA, tRNA and dRNA
    B.  tRNA, ribosomal RNA, and rRNA
    C.  mRNA, tRNA, and ribosomal RNA
    D.  mRNA, tRNA and rDNA
    E.  mRNA, tRNA and sRNA

51. Which is *most directly* responsible for the sequence of amino acids in a protein?
    A.  the sequence of the nucleotides of the anticodons in tRNA
    B.  the number of codons in mRNA
    C.  the enzyme that attaches the amino acid to tRNA
    D.  the number and order of codons in mRNA which it got from the DNA
    E.  the proteins associated with rRNA

52. Which enzymes are involved in the process by which the pre-mRNA or immature mRNA is *finally* matured and spliced?
    A.  DNA polymerases
    B.  RNA reductases
    C.  RNA Polymerase
    D.  Spliceosomes
    E.  None of the above

53. Which of the following nucleotide bases is found only in RNA, not in DNA?
    A.  guanine
    B.  adenine
    C.  cytosine
    D.  uracil
    E.  thymine

54. Beadle and Tatum proposed the "one gene – one enzyme hypothesis" that says that each gene specifies the synthesis of only one enzyme. Now this hypothesis is being expanded to accommodate the new field of genetics called *epigenetics* where a gene can be modified to produce several types of enzymes with signals from the external environment, and this may lead to greater understandings of how biological diversity affects us, and how we make new beneficial enzymes.

**CONFIDENTIAL**

**CMC RECORD000871**

A.  True B. False

Chapter 20  DNA Tools and Biotechnology

55. *Totipotency* in cells is the quality of most cells, even stem cells, and even highly differentiated cells such as brain cells…

    a.  To be able to transfer genes to many partners
    b.  To be able to travel within the organism
    c.  To be able to go outside of the organism in parallel transfers
    d.  to have all the DNA of the entire organism in every cell of the body, even when there are trillions of cells.
    e.  None of the above

56. Imagine how many adaptive technologies exist within the 100 million + species on earth now and will likely contribute to the rise of human civilization. *Thermus aquaticus*, a thermophilic bacteria, gave us PCR the polymerase chain reaction, and this organism was discovered in the Octopus hot spring in Yellowstone, and made modern genetic engineering possible, and if that little pool had not been protected in this park, and it had gone extinct we may never have discovered an identical way to approach the myriad cures for many of our terrible genetic diseases.
    a)  True
    b)  False

57. Stem cells offer great promise for cures of genetic diseases because potentially they may be able to
    A.  Turn into entire new species
    B.  differentiate into many kinds of cells where disease or injury has occurred and then healing those damaged tissues.
    C.  Differentiate into mindless clones for backup organisms
    D.  Differentiate into making new medicines within an organism

**CONFIDENTIAL**

**CMC RECORD000872**

**SIGSTEDT, S**
**COLORADO MOUNTAIN COLLEGE**
Biological Sciences/Life Sciences 0105
TU 02:30
Fall 2006–2007



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf

There were 11 students enrolled in the course and 9 students responded. Your results are considered **unreliable** because the number responding is so small. The **82%** response rate indicates that results are **representative** of the class as a whole.

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

Converted Averages are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

For comparative purposes, use converted averages. Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.

Both unadjusted (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (Item 39), student work habits (Item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5-point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] <br> Five objectives were selected as relevant (Important or Essential --see page 2) | 4.8 | 4.6 |
| **Overall Ratings** <br> B. Excellent Teacher | 4.8 | 4.6 |
| C. Excellent Course | 4.8 | 4.3 |
| D. Average of B & C | 4.8 | 4.4 |
| **Summary Evaluation** <br> (Average of A & D) [1] | 4.8 | 4.5 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| **Much Higher** Highest 10% (63 or higher) | 66 | 62 | | | 64 | | | 62 | 64 | |
| **Higher** Next 20% (56–62) | | | 59 | 56 | | 57 | | 57 | | 60 |
| **Similar** Middle 40% (45–55) | | | | | | | | | | |
| **Lower** Next 20% (38–44) | | | | | | | | | | |
| **Much Lower** Lowest 10% (37 or lower) | | | | | | | | | | |

### Your Converted Average When Compared to Your: [2]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Discipline** (IDEA Data) | 69 | 65 | 59 | 55 | 64 | 56 | 62 | 56 | 66 | 61 |
| **Institution** | 65 | 59 | 56 | 53 | 60 | 53 | 58 | 53 | 62 | 56 |

**IDEA Discipline used for comparison:**
Biological Sciences/Life Sciences

**CONFIDENTIAL**

CMC RECORD000873

**SIGSTEDT, S**
**Colorado Mountain College**
Biological Sciences/Life Sciences 0144
W 18:00
Spring 2009



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theldeacenter.org/diagnosticguide.pdf

There were **10** students enrolled in the course and **7** students responded. Your results are considered **unreliable** because the number responding is so small. The **70%** response rate indicates that results are **probably representative** of the class as a whole.

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both unadjusted (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

|  | Your Average (5-point scale) | |
|---|---|---|
|  | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Six objectives were selected as relevant (Important or Essential --see page 2) | 4.9 | 4.7 |
| **Overall Ratings** | | |
| B. Excellent Teacher | 4.7 | 4.7 |
| C. Excellent Course | 4.7 | 4.5 |
| D. Average of B & C | 4.7 | 4.6 |
| **Summary Evaluation (Average of A & D)** [1] | 4.8 | 4.7 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| **Much Higher** Highest 10% (63 or higher) | 67 | 63 | | | 63 | | | | 64 | |
| **Higher** Next 20% (56–62) | | | 58 | 58 | | 60 | 61 | 59 | | 61 |
| **Similar** Middle 40% (45–55) | | | | | | | | | | |
| **Lower** Next 20% (38–44) | | | | | | | | | | |
| **Much Lower** Lowest 10% (37 or lower) | | | | | | | | | | |

### Your Converted Average When Compared to Your: [2]

| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Discipline (IDEA Data)** | 69 | 66 | 58 | 57 | 62 | 59 | 60 | 58 | 65 | 62 |
| **Institution** | 66 | 61 | 56 | 55 | 59 | 56 | 58 | 56 | 62 | 59 |

**IDEA Discipline used for comparison:**
Biological Sciences/Life Sciences

**CONFIDENTIAL**

**CMC RECORD000874**

SIGSTEDT, S
**Colorado Mountain College**
Biological Sciences/Life Sciences 111
TU  3:30
Fall 2008



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf

There were **26** students enrolled in the course and **18** students responded. Your results are considered **fairly reliable**. The **69%** response rate indicates that results are **probably representative** of the class as a whole.

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both unadjusted (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

|  | Your Average (5-point scale) | |
|---|---|---|
|  | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Five objectives were selected as relevant (Important or Essential --see page 2) | 4.5 | 4.4 |
| **Overall Ratings** B. Excellent Teacher | 4.7 | 4.6 |
| C. Excellent Course | 4.4 | 4.4 |
| **D. Average of B & C** | 4.6 | 4.5 |
| **Summary Evaluation (Average of A & D)** [1] | 4.6 | 4.5 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
|  | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| **Much Higher** Highest 10% (63 or higher) |  |  |  |  |  |  |  |  |  |  |
| **Higher** Next 20% (56–62) | 60 | 58 | 58 | 56 | 59 | 58 | 59 | 57 | 60 | 58 |
| **Similar** Middle 40% (45–55) |  |  |  |  |  |  |  |  |  |  |
| **Lower** Next 20% (38–44) |  |  |  |  |  |  |  |  |  |  |
| **Much Lower** Lowest 10% (37 or lower) |  |  |  |  |  |  |  |  |  |  |

**Your Converted Average When Compared to Your:** [2]

| | A Raw | A Adj | B Raw | B Adj | C Raw | C Adj | D Raw | D Adj | Summ Raw | Summ Adj |
|---|---|---|---|---|---|---|---|---|---|---|
| **Discipline (IDEA Data)** | 61 | 59 | 57 | 55 | 58 | 57 | 58 | 56 | 60 | 58 |
| **Institution** | 58 | 55 | 55 | 54 | 55 | 54 | 55 | 54 | 57 | 55 |

**IDEA Discipline used for comparison:**
Biological Sciences/Life Sciences

**CONFIDENTIAL**

**CMC RECORD000875**

SIGSTEDT, S

**Colorado Mountain College**

Biological Sciences/Life Sciences  111

TU  9:30

Fall 2008

Local code: 01



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf

There were **22** students enrolled in the course and **17** students responded.  Your results are considered **fairly reliable**. The **77%** response rate indicates that results are **representative** of the class as a whole.

### Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways:  **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent.  The **SUMMARY EVALUATION** is the average of these two measures.  Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others.  Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55.  Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database.  If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*.  The *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both unadjusted (raw) and adjusted averages are reported.  The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control.  Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

|  | Your Average (5-point scale) | |
|---|---|---|
|  | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Five objectives were selected as relevant (Important or Essential –see page 2) | 4.2 | 4.6 |
| **Overall Ratings** | | |
| B. Excellent Teacher | 4.8 | 5.0 |
| C. Excellent Course | 4.8 | 5.0 |
| D. Average of B & C | 4.8 | 5.0 |
| **Summary Evaluation (Average of A & D)** [1] | 4.5 | 4.9 |

If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006.  Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
|  | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher Highest 10% (63 or higher) | | | | 64 | 64 | 73 | | 69 | | 66 |
| Higher Next 20% (56–62) | 56 | 62 | 60 | | | | 62 | | 59 | |
| Similar Middle 40% (45–55) | | | | | | | | | | |
| Lower Next 20% (38–44) | | | | | | | | | | |
| Much Lower Lowest 10% (37 or lower) | | | | | | | | | | |

**Your Converted Average When Compared to Your:** [2]

| Discipline (IDEA Data) | 57 | 64 | 60 | 63 | 63 | 71 | 62 | 67 | 60 | 66 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Institution** | 54 | 59 | 57 | 61 | 60 | 66 | 59 | 64 | 57 | 62 |

**IDEA Discipline used for comparison:**
Biological Sciences/Life Sciences

**CONFIDENTIAL**

CMC RECORD000876

**SIGSTEDT**
**COLORADO MOUNTAIN COLLEGE**
Biological Sciences/Life Sciences 105
TU 330
Spring 2008



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf

There were 18 students enrolled in the course and 10 students responded. Your results are considered only **marginally reliable**. The **56%** response rate indicates that results **may not be representative** of the class as a whole.

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in som other manner to arrive at a summary judgment.

Converted Averages are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. Th *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both unadjusted (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

|  | Your Average (5-point scale) | |
|---|---|---|
|  | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] <br> **Four** objectives were selected as relevant (Important or Essential –see page 2) | 4.6 | 4.3 |

| Overall Ratings | | |
|---|---|---|
| B. Excellent Teacher | 4.9 | 4.7 |
| C. Excellent Course | 4.8 | 4.7 |
| D. Average of B & C | 4.9 | 4.7 |

| Summary Evaluation (Average of A & D) [1] | 4.8 | 4.5 |
|---|---|---|

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
|  | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher Highest 10% (63 or higher) |  |  |  |  | 65 |  | 63 |  | 63 |  |
| Higher Next 20% (56–62) | 62 | 57 | 61 | 57 |  | 62 |  | 60 |  | 59 |
| Similar Middle 40% (45–55) |  |  |  |  |  |  |  |  |  |  |
| Lower Next 20% (38–44) |  |  |  |  |  |  |  |  |  |  |
| Much Lower Lowest 10% (37 or lower) |  |  |  |  |  |  |  |  |  |  |

**Your Converted Average When Compared to Your:** [2]

| Discipline (IDEA Data) | 66 | 62 | 61 | 57 | 65 | 61 | 63 | 59 | 65 | 61 |
|---|---|---|---|---|---|---|---|---|---|---|
| Institution | 61 | 56 | 58 | 54 | 60 | 57 | 59 | 56 | 60 | 56 |

**IDEA Discipline used for comparison:**
Biological Sciences/Life Sciences

**CONFIDENTIAL**

CMC RECORD000877

# SIGSTEDT, S
## Colorado Mountain College
Biological Sciences/Life Sciences 0111
TU 10:00
Fall 2009



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf

There were **17** students enrolled in the course and **11** students responded. Your results are considered only **marginally reliable**. The **65%** response rate indicates that results are **probably representative** of the class as a whole.

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both <u>unadjusted</u> (raw) and <u>adjusted</u> averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

## Your Average Scores

| | Your Average (5-point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Five objectives were selected as relevant (Important or Essential –see page 2) | 4.6 | 4.7 |
| **Overall Ratings** | | |
| B. Excellent Teacher | 5.0 | 5.0 |
| C. Excellent Course | 4.8 | 5.0 |
| D. Average of B & C | 4.9 | 5.0 |
| **Summary Evaluation (Average of A & D)** [1] | 4.8 | 4.9 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

## Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| **Much Higher** Highest 10% (63 or higher) | 63 | 64 | 63 | 64 | 65 | ·68 | 64 | 66 | 64 | 65 |
| **Higher** Next 20% (56–62) | | | | | | | | | | |
| **Similar** Middle 40% (45–55) | | | | | | | | | | |
| **Lower** Next 20% (38–44) | | | | | | | | | | |
| **Much Lower** Lowest 10% (37 or lower) | | | | | | | | | | |

### Your Converted Average When Compared to Your:[2]

| | A. Progress | | B. Excellent Teacher | | C. Excellent Course | | D. Average B & C | | Summary Eval | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Discipline** (IDEA Data) | 63 | 66 | 63 | 63 | 64 | 67 | 64 | 65 | 64 | 66 |
| **Institution** | 61 | 61 | 60 | 61 | 61 | 62 | 61 | 62 | 61 | 62 |

**IDEA Discipline used for comparison:**
Biological Sciences/Life Sciences

**CONFIDENTIAL**

CMC RECORD000878

⌐TEDT, S

Colorado Mountain College

iological & Physical Sciences 000111
W 16:00
pring 2014



**IDEA Diagnostic Form Report**

o learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf



Of the 20 students enrolled, 15 responded (75%). Feedback from individual classes is always useful to guide improvement efforts. Typically, multiple classes should be used for evaluation, using more classes when they are small (fewer than 10) or when they have low response rates less than 60%) (see www.theideacenter.org/AdminDecisions).

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.

Both underlined (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5-point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Five objectives were selected as relevant (Important or Essential –see page 2) | 4.6 | 4.6 |
| **Overall Ratings** | | |
| B. Excellent Teacher | 4.9 | 4.9 |
| C. Excellent Course | 4.8 | 5.0 |
| D. Average of B & C | 4.9 | 5.0 |
| **Summary Evaluation (Average of A & D)** [1] | 4.8 | 4.8 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher Highest 10% (63 or higher) | | | | | 65 | 70 | 64 | 66 | 63 | 64 |
| Higher Next 20% (56–62) | 61 | 62 | 62 | 61 | | | | | | |
| Similar Middle 40% (45–55) | | | | | | | | | | |
| Lower Next 20% (38–44) | | | | | | | | | | |
| Much Lower Lowest 10% (37 or lower) | | | | | | | | | | |

**Your Converted Average When Compared to Your:** [2]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Discipline (IDEA Data) | 60 | 63 | 61 | 63 | 63 | 70 | 62 | 67 | 61 | 65 |
| Institution | 58 | 59 | 59 | 59 | 60 | 64 | 60 | 62 | 59 | 61 |

**IDEA Discipline used for comparison:**
Multi/Interdisciplinary Studies

## CONFIDENTIAL

**CMC RECORD000879**

SIGSTEDT, S

**Colorado Mountain College**

Biological & Physical Sciences 000111
MW 16:00
Spring 2014



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf

Of the 20 students enrolled, 15 responded (75%). Feedback from individual classes is always useful to guide improvement efforts. Typically, multiple classes should be used for evaluation, using more classes when they are small (fewer than 10) or when they have low response rates (less than 60%) (see www.theideacenter.org/AdminDecisions).

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both underlined (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5–point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Five objectives were selected as relevant (Important or Essential –see page 2) | 4.6 | 4.6 |
| **Overall Ratings** B. Excellent Teacher | 4.9 | 4.9 |
| C. Excellent Course | 4.8 | 5.0 |
| **D. Average of B & C** | 4.9 | 5.0 |
| **Summary Evaluation (Average of A & D)** [1] | 4.8 | 4.8 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| **Much Higher** Highest 10% (63 or higher) | | | | | 65 | 70 | 64 | 66 | 63 | 64 |
| **Higher** Next 20% (56-62) | 61 | 62 | 62 | 61 | | | | | | |
| **Similar** Middle 40% (45-55) | | | | | | | | | | |
| **Lower** Next 20% (38-44) | | | | | | | | | | |
| **Much Lower** Lowest 10% (37 or lower) | | | | | | | | | | |

### Your Converted Average When Compared to Your:[2]

| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
|---|---|---|---|---|---|---|---|---|---|---|
| Discipline (IDEA Data) | 60 | 63 | 61 | 63 | 63 | 70 | 62 | 67 | 61 | 65 |
| Institution | 58 | 59 | 59 | 59 | 60 | 64 | 60 | 62 | 59 | 61 |

**IDEA Discipline used for comparison:** ·
Multi/Interdisciplinary Studies

**CONFIDENTIAL**

**CMC RECORD000880**

SIGSTEDT, S

## Colorado Mountain College

Biological & Physical Sciences 096876
: 14:00
Spring 2016

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf



**IDEA Diagnostic Form Report**

Of the 15 students enrolled, 8 responded (53%). Feedback from individual classes is always useful to guide improvement efforts. Typically, multiple classes should be used for evaluation, using more classes when they are small (fewer than 10) or when they have low response rates (less than 60%) (see www.theideacenter.org/AdminDecisions).

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both unadjusted (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5-point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Five objectives were selected as relevant (Important or Essential –see page 2) | 4.4 | 4.3 |
| **Overall Ratings** | | |
| B. Excellent Teacher | 4.9 | 4.8 |
| C. Excellent Course | 4.8 | 4.8 |
| D. Average of B & C | 4.9 | 4.8 |
| **Summary Evaluation** (Average of A & D) [1] | 4.7 | 4.6 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher Highest 10% (63 or higher) | | | | | 64 | 65 | 63 | | | |
| Higher Next 20% (56–62) | 59 | 57 | 61 | 59 | | | | 62 | 61 | 60 |
| Similar Middle 40% (45–55) | | | | | | | | | | |
| Lower Next 20% (38–44) | | | | | | | | | | |
| Much Lower Lowest 10% (37 or lower) | | | | | | | | | | |

### Your Converted Average When Compared to Your: [2]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Discipline (IDEA Data) | 56 | 58 | 60 | 61 | 62 | 66 | 61 | 64 | 59 | 61 |
| Institution | 56 | 56 | 58 | 57 | 59 | 61 | 59 | 59 | 58 | 58 |

IDEA Discipline used for comparison:
Multi/Interdisciplinary Studies

## CONFIDENTIAL

CMC RECORD000881

**IGSTEDT, S**

**olorado Mountain College**

ological & Physical Sciences 095907
N 16:00
ring 2016



**IDEA Diagnostic Form Report**

) learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf



f the 22 students enrolled, 15 responded (68%). Feedback from individual classes is always useful to guide improvement efforts. Typically, ultiple classes should be used for evaluation, using more classes when they are small (fewer than 10) or when they have low response rates ess than 60%) (see www.theideacenter.org/AdminDecisions).

## ummary Evaluation of Teaching Effectiveness

aching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives,** a weighted average of student ratings of the progress they reported on jectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings,** the average student agreement with statements that the teacher and the urse were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some er manner to arrive at a summary judgment.

onverted Averages are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more ogress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of em will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

or comparative purposes, use converted averages. Your converted averages are compared with those from all classes in the IDEA database. If enough asses are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The terpretive Guide offers some suggestions for using comparative results; some institutions may prefer to establish their own "standards" based on raw or djusted scores rather than on comparative standing.

oth unadjusted (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are eyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits em 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the structor).

### Your Average Scores

| | Your Average (5-point scale) | |
|---|---|---|
| | Raw | Adj. |
| **I. Progress on Relevant Objectives** [1] ive objectives were selected as elevant (Important or Essential –see age 2) | 4.4 | 4.5 |
| **Overall Ratings** B. Excellent Teacher | 4.8 | 4.8 |
| C. Excellent Course | 4.7 | 4.9 |
| D. Average of B & C | 4.8 | 4.9 |
| **Summary Evaluation (Average of A & D)** [1] | 4.6 | 4.7 |

If you are comparing Progress on Relevant Objectives rom one instructor to another, use the converted verage.

[1] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these esults with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher Highest 10% (63 or higher) | | | | | 63 | 65 | | 63 | | |
| Higher Next 20% (56-62) | 60 | 60 | 60 | 60 | | | 62 | | 61 | 62 |
| Similar Middle 40% (45-55) | | | | | | | | | | |
| Lower Next 20% (38-44) | | | | | | | | | | |
| Much Lower Lowest 10% (37 or lower) | | | | | | | | | | |

**Your Converted Average When Compared to Your:** [2]

| Discipline (IDEA Data) | 58 | 61 | 60 | 61 | 61 | 66 | 61 | 64 | 60 | 63 |
|---|---|---|---|---|---|---|---|---|---|---|
| Institution | 57 | 58 | 57 | 58 | 58 | 61 | 58 | 60 | 58 | 59 |

**IDEA Discipline used for comparison:**
Multi/Interdisciplinary Studies

**CONFIDENTIAL**

**SIGSTEDT, S**

**Colorado Mountain College**

Biological & Physical Sciences 000111
MW 16:00
Spring 2014



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.theideacenter.org/diagnosticguide.pdf

Of the 20 students enrolled, 15 responded (75%). Feedback from individual classes is always useful to guide improvement efforts. Typically, multiple classes should be used for evaluation, using more classes when they are small (fewer than 10) or when they have low response rates (less than 60%) (see www.theideacenter.org/AdminDecisions).

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both <u>unadjusted</u> (raw) and <u>adjusted</u> averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5-point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Five objectives were selected as relevant (Important or Essential --see page 2) | 4.6 | 4.6 |

| Overall Ratings | Raw | Adj. |
|---|---|---|
| B. Excellent Teacher | 4.9 | 4.9 |
| C. Excellent Course | 4.8 | 5.0 |
| D. Average of B & C | 4.9 | 5.0 |

| | Raw | Adj. |
|---|---|---|
| **Summary Evaluation (Average of A & D)** [1] | 4.8 | 4.8 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher Highest 10% (63 or higher) | | | | | 65 | 70 | 64 | 66 | 63 | 64 |
| Higher Next 20% (56–62) | 61 | 62 | 62 | 61 | | | | | | |
| Similar Middle 40% (45–55) | | | | | | | | | | |
| Lower Next 20% (38–44) | | | | | | | | | | |
| Much Lower Lowest 10% (37 or lower) | | | | | | | | | | |

**Your Converted Average When Compared to Your:** [2]

| | A. Progress Raw | A. Progress Adj. | B. Raw | B. Adj. | C. Raw | C. Adj. | D. Raw | D. Adj. | Summary Raw | Summary Adj. |
|---|---|---|---|---|---|---|---|---|---|---|
| Discipline (IDEA Data) | 60 | 63 | 61 | 63 | 63 | 70 | 62 | 67 | 61 | 65 |
| Institution | 58 | 59 | 59 | 59 | 60 | 64 | 60 | 62 | 59 | 61 |

**IDEA Discipline used for comparison:**
Multi/Interdisciplinary Studies

**CONFIDENTIAL**

CMC RECORD000883

*by Laurie Culbreth*
*12-2-08*

Class: BIO 111 SB01
Instructor: Shawn Sigstedt

Written Comments:
1.  Shawn is a wonderful man that has a lot to share. His field trips to learn species were very applicable and interesting. The only few things I would say he could improve on is more hands on labs with more set structure, and elaborate on the slide shows. Sometimes he just reads it real fast without really teaching anything, but he makes it real easy to go back and make sense out of the book. Keep up the good work! *Very Green*
2.  Shawn is an inspiration. I have changed the way I look at the world into a more positive connected vision. Truly lucky to have a teacher of this caliber.
3.  Shawn is one of the smartest people I have ever met, and as a biology major, I'm thankful to have him as a teacher.
4.  Some material touched on could have had more time put into explaining but overall the class was super enjoyable and I learned a lot!
5.  This was a very good class for me to further my education to that next level.

Class: BIO 111 SB02
Instructor: Shawn Sigstedt

Written Comments:
1.  I have never liked Biology until I took this class with Professor Sigstedt. His methods of teaching really involve the class and make students want to participate. His vast knowledge and enthusiasm for this topic makes the class worth taking. Professor Sigstedt is by far one of the best teachers I've ever had.
2.  Great Teacher.
3.  Best teacher ever.
4.  Shawn is an outstanding teacher and I feel confident in his class because I always come out of this class learning something new and important.
5.  You the Man Shawn bio was a great time☺
6.  I enjoyed the class. Shawn keeps student interest very well and expects us to learn!!
7.  Shawn is by far one of the most interesting and intelligent people I have had the pleasure of meeting. Please let him keep his job. Peace and chicken grease.

**CONFIDENTIAL**

**CMC RECORD000884**

**Informal Class Evaluation – BIO111**
**Instructor:** Shawn Sigstedt
**Evaluator:** Kevin A. Cooper
**Date:** Sep. 9, 2009

- Ice breaker activity to begin class. I would recommend listing objectives of the day's lesson on the board. Also, how does the day's lesson tie into objectives listed on the course syllabus and/or IDEA objectives listed on the syllabus?
- Interesting and engaging lecture to begin class. I had a question: How does an endangered species differ from a critically endangered one?
- Stated the objective(s) of the presentation on Osha next – very good!!
- Had a good combination of text and picture slides for the presentation.
- Instructor called students by their names, which is very impressive for so early on in the semester!!
- Brought visual aids to class – Osha plant.
- Good use of Q & A during presentation/demonstration.
- Instructor moved around the classroom well, which helped to engage the students.
- Students seemed attentive most of the class period, a few began to trail off and look around at about the 50 minute mark. I was getting uncomfortable sitting on the stools by about this time as well. Big recommendation would be to have a short break or period to move around 50 – 60 minutes into the class time.

**CONFIDENTIAL**

**CMC RECORD000885**

Spring 2014
Shawn Sigstedt
BIO 111 SB01

1. He is the best! Very good @ teaching subject matter breaking it down so you can understand. Stellar teacher.
2. There are certain teachers such as Shawn who truly inspire their students to achieve their learning goals and understand the topics. Unlike Martyn Kingston who could care less about his students and make them personally feel like school and life will not work in their favor because we, the students, are not at the level of Harvard students.
3. Amazing class! Love his style of teaching. I learned so much about myself & Biology!
4. Shawn Sigstedt is a brilliant teacher, and CMC Steamboat campus is lucky to have him. I've learned more from him then I have almost any other teacher on campus. He inspires me to do myself and him proud in and outside of class.
5. Shawn is a great teacher. Loved this class!
6. Great instructor! Very smart man, knows what he is reaching!
7. I truly enjoy this class and the instructor. This class has been intellectually stimulating however I think the instructors teaching style and attitude has contributed a lot to my interest on the subject matter.
8. I would segest Mr. Sigedst to anyone. He is a great teacher with a great attitude.

Spring 2014
Shawn Sigstedt
BIO 111 SB02

1. I would take any class that professor Sigstedt taught. He is an exceptional teacher!
2. Proff. Sigstedt is one of the most engaging instructors I have had at any school I have attended.
3. He is a great professor and have really enjoyed taking this class. I want to take another class with him.
4. Prof. Sigsted has a contagious passion about biology, I loved the labs and the "bigger picture" core concepts of human/animal/plant relationships.
5. I loved the current events at the beginning of each class! "Master Biology" was a great resource! The interactive videos are excellent for visual learners.

Spring 2014
Shawn Sigstedt
SUS 410 SB01

1. Great class!
2. Shawn Sigstedt does a great job motivating students to take an interest in this field.
3. Shawn was an exceptional teacher.
4. I really enjoy Shawn's enthusiasm & charisma. He has a childish wonder & it's refreshing. This program can be very doom & gloom & Shawn is a shining light of optimism. Enjoy sabbatical, Shawn!

**CONFIDENTIAL**

**CMC RECORD000886**

# LAB NOTEBOOK AND NATURE JOURNAL INSTRUCTIONS AND RUBRIC BIO 111 (200 points)

Fall 2020

**Labs and all data must be entered and written into the Lab Notebook and Nature Journals**
All of your lab work will go into your Lab Notebook and Nature Journals. During and at the end of our labs *write all original data in your Lab Notebook and Nature Journal* and document all labs and reports. All raw data for your charts and graphs also go in your Lab Notebook and Nature Journals with sketches of how you will use your data and explain your results in light of your original objectives.

- *Your Lab Notebook and Nature Journal is a lab and record-keeping book, must be bound by glue and string*
- *Cover will be entitled "Lab Notebook and Lab Notebook and Nature Journal" with your name, date and class.*
- *Number all your pages and you will fill 100 pages in your Lab Notebook and Nature Journal (about one page per day).*
- *The first six or so pages will be as follows, in order, and the rest are up to you to design.*
    - *First whole pages are your Title Page, and Table of Contents.*
    - *Your next 2 pages are filled with good definitions of "critical thinking" from the internet, and beginning one that you wrote yourself, and label it as yours.*
    - *The next page will be a definition of "circumspect thinking,"i.e. seeing things from many points of view, from all sides and aspects.*
    - *The next page will be a description of "the scientific method "i.e. the scientific dialectic.*
- *Make your journal excellent! Make it as colorful and artful as you can so I may enjoy reading it.*
- *Make a clear title at the top of every page with a date.*
- *Drawings, sketches, and pictures are welcome.*
- *Document your most impressive new insights into biology and nature as you learn.*
- *The professor will often assign pages during class, and many will be your own.*
- *Most importantly add in your new insights and biological principles.*
- *Enjoy documenting your best scientific thinking and research in biology that you admire.*
- *Please have your Lab Notebook and Nature Journal with you every day of class, labs, and in the field.*
- *Make it beautiful and yet scientific, artful and yet scientifically robust.*
- *You will only use pencils and colored pencils in your journal, no pens, as pens will run and disappear when wet as many students have tragically learned.*
- *You will include all major scientific points that you learned in class from every chapter.*
- *Enter the progress and shaping of your biological world-view as it evolves.*
- *Emphasize what most influenced your thinking as your bio-logical world expands.*

**CONFIDENTIAL**

**CMC RECORD000887**

- *Especially include your "ah – ha" moments and epiphanies in biology.*
- *Please include your doodles as new scientific research shows sketches improve memory.*
- *Quotes from famous biologists, naturalists, or biological conservationists are welcome.*
- *All additions and attachments must be glued in and no pages stapled in or loose!*
- *These will be handed in twice, once mid- semester and end of the semester.*
- *Please keep it neat and clean and well organized, not like a mad scientist, LOL.*
- *As this is a large part of your grade don't forget to add one page per day.*
- *Don't get behind as your Lab Notebook and Nature Journal is a valuable and rewarding way to add points.*
- *Each student will write a page or so about our class puzzle about how using what they learned in class they would like to help restore our plant into a healthy global ecosystem.*

HAVE FUN WITH YOUR NATURE JOURNALS, HOPEFULLY AN ENDURING TREASURE!

RUBRIC

| Midterm progress report (see below) | 50 points |
|---|---|
| Final grade  (see below) | 50 points |

Midterm progress report

| Set up of nature journal and progress using all the above instructions | 25 points |
|---|---|
| First 50 pages | 25 points |

Final grade

| Completion of nature journal and conclusions using all the above instructions | 25 points |
|---|---|
| All 100 pages | 25 points |

**CONFIDENTIAL**

**CMC RECORD000888**

**CONFIDENTIAL**

**CMC RECORD000889**

PRINT Name _____     Date _____Class_____

Fall 2020

Midterm Exam  BIO 111  Ch 1,2,3,4,5,6,7,8 (current)
Choose the *best* answer

Chapter 1. Evolution, Themes in Biology, and Scientific Inquiry

1) Which of the following order is correct in terms of the hierarchy of the organization?
   a) Ecosystem → Biosphere → Population → Community → Organism
   b) Biosphere → Ecosystem → Population → Community → Organism
   c) Ecosystem → Community → Biosphere → Population → Organism
   d) Biosphere → Ecosystem →Community → Population → Organism

2) Characters are transmitted from parents to offspring. _____ are the units of inheritance.
   a) Genes
   b) Proteins
   c) RNA
   d) DNA

3) A *theory* in science is just a "good idea"
   a. True
   b. It is true only if any famous scientist *says* it is true
   c. No, it is an idea that must be based on a well-supported body of facts and data based in repeatable controlled studies
   d. Anyone can make a scientific theory, even if they know little or no science
   e. None of the above

4) Cells are _____.
   A) only found in pairs, because single cells cannot exist independently
   B) limited in size to 200 and 500 micrometers in diameter
   C) characteristic of eukaryotic but not prokaryotic organisms
   D) characteristic of prokaryotic and eukaryotic organisms

5) In comparison to eukaryotes, prokaryotes _____.
   A) are more structurally complex
   B) are larger
   C) are smaller
   D) do not have membranes

6) Which of the following organisms utilizes deoxyribonucleic acid (DNA) as their genetic material and it is encased within a *nuclear envelope*?
   a) prokaryote
   b) eukaryote
   c) Both of the above
   d) None of the first three
   e) All of the first three

**CONFIDENTIAL**

**CMC RECORD000890**

7) To understand the chemical basis of inheritance, we must understand the molecular structure of DNA. This is an example of the application of which concept to the study of biology?
A) evolution
B) emergent properties
C) reductionism
D) feedback regulation

8) Which of these provides evidence of the common ancestry of all life?
a) ubiquitous use of catalysts by living systems
b) structure of the nucleus
c) structure of cilia
d) structure of chloroplasts
e) near universality of the genetic code

Chapter 2. Chemical Context of Life

9) About 25 of the 92 natural elements are known to be essential to life. Which 4 of these 25 elements make up approximately 96% of living matter?
a) carbon, sodium, hydrogen, nitrogen
b) carbon, oxygen, phosphorus, hydrogen
c) oxygen, hydrogen, calcium, nitrogen
d) carbon, hydrogen, nitrogen, oxygen

Refer to the following figure (first three rows of the periodic table) to answer the questions below.



10) What element does not prefer to react with other elements?

**CONFIDENTIAL**

**CMC RECORD000891**

    a) hydrogen
    b) helium
    c) beryllium
    d) both hydrogen and beryllium

11) When are atoms most stable?
    A) when they have the fewest possible valence electrons
    B) when they have the maximum number of unpaired electrons
    C) when all of the electron orbitals in the valence shell are filled
    D) when all electrons are paired

12) A salamander relies on hydrogen bonding to stick to various surfaces. Therefore, a salamander would have the greatest difficulty clinging to a _____.
    A) slightly damp surface
    B) surface of hydrocarbons
    C) surface of mostly carbon-oxygen bonds
    D) surface of mostly carbon-nitrogen bonds

13) How many electrons are involved in a triple covalent bond?
    A) 3
    B) 6
    C) 9
    D) 12

Chapter 3   Water and Life

14) In a single molecule of water, two hydrogen atoms are bonded to a single oxygen atom by
    A) hydrogen bonds
    B) nonpolar covalent bonds
    C) polar covalent bonds
    D) ionic bonds

15) The partial negative charge in a molecule of water occurs because _____.
    A) the oxygen atom donates an electron to each of the hydrogen atoms
    B) the electrons shared between the oxygen and hydrogen atoms spend more time around the oxygen atom nucleus than around the hydrogen atom nucleus
    C) the oxygen atom has two pairs of electrons in its valence shell that are not neutralized by hydrogen atoms
    D) one of the hydrogen atoms donates an electron to the oxygen atom

16) Cohesion, surface tension, and adhesion are the properties of water molecules that _____.
    A) increase when temperature increases
    B) increase when pH increases
    C) are a result of hydrogen bonding
    D) are a result of polar covalent bonding

17) Liquid water _____.
    A) is less dense than ice
    B) has a specific heat lower than that of most other substances
    C) has a heat of vaporization higher than that of most other substances
    D) is nonpolar

**CONFIDENTIAL**

**CMC RECORD000892**

18) Which of the following effects can occur because of the high surface tension of water?
   a) Lakes cannot freeze solid in winter, despite low temperatures.
   b) A raft spider can walk across the surface of a small pond.
   c) Organisms can resist temperature changes, although they give off heat due to chemical reactions.
   d) Sweat can evaporate from the skin, helping to keep people from overheating.

Chapter  4   Carbon and the Molecular Diversity of Life

19) The element present in all organic molecules is _____.
   A) hydrogen
   B) oxygen
   C) carbon
   D) nitrogen

20) Differences among organisms are caused by differences in the _____.
   A) elemental composition from organism to organism
   B) types and relative amounts of organic molecules synthesized by each organism
   C) sizes of the organic molecules in each organism
   D) types of inorganic compounds present in each organism

21) Stanley Miller's 1953 experiments supported the hypothesis that _____.
   A) life on Earth arose from simple inorganic molecules
   B) organic molecules can be synthesized abiotically under conditions that may have existed on early Earth
   C) life on Earth arose from simple organic molecules, with energy from lightning and volcanoes
   D) the conditions on early Earth were conducive to the origin of life

22) The experimental approach taken in current biological investigations presumes that _____.
   A) simple organic compounds can be synthesized in the laboratory from inorganic precursors, but complex organic compounds like carbohydrates and proteins can be synthesized only by living organisms
   B) a life force ultimately controls the activities of living organisms, and this life force cannot be studied by physical or chemical methods
   C) living organisms are composed of the same elements present in nonliving things, plus a few special trace elements found only in living organisms or their products
   D) living organisms can be understood in terms of the same physical and chemical laws that can be used to explain all natural phenomena

23) Testosterone and estradiol are male and female sex hormones, respectively, in many vertebrates. In what way(s) do these molecules differ from each other? Testosterone and estradiol _____.
   A) are structural isomers but have the same molecular formula
   B) are *cis-trans* isomers but have the same molecular formula
   C) have different functional groups attached to the same carbon skeleton
   D) are enantiomers of the same organic molecule

Chapter  5   Biochemistry, Structure and Function of Large Biological Molecules

**CONFIDENTIAL**

**CMC RECORD000893**

24) Which of the following is *not* a polymer?
    A) glucose
    B) starch
    C) RNA
    D) DNA

25) How many molecules of water are released during the polymerization of a 20 monomer-long cellulose molecule?
    A) 10
    B) 19
    C) 20
    D) 40

26) You would like to lose weight. Which of the following should be your preferred food group?
    A) Lactose and glucose
    B) Sucrose and starch
    C) Starch and fructose
    D) Cellulose and fructose

    10) Which polysaccharide is an important component in the structure of many animals and fungi?
    A) chitin
    B) cellulose
    C) amylopectin
    D) amylose

27) *Homo sapiens* have 23 pairs of chromosomes. This implies that _____.
    A) 46 double-stranded DNA molecules are present in each somatic cell
    B) 23 single-stranded DNA molecules are present in each somatic cell
    C) 23 double-stranded DNA molecules are present in each somatic cell
    D) several hundreds of genes are present on DNA but not on the chromosomes

28) People who are lactose intolerant cannot extract energy from milk because _____.
    A) they are missing an enzyme
    B) lactose is too big to be digested by the enzymes
    C) milk is fermented to a by-product, which cannot be digested
    D) they are missing the bacteria that can digest lactose

    Chapter 6  Cell Structure and Function

29) Which of the following macromolecules leave the nucleus of a eukaryotic cell through pores in the nuclear membrane?
    A) DNA
    B) amino acids
    C) mRNA
    D) phospholipids

**CONFIDENTIAL**

**CMC RECORD000894**

30) Which of the following is the smallest structure that would most likely be visible with a standard (not super-resolution) research-grade light microscope?
A) mitochondrion
B) microtubule
C) ribosome
D) virus

31) Which of the following would be the most appropriate method to observe the movements of condensed chromosomes during cell division?
A) a hand lens (magnifying glass)
B) standard light microscopy
C) scanning electron microscopy
D) transmission electron microscopy

32) A newly discovered unicellular organism isolated from acidic mine drainage is found to contain a cell wall, a plasma membrane, a nucleus, two flagella, and peroxisomes. Based just on this information, the organism is most likely _____.
A) a nonmotile prokaryote
B) a motile bacterium
C) a motile archaea
D) a nonmotile eukaryote
E) a motile eukaryote

33) A cell with a predominance of smooth endoplasmic reticulum is likely specialized to _____.
A) store large quantities of water
B) import and export large quantities of protein
C) actively secrete large quantities of protein
D) synthesize large quantities of lipids

34) In the fractionation of homogenized cells using differential centrifugation, which of the following will require the greatest speed to form pellets at the bottom of the tube?
A) nuclei
B) mitochondria
C) chloroplasts
D) ribosomes

35) Which of the following would be the most appropriate method to observe the three-dimensional structure and organization of microvilli on an intestinal cell?
A) a hand lens (magnifying glass)
B) standard light microscopy
C) scanning electron microscopy
D) transmission electron microscopy

36) In the evolutionary *endosymbiosis theory* mitochondria and chloroplasts are thought to have been derived from free living prokaryotes that became symbiotically involved and are now reproducing dependently within nearly all eukaryotic cells and species making life as we know it living today possible.
    a.  True
    b.  False

37) Which of the following will have the greatest ratio of surface area to volume?

**CONFIDENTIAL**

**CMC RECORD000895**

A) A box that is 2×2×2.
B) A box that is 1×1×1.
C) A box that is 2×2×1.
D) A box that is 1×1×2.

38) Which of the following are found in plant, animal, and bacterial cells?
A) mitochondria
B) ribosomes
C) chloroplasts
D) endoplasmic reticulum

Chapter 7  Membrane Structure and Function

39) Which of the following molecules dramatically increases the rate of diffusion of water across cell membranes?
A) the sodium-potassium pump
B) aquaporins
C) gated ion channels
D) ATP

40) *Phospholipids* have both hydrophilic heads and hydrophilic tails.
     a.   True
     b.   False

41) The *plasma membrane* has many kinds of proteins floating or moving within it and some are involved with communicating both within and outside the cells and this is how our cells communicate with their environment as we are now learning in the new field of science epigenetics.
     a.   True
     b.   False



42) Which is the best definition of *active transport* across a plasma membrane?
     a)   movement of molecules from an area of their higher concentration to an area of their lower concentration
     b)   movement of water across a semipermeable membrane from an area of high concentration to an area of lower concentration
     c)   movement of molecules from an area of sugar concentration to an area of salt concentration
     d)   movement of a substance against its concentration gradient with the use of ATP
     e)   movement of water across a semipermeable membrane from an area of water to an area of lipids

**CONFIDENTIAL**

**CMC RECORD000896**

43) For a protein to be an integral membrane protein, it would have to be _____.
   A) hydrophilic
   B) hydrophobic
   C) amphipathic, with at least one hydrophobic region
   D) exposed on only one surface of the membrane

44)  According to the fluid mosaic model of cell membranes, phospholipids _____.
   A) can move laterally along the plane of the membrane
   B) frequently flip-flop from one side of the membrane to the other
   C) occur in an uninterrupted bilayer, with membrane proteins restricted to the surface of
   the membrane
   D) have hydrophilic tails in the interior of the membrane

   Chapter 8    Introduction to Metabolism

45) A firefly converts the energy of certain molecules into ATP and releases this energy in a
   form of light called
      a.   Nuclear radiation
      b.   Bioluminescence
      c.   Chlorophyll
      d.   Vacuoles
      e.   Heat

46)  In fact, during the energetics of cellular processes much of the energy is given up and
   lost as
         A.   Plasma
         B.   pH
         C.   Organelles
         D.   Heat
         E.   Water

47) Which of the following types of molecules lack hydrophilic domains?
   A) transmembrane proteins
   B) integral membrane proteins
   C) peripheral membrane proteins
   D) cholesterol

48) Which of the following statements about diffusion is true?
   A) It is very rapid over long distances.
   B) It requires an expenditure of energy by the cell.
   C) It is an active process in which molecules move from a region of lower concentration
   to a region of higher concentration.
   D) It is a passive process in which molecules move from a region of higher concentration
   to a region of lower concentration.

49) When a plant cell, such as one from a tulip leaf, is submerged in a hypertonic solution,
   what is likely to occur?
   A) The cell will burst.
   B) Plasmolysis will shrink the interior of the cell.
   C) The cell will become flaccid.
   D) The cell will become turgid.

**CONFIDENTIAL**

**CMC RECORD000897**

50) The membranes of winter wheat are able to remain fluid when it is extremely cold by
_____.
   A) increasing the proportion of unsaturated phospholipids in the membrane
   B) decreasing the percentage of cholesterol molecules in the membrane
   C) decreasing the number of hydrophobic proteins in the membrane
   D) increasing the proportion of glycolipids in the membrane

51) Which of the following would likely diffuse through the lipid bilayer of a plasma membrane
most rapidly?
   A) sucrose
   B) an amino acid
   C) O2
   D) Na+

52) An animal cell lacking carbohydrates on the external surface of its plasma membrane
would likely be impaired in which function?
   A) transporting ions against an electrochemical gradient
   B) cell-cell recognition
   C) attaching the plasma membrane to the cytoskeleton
   D) establishing a diffusion barrier to charged molecules

**CONFIDENTIAL**

**CMC RECORD000898**

PEER REVIEW

The college has objectively met, and exceeded the **grounds** for non-renewal according to policy 6.26.

A summary of issues raised:

- Lack of curricular alignment with established learning outcomes in guaranteed transfer (GT) Biology courses.
- Untimely and insufficient use of Canvas LMS.
- Unacceptable (contractual) language in course syllabi.
- Reports of confrontational, intimidating, and otherwise unprofessional behavior with students.

Excerpt from Dave Gifford's 7/12/2019 recommendation: "The nature of these complaints raise concerns about your proven ability to sufficiently perform all duties as identified in College policy and/or job description, referred to as "competence" in Board Policy 6.26, as well as a general failure to meet reasonable written and published standards, also appearing in Board Policy 6.26."

Student evaluation "Shawn does not use Canvas, which is a school policy. It is frustrating to be in finals week and not have any grades in the grade book, so I do not know what my grade is. Shawn is a nice guy, but needs to follow campus policy.  ..I am thoroughly disappointed that CMC lets this happen. It is unacceptable that CMC has done nothing to fix this problem when multiple people have brought it to their attention."

A supervisory and peer Canvas review 10/21/2019 revealed:

- No lecture materials were present.
- IC's make up a substantial portion of the classroom time, but are only worth 10% of the final grade. ..what purpose do they have?
- Not all labs from the syllabus were available under "Files."
- How does the tardigrade lab link to a learning outcome in BIO-111?
- Some of the questions on multiple choice and T/F questions seem trivial or do not evaluate the knowledge of the content from the units.
- No actual content under "Assignments."
- No content under "Quizzes."
- The syllabus needs to have a consistent format.

Student evaluation "Shawn is a very nice person, but would be better as a grade school teacher. It is very frustrating to be expected to do things like make a movie and draw pictures in a nature journal when I need to put as much focus as I can on A&P II."

Student evaluation "This is a hard evaluation. I feel the instructor is a good instructor with an engaging class. However, I am concerned with the possible discrepancy in the companion biology. ..There could be a potential gap in knowledge when students take the counterpart to Biology 111. With this being a foundation class there may be holes as a student advances."

**CONFIDENTIAL**

**CMC RECORD000899**

- These student evaluations agree with Dr. John Lawrence's (ADI) May 13, 2019 report that Shawn's courses "Lack Rigor and Inappropriate Learning Objectives / Topics. Academic Advisors and faculty avoid Shawn's courses when advising students and I have been told directly by faculty that students are not prepared for later courses." A student "showed me a lab exercise containing zero relevance to BIO-111."
- Corroboration by a letter from campus colleague Dr. Becky Edminson from 5/17/2019.

Student evaluation "Shawn made a student cry in the middle of the hallway yelling at the student about how he or she was acting in class. ..Overall Shawn is not fit to teach even though he is knowledgeable in the field. He is very unprofessional with handling any form of a problem."

- This student evaluation agrees with Dr. John Lawrence's (ADI) May 13, 2019 report that Shawn creates a "Hostile Learning Environment" and a "Hostile Work Place"; reporting "violence and hostility in the students' behavior  ..appear to be positively correlated with complaints submitted by students."
- 5/10/2019 Student CARE report submitted.

Shawn wrote to the peer review committee 6/22/2020 that "without a full opportunity to be heard, I have not been afforded due process." This is in direct opposition to a "timeline of events" given as evidence to the committee where 8/20/2019 Shawn discussed a performance plan with Dean Dave Gifford and JC Norling, signing his agreement that "Failure to maintain a satisfactory level of performance will result in termination of employment." "Unwillingness to accept performance plan expectations will result in contract non-renewal or termination."

Shawn wrote to the peer review committee 6/22/2020 that "I am not requesting a second hearing; rather, I am requesting that we continue the hearing we started this morning because we have not had an opportunity to complete it. Is one hour and fifteen minutes really enough time to determine the future of my entire career?" He is requesting an extension, when the timeline given to the peer review committee shows:

- FMLA (Family Medical Leave) approval for 11/5/2019 through 2/17/2020. This was in the middle of "a one-semester performance plan for the Fall 2019 academic term." At this point, his dean Dave Gifford wrote "We believe that the issues raised about your performance are correctable and we intend to support you through this corrective process."
- Extension granted 2/20/2020 for 13 days of remaining sick leave, post FMLA. HR approved, expected return 3/6/2020.
- Extension granted 3/6/2020 for 5 days of bereavement leave. HR approved, expected return 3/20/2020.
- <COVID-19> Extension granted to work remotely. D. Gifford approved, revised performance plan to be delivered 5/1/2020.
- Extension requested 4/29/2020 from Shawn.
- Extension of peer review hearing requested 6/22/2020 from Shawn.

**CONFIDENTIAL**

**CMC RECORD000900**

- Shawn was served with the non-renewal of contract letter from Matt Gianneschi and Dave Gifford 5/19/2020 which stated he "failed to achieve critical standards expressed in your performance plan."

**CONFIDENTIAL**

**CMC RECORD000901**



**COLORADO**
MOUNTAIN COLLEGE

**TO:**       Shawn Sigstedt, Associate Professor of Biology, Steamboat Springs

**FROM:**   David Gifford, Dean of Science Technology, Engineering, and Mathematics
            JC Norling, Associate Dean of Academic Affairs, Steamboat Campus

**CC:**       Matt Gianneschi, Chief Operating Officer and Chief of Staff
            Kathryn Regjo, Vice President of Academic Affairs
            Kathy Kiser-Miller, Vice President and Campus Dean, Steamboat Campus
            John Lawrence, Assistant Dean of Instruction, Steamboat Campus
            Richard Gonzales, General Counsel
            Angela Wurtsmith, Director of Human Resources

**DATE:**   July 12, 2019

**RE:**      Fall 2019 Performance Plan

**Performance Plan Purpose**

The purpose of this Performance Plan is to address and correct performance concerns about your professional work at the college, as broadly summarized in the accompanying communication providing notice of your Fall 2019 Performance Plan.

1.   *lack of curricular alignment with established learning outcomes in Guaranteed Transfer (GT) Biology courses, including laboratory experiences*
2.   *untimely and insufficient use of Canvas Learning Management System*
3.   *unacceptable (contractual) language in course syllabi*
4.   *reports of confrontational, intimidating, and otherwise unprofessional behavior with students*

Included below are a structure to communicate expectations, manage accountability, and measure progress over the established timeframe of the plan.


**CONFIDENTIAL**

**CMC RECORD000902**

**Performance Plan Elements**

| Area of Concern | Expected Action(s) |
|---|---|
| 1. Curricular alignment<br>The college expects faculty to maintain curricular alignment with established course and student learning outcomes.  Student and course feedback indicate lack of alignment in your Guaranteed Transfer (GT) Biology courses. | Provide the Dean of STEM, and/or designee(s) with Biology discipline expertise the following BIO 105, 111, 112, and 221 course materials for review (materials from AY2018-2019 are acceptable):<br>-course syllabi, outlines, student learning outcomes, etc.<br>-formative and summative assessments (ie-assignments, quizzes, exams, etc.)<br>-laboratory exercises<br>-lecture content<br><br>Upon review of materials, work collaboratively to determine necessary changes and appropriate alignment with CCNS/GT outcomes.<br><br>Rework courses and corresponding materials to adequately and appropriately align with CCNS/GT course outlines and/or any other curricular changes deemed necessary by the Biology department faculty, department chair(s), Dean of STEM and/or designee(s). Upon completion of the work, seek feedback from Biology Department Chair(s), Dean of STEM and/or designee(s).<br><br>Submission of materials for comprehensive review should take place within two weeks after the initial meeting to discuss performance plan expectations. |

**CONFIDENTIAL**

**CMC RECORD000903**

| | Complete at least one classroom observation of each course taught during the Fall 2019 academic term, to be conducted by Dean of STEM and/or designee. Solicit and collect student course feedback for all classes taught during Fall 2019 academic term. |
|---|---|
| 2. Canvas LMS usage<br>The college expects faculty to use Canvas (at a minimum, the 7 Basics), and post student grades on a timely and regular basis throughout each academic term.  Student and course feedback indicate clear lack of Canvas usage and absence of regular student feedback (ie-graded assessments) entered in Canvas for student viewing. | Completion of "7 Basics of Canvas" training for CMC faculty PRIOR to start of Fall 2019 academic term.<br><br>Canvas gradebook should be utilized on a regular basis and properly updated throughout the term, allowing students to track their progress.  Assignments and course grading schema may need to be modified to provide adequate formative and summative assessment, along with facilitating regular and timely feedback.<br><br>Dean of STEM and/or designee(s) will monitor Canvas course shells on a biweekly basis through the Fall 2019 academic term. |
| 3. Contractual language in course syllabi<br>The college prohibits use of contractual language in course syllabi and/or requiring student signatures to comply with course policies and/or release of rights. Student and course feedback indicate frustration and discomfort with above elements of current course syllabi. | Immediate removal of any and all contract(s) and/or contract language with students in course syllabi. Such document(s) and language create a potentially hostile and non-inclusive environment for students. The Digital Storytelling Movie Sharing of Rights document and the Classroom Civility Agreements document are not to be used. If you wish to share students' work with future students, you may solicit permission after the semester has ended and final grades have been submitted. |

**CONFIDENTIAL**

**CMC RECORD000904**

| 4. <u>Professional/classroom demeanor:</u> The college requires utmost professionalism of its employees, including expectations of civility, dignity, and respect inside and outside of the classroom.  Multiple student complaints indicate a breach of these expectations, and reports of confrontational, intimidating, and otherwise inappropriate/unprofessional behavior. | Demonstrate through classroom observation, IDEA course evaluations, and absence of student complaints/CARE reports, a commitment to constructive engagement, communication, and interaction with students.<br><br>Complete a minimum of three (3) classroom observations of other full-time faculty (STEM or non-STEM); document and summarize findings to inform and improve professional disposition in the classroom.<br><br>Complete 3-day Our Community Listens Communication Skills Training class; debrief with Dean of STEM and/or designee(s) on documented insights and relevance to professional faculty role at CMC.<br><br>Implement and document pedagogy in classes taught to accommodate alternative learning styles.<br><br>Provide student feedback in a timely and professional manner (as detailed in <u>Canvas LMS Usage</u> above).<br><br>In the classroom, office hours, and/or with any communication with students and/or colleagues, maintain the highest degree of professionalism, timeliness, and respect.  Maintain focus on course content and eliminate all discussion of employment/employer-related issues with your students. |

**CONFIDENTIAL**

**CMC RECORD000905**

| | Focus your engagement and responses to be instructive, content-focused feedback in place of aggressive or intimidating behaviors to students. |
| --- | --- |
| | Offer feedback in a constructive method with a standardized, consistent rubric used for all students. |

**Performance Plan Timeframe and Review Process**

1. The Performance Plan will be in effect for the Fall 2019 semester (August 19-December 18, 2019)
2. You will be reviewed on each of the Performance Plan elements ("Areas of Concern") outlined above.  As your supervisor in a college wide, remote position, I will work closely with JC Norling and John Lawrence at the campus to coordinate regular and ongoing check-ins throughout the fall term.
3. A formal, summative review will occur at the end of the Performance Plan, with opportunities for ongoing future review, as deemed necessary.
4. Non-compliance with or failure to adequately address and above issues during the timeframe of the Performance Plan may result in additional corrective measures, up to and including termination.
5. Unwillingness to accept Performance Plan elements will result in contract non-renewal or termination.

**Acknowledgement and Signatures**

The Employee understands that the Performance Plan is a one-time opportunity to bring his/her performance to a satisfactory level that is expected to be maintained throughout his/her employment.  Failure to maintain a satisfactory level of performance will result in termination of employment.

I, **SHAWN SIGSTEDT,** have read and understand this Performance Plan.  I understand that failure to make immediate improvements and/or to successfully complete this Performance Plan

**CONFIDENTIAL**

**CMC RECORD000906**

may result in further disciplinary action, up to and including the termination of my employment with Colorado Mountain College.

_____    _____

**EMPLOYEE, TITLE**                                                  **DATE**

_____    _____

**SUPERVISOR, TITLE**                                                **DATE**

_____    _____

**CAMPUS REPRESENTATIVE, TITLE**                                     **DATE**

_____    _____

**HUMAN RESOURCES, TITLE**                                           **DATE**

**CONFIDENTIAL**

**CMC RECORD000907**

# POSTER INSTRUCTIONS AND RUBRIC  BIO 111

RESOURCES AND INSTRUCTIONS

1. Go to YouTube and first review the excellent short movie entitled "Making a better research poster - YouTube" https://youtu.be/AwMFhyH7_5g
2. Then Google "How to Make a Scientific Poster" as there are many acceptable ways to make a poster, familiarize yourself with how to research a good poster, and so find the method right for you and that fits with the class rubric (see below).
3. Main steps: you must include are the following.
4. Title and Abstract, Introduction and Objectives, Results with clear and readable data and chart(s), Discussion with suggestions for future research, Overall poster quality. (20 points each).
5.

| Title and Abstract | 40 points |
|---|---|
| Introduction and Objectives | 40 points |
| Results with clear and readable data and chart(s) | 40 points |
| Discussion with suggestions for future research | 40 points |
| Overall poster look and feel and quality | 40 points |

**CONFIDENTIAL**

**CMC RECORD000908**

Presentation Rubric BIO 111
(200pts)


_____ Introduction (30):  Introduce yourselves.  Provide background on your research, including rationale, hypothesis, and predictions.

_____ Methods (30):  <u>Briefly</u> explain what you did.

_____Results (30):  What did you find?  Give appropriate tables and graphs.

_____ Discussion and Conclusions (4):  Discuss your results.  What do they mean?  How do they compare to other studies?  What problems did you encounter?  What errors did you observe and how did these errors impact your results?  What additional questions were raised and how can they be approaches for new better experiments?

_____ References (20):  Are references used and appropriately cited in your presentation?

_____Question answering (30): Did you answer questions appropriately?

_____Shared Responsibility (30)  Did all members of the group participate equally in the presentation?

_____ Overall Effectiveness (30):  Did you engage your audience?  Was the presentation interesting?

Comments:


**CONFIDENTIAL**

**CMC RECORD000909**

# RUBRIC FOR ICs "INTERESTING CONCEPTS"  GROUP INTERACTIVE ACTIVITY BIO 111

IC's (total ~150 points, ~ 10 points each)

INSTRUCTIONS

Your ten ICs (Interesting concepts) should be one full sentence around one or two full lines long. They should be a complete insight in biology that you will teach the whole class. Your IC is a condensed statement of what you will teach the class taking around one or two minutes.

Examples:
1. Photosynthesis is a process that evolved long ago and gradually oxygenated the entire planet
2. Photosynthesis has two main parts, the light reaction and the light independent reaction.

It is important that you do the readings in the textbook before we cover that material in class, so please always come prepared.

This will include: a summary of the assigned chapter(s) in one sentence; 10 ICs "Interesting Concepts" you chose from the chapter (and assigned materials), and one question. Note: the IC's must be gathered from throughout the chapter(s) and material, not just the first few pages of the chapter. Each week you should expect to present one IC to the class during our weekly interactive discussion in the multimedia part of our class, usually on Mondays.

In addition to the rubrics below, the quality of your performance will be indicated and added to the participation portion of your total grade.

RUBRIC

| Presentation to class | 5 points |
|---|---|
| 10 written ICs handed in | 5 points |
| Total<br>Both of the above parts must be completed on time for a total grade of 10 points | 10 points |

**CONFIDENTIAL**

**CMC RECORD000910**

# SELF-ASSESSMENT LETTERS
# 2019 TO 2017

## GENERAL COLLEGE BIOLOGY/LAB
## BIO 111

## BOTANY/ETHNOBOTANY
## BIO 221

**CONFIDENTIAL**

**CMC RECORD000911**

**CONFIDENTIAL**

**CMC RECORD000912**



**CONFIDENTIAL**

**CMC RECORD000913**

**CONFIDENTIAL**

**CMC RECORD000914**

Maggie Hunter

Bio-111-SBO2

Spring 2019

Dear Sawn,

Thank you so much for a fantastic semester, I really enjoyed your class. Over the past 15 weeks I have learned so much about biology. Somthinging I didn't know before this class include, Cell division or Mitosis, plant reproduction systemes, how energy is made on a cellular level. I wasn't quite sure what exactly cells where and how they functioned before I entered this class but now I feel I have a firm grasp of their many functions and parts. For me it was exciting to learn about how plant and animal cells differ from one another, with plancells being more rigid because of their cell walls and animal cells having more fluid like movement because of their membranes. The best part was photosynthesis, learning how a plant can create their own energy just using light, air and water to make ATP. Then seeing how herbivores eat those plants creating their energy to inturn get eaten as well to fuel another organism. From single celled bacteria to multicellular organisms i have gained much knowledge. One part of the class that was particularly exciting was our daily talks on the happenings in the world. To be able to discuss in an academic setting about the happenings in the world was, personally, very enjoyable. I loved how this class was able to come together and have deep and thoughtful conversations without basis or irrational argument, One story that's really stuck with me was how countries around the world are giving eco systemes human rights, the native people saw the earth as a sentient being and it brings much joy to my heart that modernized people are beginning to realize this.

Overall I would love to one day take more biology classes with you and hopefully continue in school pursuing a degree in neurobiology. I will keep all our lessons about the world close to my heart and use the information i've learned in this class to further my understanding of my major Psychology. Thank you for such an awesome semester!

5-2-2019

**CONFIDENTIAL**

**CMC RECORD000915**

CONFIDENTIAL

CMC RECORD000916

May 5<sup>th</sup>, 2019

To Shawn,

I liked this class a lot more than my previous Biology class at a much bigger school. I thought the opportunities offered and the unique approach was much easier for me to learn as opposed to the huge lecture with 300 students at my last school.

What I liked the most about the class was definitely the labs and the field trips. I thought that being able to go outside to see biology in the real life was really neat and very applicable. We don't realize that biology is all around us all the time.

I liked the World Park idea. It was familiar to me after reading E.O. Wilson's new book, Half-Earth. Some ideas are different but essentially, we really need to conserve more land to be able to try to help heal our planet. I agree with you that I think this is one of the most important issues that our world/humanity will face in the coming years.

One aspect that I think I would like to focus on going forward from your class is botany. I have an immense love for plants and the natural world and I see myself really thriving taking more botany courses and expanding my knowledge of the natural world in this way. I think plants have a lot to offer us in the way that they can show us how to live peacefully and productively!

A lot of the ideas in the class resonate with a lot of my firmly held beliefs. I believe in the power of the natural world and truly think that if humanity can connect with nature, things will be all right. The class

**CONFIDENTIAL**

**CMC RECORD000917**

CONFIDENTIAL

CMC RECORD000918

Dear Shawn,

During this semester I was refreshed in several things but because i had your class before a couple years ago. Also it was good to have a refreshing because some of the concepts I had forgotten over the years. The biological science was a review as well because i had micro bio last year. But yet again it was good to have a review and a refresher. World Park is a great idea for our planet because it will save our planet and connect us all through nature. And hopefully you can implement it soon and get tons of funding and progress for World Park development. I have the same view of the future because I think it will be hard to implement and teach everyone in the world to have the world view of World Park saving our planet. I already have a strong relationship with nature but this class had definitely improved my knowledge about how my connection with nature is important. I was able to grow by discussing and talking with people with different worldviews than I have. Something interesting during the semester was the spinach lab because you can see photosynthesis with just a simple experience. I improved my scientific thinking by overcoming problems in the labs and being able to overcome time restraints. All in all this was a very enjoyable class. I might not have learned a ton of new information. But it was a great experience to refresh my mind and think about other worldviews again.

Bio 105

May 2 2019

Fisher Lindahl

**CONFIDENTIAL**

**CMC RECORD000919**

**CONFIDENTIAL**

**CMC RECORD000920**

Jacob Eck, BIO 105, 2/5/19

Dear Sean,

I am really glad I had got the opportunity to attend your biology this semester. For me it was one of the few classes that would actually make me motivated to go to class, and stay interested. I think that if I was to have another professor for this class then I would not have grown and become invested in our planet and biology outside of class. I really feel like I learned a lot this semester as a whole, one in particular being that we are living in the sixth mass extinction. You can go on the internet and all over you will read about how global warming is killing the planet and animals, and to recycle and conserve waste which are all true; however it is not being said that we are in an extinction and that we are the cause. By destroying nearly everything that we touch on Earth we are rapidly getting rid of natural habitats and the species that live in them. Which would bring up another excellent topic that we learned about in the class, of making World Park. When I think of this I envision a planet where all areas and habitats are being protected. However that is almost nearly impossible as we need to nestle ourselves into nature and live alongside it, as to where we have destroyed and chose to live on top of it. If everyone were to be informed of the rate that our planet is diminishing at, then I believe that World Park will truly be able to come to fruition. Among many of the other things from this semester, I really enjoyed the research films we made. For which I was already informed on the kratom plant, there was so much more that I learned from it. To be passionate about something and to also have a lot of knowledge of it, only makes me want to spread the information and knowledge. I do believe that after this class I will be more invested on researching and telling others about the benefits of the kratom plant, for it had changed my life

1 of 2

**CONFIDENTIAL**

**CMC RECORD000921**

**CONFIDENTIAL**

**CMC RECORD000922**

and I hope it could change others. I really do believe that I walked out of this class with a new

perspective on our planet and what we all need to do in order to make sure we keep it healthy.

Sincerely,

Jacob

**CONFIDENTIAL**

**CMC RECORD000923**

**CONFIDENTIAL**

CMC RECORD000924

Aidan Stumpf

BIO 105

5/1/19

Self-Assessment Letter

This biology class truly had a profound impact on my life unlike any other biology class i have taken in the past. Rather than solely learning basic biology concepts and definitions I really enjoyed learning about humans connection to nature and how all species on our planet are connected and the importance of preserving nature as the the negative effects of destroying nature could be permanent.

I also learned about the numerous benefits of natural healing through various herbs and other plants. Although I always been skeptical of big pharma and questioned how they could be 100% for their patients when so much money was involved I always assumed that things like prescriptions drugs were unavoidable but now with the new perspective I gained from this class I look forward to seeing how I can use natural remedies as a way to replace some expensive visits to the doctor. I also look forward to expand my knowledge of the subject by taking botany class in the future.

Lastly, The class has also taught me the importance of trying on different world views for size which means to take the perspective of people from different backgrounds religions and cultures such as Native Americans and apply it to your own life this has given me a new understanding of the world and I feel as though if everyone else had the ability to see the world the the lens of different groups the world would be a happier and healthier place with much less conflict.

**CONFIDENTIAL**

**CMC RECORD000925**

**CONFIDENTIAL**

**CMC RECORD000926**

Coon 1

**Self-Assessment Letter**

May 1, 2019

**Dear Shawn Sigstedt,**

This class has been very interesting to me indeed. I have learned much about the importance of life from you and how we must preserve it by creating a world park where all things are protected. Growing up in the Rocky Mountains, I have always felt that I have had a strong connection to nature. If you live in the mountains, nature resides right in your backyard. But that doesn't mean my perspective of nature has not changed. To me personally, the most important and yet basic thing that I took away from this class is that the smallest unit of life is a cell. Everything that is alive is comprised of them. Which connects all animals and plants together even though there is much diversity within all life. Animal and plant cells which are eukaryotic cells, and even prokaryotic cells are the most important factor of life. Something that I also noticed is that there is always a balance between everything in nature. Everything in nature is either a producer or a consumer in the food chain which moderates population levels in species. But if something were to occur that could affect one of the species, that could throw the balance off, and cause a chain reaction that affects all other species in that chain. Photosynthesis and Cellular respiration keep our atmosphere and everything on the surface of the Earth tied together through the molecules that are taken in and then produced. Animals are not as simple minded as most people have been led to believe either. We saw so many different behaviors from so many different species. From microscopic organisms such as Water bears to big and even the majestic creatures such as actual bears. All creatures share similar behaviors as us and also different ones. I have definitely built up more of an awareness when it comes to spotting any biodiversity. Now I know to look for little tiny insects every time I eat a strawberry. But also, to see all perspectives of life, especially plants and fungus because I never took a lot of consideration when I would

**CONFIDENTIAL**

**CMC RECORD000927**

Coon 2

look over one. This class has been very useful and enlightening. Not to mention a whole lot of

fun. So, I will definitely recommend this to friends and other students

**Thank you so much and sincerely,**

**Will Coon**

**CONFIDENTIAL**

**CMC RECORD000928**

Dear Shawn V. Sigstedt

Hey Shawn its jerome i just wanted to say it was nice to have you one last time before I graduate next spring sadly I wish i could have had you in a different class that wasn't so similarly to your BIO 111 class, but it was a good refresher in biology and other things concerning the environment and natural world.One thing I liked about this class was having the access to the dissecting and compound microscopes those pieces of equipment really aloud me to get hands on and not just talk about microscopic things but to really see them. This class really helped me understand that there is more to Biology than just the book. I have learned alot about the real world applications to biology. I do believe your world park idea could work one day hopefully soon it really does make sense and the world needs more now than ever before. I would like to think I do have a stronger connection to nature now than i did before your class really helps me remind myself how much I love the outdoors.because I took 111 I didn't learn anything no per say but definitely was reminded about all I had learned. I do believe I think a little more critically. This class has impacted me in a way that i still want to pursue a career as a scientist and learn more about the natural world. Ways I learned how to make the planet healthy again where through stopping the increase of habitat lost of our keystone species because the lost of our species is what's killing our planet and why we are entering our 6th mass extinction. And the only way to stop it is by stopping habitat lost through agriculture for example in south america where agriculture and timber are huge.Im still absolutely fascinated by the photosynthesis lab it was just so cool to learn about and how plants turn Co2 into O2 and to see the light and dark cycle happen in real time taking the co2 and taking in the water and making air bubbles to float to the top I will never forget that. I also enjoyed learning about indigenous people because that's not a topic you learn about in a stander biology class. Just to see how they live and what they do to keep their environment safe and healthy by not cutting down a lot of trees and having small farms and using hunting and gathering techniques over big agriculture. Overall I was happy with this class.

Sinceriously:

Jerone Brazeel
5/11/2019
Bro 105 pm

**CONFIDENTIAL**

**CONFIDENTIAL**

**CMC RECORD000930**

Kennedy Mattson

29 April 2019

Bio 105 PM

This class is unlike any Biology class I have ever taken before, it challenged me to take on other worldviews and consider everything in the world as a living being. The biology we learned was fairly similar to the things I have previously learned but the indigenous peoples views and the countless medicinal medicine was newer to me. I have always known that indigenous people were intelligent and that they had unique worldviews but not to this extent, and I knew there were medicinal medicines but I did not know that practically any plant can have a medicinal purpose. I believe I have a strong connection with nature now, I have always loved nature and enjoyed its beauty, but now I understand it more at a biological level. I do enjoy the idea of World Park it does seem like a great solution to fixing the world, but I don't think we will ever get everyone in the world to agree especially world leaders. It is all about money so the more land that can be destroyed and used for agricultural purposes, the more money can be made by the wealthy. I have mixed feelings about the future, I understand that extinction is a normal part of evolution and is bound to happen, but it's hard to imagine a world without some of the most beautiful animals, bugs and plants living amongst us, for my grandchildren to never experience them. My ability to understand the world in a scientific way has definitely improved, I can look at something and understand that at a molecular level they can be alive and spiritually they are alive. I think through education of the younger generations that maybe the Earth could be saved one day, I am not sure if that will ever happen in my life time however. As awful and

**CONFIDENTIAL**

**CMC RECORD000931**

unwanted as it is, maybe a great disaster is what it is going to take for people to understand what is actually happening to our Earth and that it is not climate change, but in fact is agriculture.

For my future career I have decided that I want to become a nurse. Although I do not always agree with big pharma I think it can be a very rewarding job, I want to work in a children's hospital because they need someone who can try to cheer them up when their entire world seems to be falling. I also want to study some medicinal medicines for alternatives for big pharma. The things I have learned in the class have already set me on track to understanding the human body and the world around it, and I will try my hardest to spread the knowledge I have obtained to others around me.

Sincerely,

Kennedy Mattson

*Kennedy Mattson* 5/1/19

**CONFIDENTIAL**

**CMC RECORD000932**

Dear Professor Sigstedt,                                                         May 1, 2019

I have to tell you, science has never been my "thing." Pretty sure that's because I wasn't interested and my teachers weren't interesting. My major didn't require me to take a science credit at CSU, but when I changed my major to sustainability at CMC it was the inevitable choice to take biology. Also, *my* choice to learn from you, which turned out to be a great one.

Through your lessons I gained a necessary shift in perspective that generated a newfound sense of appreciation for our planet. This appreciation has always existed, but I feel that my decision as a college student to learn more has been refreshingly necessary. Your enthusiasm to teach us what you have loved and learned in your life broke down the student/teacher barrier because you wouldn't let us get away without caring at least a little more about our planet and all that exists outside of it (which affects us all.) While we had book work and the IC's were beneficial in proving our reading comprehension of important topics, what really got me thinking was our conversations. Every class would intertwine with another because everything we learned would only create a pathway to more learning!

To me, the concept of connection was the building block for me to understand biological concepts: from the smallest unit of life (the cell) and the abundance of life it has created since the first sign 4.5 billion years ago; hands-on labs that enhanced my understanding of photosynthesis and cellular respiration in terms of plant species and this ancient concept of survival; the significance of Keystone species in every ecosystem as the literal key to its inhabitants' survival (i.e. in Yellowstone, if the wolf didn't exist then the elk population would be through the roof and no aspen seedlings would flourish because they'd be eaten: we need primary predators to keep the ecosystem in check); a refresher on Darwin whose theory of descent with modification sums up the evolutionary point every species is at now from that of which we have evolved from the species before. And of course, your world-saving and innovative idea of World Park: let's rejuvenate our reality!! To imagine a world where ecosystems can thrive and species can coexist in areas of the world where they can't now (our societal systems are flawed and generally disregard the importance of basic awareness of our planet i.e. paved roads essentially reflect sunlight but trees absorb it, enhancing growth and energy Every. Living. Thing. Needs to survive and thrive.) It would not only benefit the planet but it would balance it and give our home an even better chance to exist- not to disappear. I like that. ☺

I'm smiling as I write this to you because my connection to nature and to myself has grown so much over the course of the semester- especially my awareness of the endangerment of the earth's species through the movies we all made (so informative and real that all of it is hard to grasp- every species is necessary! I researched the aspen and the thought of existence is difficult to even conceptualize.) Honestly, I am more aware of my surroundings and I'm definitely going to win any argument if someone tells me the earth is okay- it's not! And it's so frustrating and sad to know that even if every person on the planet stopped using fossil fuels and recycled and cut back on our use of energy that it would still take the planet thousands of years to recover. The general population's severe lack of caring has been irreversibly damaging.

BUT my newfound knowledge of that of the populations who have never had contact to the modern world and the herbal medicines that totally override big pharma in its less expensive and harmful techniques- oh, now I feel like I have a solidified viewpoint that I've had

**CONFIDENTIAL**

**CMC RECORD000933**

of caring for myself but with the backup of the wisdom of the indigenous people (and you!) to understand the importance of the health of all species.

I entered your class a couple days late into the semester and you generously allowed me to stay when you usually wouldn't. I am appreciative and grateful to have chosen you as my professor because I have a new world view- to be able to understand the connection of everything on the planet you need to not only look inside yourself but also in the perspective of the planet; the water, the soil, the species, the universe. I'm looking now, and I'm more conscious than ever of the importance of biology. You shifted my interest, Shawn and I thank you for that!

For the record, I'm all for the world park and I'm especially all in for the experience I have had as your student. Thank you so much, and I am so stoked we have someone like you on Earth- I know she appreciates it ☺

Sincerely,
Ariana Kocik

**CONFIDENTIAL**

**CMC RECORD000934**

Evan Newson          Bio 105          Spring 2019          May 2nd

Dear Shawn,

After taking your biology class I have learned much information that I never knew before. I thought that the class was very interesting and had a lot of good knowledge. I also thought it was taught well because of how much knowledge you have to share with the class which is something a lot of other professors can't do as well with their classes. Coming into this class I didn't know much about the subject and the world. Learning about World Park was something I thought was very interesting because I never would've thought of that idea. Being able to take care of all parks around the world for them to then grow into a complete World Park is a very a good idea that could one day work. I also liked all the ideas you taught us about how we can help protect the earth. One of those ways is just keeping your trash where it belongs in the garbage and to recycle when we can. This is a slow process but if everyone is on the same page we could actually make an impact. I feel that after taking this class I now have a better connection with nature because of how I look differently at it. This has allowed me to grow scientifically by gaining the knowledge that I never knew about Biology. Learning about Biology was honestly all pretty new for me. I have had a little knowledge about cells before because of high school but other than that, the information I learned this semester was all new for me. I would like to keep the skills that I've learned in your class to take into the future and share the information with other people. Overall, I feel that I have improved by learning all of the new material that was taught throughout the semester. I feel as if the material has really stuck with me because I was interested in the subject and wanted to learn about Biology more!

**CONFIDENTIAL**

**CMC RECORD000935**

Thank you for teaching this class Shawn because I feel that it would've been a lot different and not as exciting with a different professor. Your knowledge was passed on to the class in a way where we'll all remember, and we'll now be able to do something with what you have taught us!

Sincerely,

*Evan Newman*

**CONFIDENTIAL**

**CMC RECORD000936**

Garrett Gunning

5-1-19

Biology 105

Shawn Sigstedt

Self Assessment

This biology class was the first bio class i've taken in college. Everything we did in our labs and including our time in the classroom was incredibly beneficial for me. This class has been a great learning experience as this was not a major course it was very informative. I truly found the professors idea and main approach towards the class and the students was remarkable, the new ideas and concepts i was completely unaware of came to the light in the middle of this course, and i think it was incredibly clear to me when we did the Sage bush lab and the entire class really turned my world upside down. We were told to gather a nice chunk of sage (not from the grandfather bush) and before we even touched the bush we were told to ask permission for the bush to let us take some of their precious leaves and in return we had to offer the bush something back, this meant water, more soil, even just passionate affection. This process was interesting to me considering i have never really done anything like this, and it was a really good feeling that i left the class with that day. I felt like i had really put myself in a whole new thought process that i had never really experienced. A new worldview was on the horizon for me at that very moment. It had just become obvious to me that myself included but we as a people as a society, as one whole unit needed to respect our planet more and treat everything in as we would treat each other. With all of this knowledge i know have and did not have before i feel as if i am able to make a difference in how the world gets treated and i've learned to think of our

**CONFIDENTIAL**

**CMC RECORD000937**

planet like the inside of my stomach.  In many ways this has shown me that there is much more than meets the eye and what i mean by that is like how for centuries we as a society has disregarded the natives and their insanely smart and easy ways to help sustain our planet that we all love and have to share with 7 billion more people, so why not make a change, a difference in our lifetime.  There were many things i learned and took away from this class but the main idea i'd like to get across is the idea that i had been so blind to how my everyday actions influence the entire world around me and giving back positive energy will in turn give you more positive energy.

GARRET GUNNING

**CONFIDENTIAL**

**CMC RECORD000938**

Private Logo

Bio 105

25 April 2019

Self Assessment Letter

Professor S,

I learned a lot of awesome things in this class. I never was good at learning biology in a traditional sense. And that is one reason why this class was great for me. Because we got to learn about other aspects of biology like indigenous cultures, and about fruits, and why animals are so special. On my Aha moments page in my nature journal, the two biggests things I wrote as major personal discovery were "We have the whole universe inside of us!" as well as "The hardest thing in the world is to know the times you're living in." These were the major concepts of this class that I felt impacted me the most.

World Park to me means nature taking back what was rightfully theirs once before. But with the idea of being able to coexist with us humans. Unfortunately I think that this concept is hard for most humans to understand that nature deserves to be the ruler of this incredible planet. And I hope that you, Professor S, can find a way to spread this ideology across the universe! Along with the idea of world park, I think I have gained some resources on how to make the planet healthy again. It is going to take a global understanding and promise to vouch for the health of our natural ecosystems and keep biodiversity alive. We must terminate practices that damage biodiversity around the world. I do feel stronger with nature now. Because now I know it isn't all data and calculations like I was taught in high school. Biology is how we connect to our

**CONFIDENTIAL**

**CMC RECORD000939**

universe and all of the species within it. I was able to open new world views about different cultures and about biology itself.

My favorite lab of the entire semester was the Fruit lab! I enjoyed this because I felt like I got to look at these organisms that are a huge part of my consumerism. But in this lab I was able to understand how they work and why they work. I was able to understand that these fruits are almost just like us or like animals in how they reproduce and how their systems work. I also really enjoyed the photosynthesis lab. I never thought that it was possible to create such a major scientific process. And personally, I believe the ability to create oxygen from plants almost seems like a form of biomimicry that humans could utilize to create oxygen in a time where our atmosphere is so heavily polluted.

The process of video making was very fun. I enjoyed it much more than having to write an essay. It was a fun way to show some creativity and I even got to go out and explore in nature and I was so happy that I got to do that FOR a school project! Lastly, it was a pure joy to go out in the field on the 24th. And even though it didn't go as planned, I loved going out to Fish Creek Falls and getting to learn about all the amazing organisms that we are surrounded by in our very own ecosystem.

Professor S, I appreciate you teaching me biology this semester. And I wish you the best of luck on your World Park project!

Kenzie Loyd

*Makenzie Loyd*

**CONFIDENTIAL**

**CMC RECORD000940**

Brott 1

Garrett Brott

Shawn Sigstedt

BIO-105

02 May 2019

Dear Shawn,

Let me just begin by saying thank you for such an awesome semester. I have learned and experienced things in your class and other classes this semester that I never could've imagined. It truly has been an amazing experience, and I really appreciate all the effort you put forth into making this a great class for your students. Your passion for what you do shines through you on a daily basis. It has been truly inspiring. Now, with that being said, let's get into what I took away from your class this semester.

This semester, we have gotten to look at biology through the scope of conservational eyes. Throughout the class, the main theme behind everything we did was to help save the Earth via educating ourselves about the Earth. It has been eye opening to say the least. Science has always been one of my more favorite subjects, but I have never seen it through the light of passion. My teachers throughout high school loved their subject in some way, I am sure, but their passion never showed. Being able to relate what we are talking about every single day into what we see going on in our lives every day as well is certainly a way I'd suggest taking a class. Therefore, I can say with certainty that I now have a greater respect for the science of biology. While I cannot say I can see myself continuing on a path towards a career in biology, I can say I

**CONFIDENTIAL**

CMC RECORD000941

**CONFIDENTIAL**

**CMC RECORD000942**

Brott 2

understand why someone would. This year, we have learned about Shawn's World Park idea and how that could quite possibly save the Earth; we have learned about how different species' all maintain their ecosystem in one way or another; we learned about indigenous ways and how those have been saving the Earth since the beginning; we have learned about how each cell on Earth comes from one single cell billions of years ago; and this doesn't even begin to scratch the surface of all the awe-inspiring things we have gotten the opportunity to soak up. After this semester, if you don't have a stronger connection with nature than before, you weren't actually taking this class. So I would have to say this is the biggest lesson I have taken from biology this semester. Respecting nature is something I have striven to do for a long time. Learning the ins and outs of why it is so important was very refreshing. I plan on honing these lessons in every day life because they are simple lessons that everyone can follow. In terms of advancing these skills, I plan on surrounding myself in nature as much as possible for the rest of my life.

With our world in the midst of its sixth mass extinction and the rise of people wanting to change that, there couldn't have been a better time for me to take this class. It has helped me focus on the world around me instead of the world in front of me. It has helped me build my skills in time management. It has shown me how fun science can really be. I have been able to gain a new perspective on life and the world. It has shown me how to take a step back and look at the world through a conservational scope. And for that, I can say I have a very tangible thing to be able to take away from the class. So, once again, thank you very much Shawn. It was an awesome semester.

Sincerely, your humble student,

Garrett Brott _____     May 2, 2019

2 & 2

**CONFIDENTIAL**

**CMC RECORD000943**

**CONFIDENTIAL**

**CMC RECORD000944**

Justin Hollis

5-1-19

Bio 105 Spring

Self Assessment Letter

Dear Shawn,

First of all, I am continually thankful to have attended your class this semester. You have taught me Biology from a perspective that applies to my interest and kept me engaged all semester. Though review of material I have continued to study on my own before starting college, I have learned so much in this class. For one, I am really excited to take your Botany course next semester! One thing I am excited to practice this summer is remembering scientific names for plants. Learning the anatomy of plants is also something I would like to practice throughout my summer since I will be working so closely with plants. Some of the coolest things I've learned this semester pertains to how important all species are to each other. One example I love is how the Lady Slipper Orchid in South America has adapted and knows what it needs for reproduction. This Orchid does something remarkable and can be an example of how intelligence is found even in plants. A specific fly whose larvae depends on aphids for survival is tricked by the lady slipper orchid in thinking the plant contains aphids by a release of scent. The fly then lays its eggs in the pedal of the flower and forced to exit the flower through a different way of entry. When exiting the flower, the Orchid is pollinated by this fly in remarkable strategy for reproduction. This is only one example of how we have explored intelligence found within nature. Animals are very smart and we can continue to learn from the things they do like, using medicinal plants, or making tools. This class has opened my eyes to the intelligence seen all

1 of 2

**CONFIDENTIAL**

**CMC RECORD000945**

**CONFIDENTIAL**

**CMC RECORD000946**

around the world that we do not explore throughout grade school or even in our everyday lives. We truly take for granted the examples that lay in front of us. I think a portal for the planet to become healthy again can be for people to wake up to how intelligent nature is, once we appreciate nature, we will respect nature and work together to make the planet healthy again.

As one who loves to spend most of his time in nature, I resonate with protected lands and ecosystem that we continue to preserve. World Park is an idea that has opened my eyes to how I see National Parks and reserves. Though it's great to protect these lands, in order to save the planet we are going to need to protect the whole planet!! Take Yellowstone for example, Bison and Wolves continue to branch themselves outside of the parks. This is a great example of how Earth is trying to heal itself! Even the daisy chain effect can be found in nature.

Though my goals are to go into nature conservation, the ideas taught in your class have accelerated my dreams and to work towards a similar ideology of protection of our planet. Your class has taught me to be grateful for our planet, it has taught me to look at nature through different views, and most importantly, changed my perspective of how I already appreciated nature in a beneficial way.

I could easily go into so much depth for what your class has taught me but I am trying ot spare you a novel.

Thank you so much for this semester! Look forward to seeing you in your botany class.

Sincerely, Justin Hollis

5-1-19

**CONFIDENTIAL**

**CMC RECORD000947**

**CONFIDENTIAL**

CMC RECORD000948

may have not taught me that because I came in with that pretty strong connection but it definitely

helped reinforce it.

Thank you for taking the time to teach us all these really cool things! I enjoyed the nontraditional aspect

of how you did the class and hope many more CMC students will be able to have the same experience.

Best wishes and thanks again.

Hannah Stokes

**CONFIDENTIAL**

**CMC RECORD000949**

**CONFIDENTIAL**

CMC RECORD000950

Vivian S. Anderson     Self Assessment     Bio 111     April 25

Dear Shawn,

I love your class. Growing up in a Soix family they would be so proud to know that CMC has a teacher as educated as you. Your class reminds me of hanging out with my Grandpa except he called World Park "Mother's forest". Every time I would show up to your class it would be a refreshing experience. Now because of you I'm a little less worried about the next generations if they happen to take your class they are going to have their mind opened and in that opening a flower of peace love and happiness will grow. I learned a lot of sad things about our would at the moment but one thing that I will remember is we are in a mass extinction. There is no going back from this and we humans are just waiting for the treadmill to stop. What we need to realize is the treadmill is a never ending circle that's constantly going to repeat what it has to until it is running correctly. Our earth is the treadmill it can restart and it will do so just to become happy and healthy again.

This class has opened my eyes before I thought only I understood the planet the way I did. You showed me other people view the planet in quite similar ways. I didn't know Deepak Chopra but that's how I act, I am everything not only the things that live and breath but I am the dirt you walk on and the rocks you skip. I can't remember not thinking like this at the age of 4 I got caught shoplifting and when they took the animal I loved so very much away I yelled "how can you do this to yourself ?" At the time it was something my parents would praise me for treating others how you would treat yourself is what they thought I was doing. In my reality I

1 of 2

**CONFIDENTIAL**

**CMC RECORD000951**

**CONFIDENTIAL**

**CMC RECORD000952**

was treating myself how I wanted to be treated because everything is me. I told that to some friends and I got the label narcissist so I began keeping it to myself it's hard explaining to people.

There's a lot of things that can help make the world healthy again but the main thing that would keep human race from ever repeating its mistakes is if we go back to hunting and gathering. Then we can take down so many trees fore homes because we will be constantly on the move for food. That also makes it so we have less children you don't want to be carrying three kids while your chasing a buffalo. As fun as it is civilizations first mistake was farming. Nature gave us small amounts of nutrients that was rare and precious what we did is took those and made then better to our benefit. We didn't ask nature before we begin making super foods. Now it is us who is going to pay the price.

Now for some interesting facts I learned. Cells are the smallest unit of life and can reproduce without having another cell present. The organelles of cells were once cells themselves. Animals can self diagnose and self medicate. Animals can invent and play games and will also invent and use tools. The women always gets to choose mates thats why males are either very colorful or great fighters. Water bears are going to be the last thing alive when everything is gone. You can cut a planaria and it will turn into two. Elephants will become juveniles if they've been through a traumatic situation. Everything you find with in you you can find outside of yourself. The mobius strips helps people understand everything is connected. Biophilia is humans seeking connection with nature and other forms of life. I can continue but will end it on the most important thing I learned **all Injuns deserve a major of somesort.**

*Peace Love & Joy,*
*Vivian S. Anderson*

2 of 2

**CONFIDENTIAL**

**CMC RECORD000953**

5/2/2019

**CONFIDENTIAL**

**CMC RECORD000954**

Natalie Bohlmann
BIO 111 SB02
5.2.19

Dear Shawn,

This semester in your Biology 111 class I learned so many wonderful things about our biological world. Going into this class I knew very little about biology and now I am coming away with a great understanding of biology as a whole. I have always had a really hard time with memorization but with your easy to remember tips I have created a better understanding of many different biological concepts. An example of this was with catabolic and anabolic, cats use their claws and break things down so it helps to remember that catabolic is the process of breaking down molecules into smaller units. I really enjoyed how you taught us how cellular respiration works, because of your description and simplification it helped me to understand the process better. I learned that it is the set of metabolic reactions and processes that take place in the cells organisms to convert biological energy from nutrients into ATP. And ATP is a complex organic chemical that provides energy for cells, it is the power!

I not only learned about human and plants biological process, but also about the urgent need to make our planet healthy again. This is something I really enjoyed about your class, your willingness to help us grasp the understanding of change in our world today. By being taught biology and also being educated on the need for conservation, and way to make our world healthy again really made it relatable and understandable. Some ways that our planet can slowly work its way back to a healthy, successful, happy planet would be to use the concept of daisy chaining. Daisy chaining is the idea that we would expand all of the parks and their good environments further in order to grow the ecosystems. This would benefit the world and humans would be unable to harm the growing land. Another thing that would benefit our world and help to not overpopulate, would be sharing children. This is where villages all live in a small area

1 of 2

**CONFIDENTIAL**

**CMC RECORD000955**

**CONFIDENTIAL**

**CMC RECORD000956**

together and the children move around to the different houses and the children and shared

amongst the families. This would help to reduce the world's population and be healthier for our

planet.

During this class I improved my skills by expanding my understanding on the biological

world. I did this by learning how to properly use microscopes, how to write lab reports, and also

how to identify species biologically. The fruit and flower lab at the end of the year is what really

put all the pieces together. Leaving about the male and female parts of flowering plants, and

being able to identify fruits, berries and vegetables. Being able to put all of the pieces together

and have a lab like that really expanded my knowledge biologically. I really enjoyed the hands

on labs, they keep the class exciting and engaging. It was fun to be able to interact with species

that we had the lab on every week.

I have created a wonderful connection with nature because evermore so now I respect

nature and it beauty and power. Your Biology 111 class really opened up the world to biology

and shower me just how influential it can be. If I could take away just one thing from your class

it would be that we need to respect our planet because this is the only one we will get. We need

to treat it with respect by conserving the forests, oceans and every part of this earth in order to

keep it healthy and happy. Your class really helped me to understand that biology in the

interaction between humanity and the world, and that we need to begin preserving our world.

Thank you for a great semester.


From,

Natalie Bohlmann

**CONFIDENTIAL**

**CMC RECORD000957**

**CONFIDENTIAL**

**CMC RECORD000958**

KT Collins

Shawn Sigstedt

BIO 111 SB09

4/28/19

Self Assessment Reflection

BIO 111 has been a life changing class for me. As I came into the lab room the first day of class, I had expectations for a challenging, yet average college biology course. Never in a million years would I have thought one of my classes would have shaped my life the way this one has. From the captivating lessons and labs, to the uncomparable closeness I feel in the classroom, I have thoroughly enjoyed this class.

It's often hard for me to retain what I learn in the classroom, and rare for me to apply it to my own life. It's hard for me to truly trust most of what a professor tells me. This is not the case in Biology. Biology has honestly reconnected me with nature. Since January, I have paid more attention to the world around me and become more and more fascinated with it every day. Before this class, I appreciated the nature around me but unknowingly did not respect it enough. I did not believe in the intelligence of animals and nature, I did not believe in any significance of the universe, I was simply neutral about the world- it is what it is. However, I have become conscious about my impact on the planet, and the unhealthy condition our planet is in. I feel like I am finally getting the raw, unorthodox truth about the world and biology. I hope to carry on my newfound perspective of the world once I pass Biology, so that I can improve our planet and spread my knowledge with others. In addition to my newfound respect for nature and conservation of our genetic diversity, I found myself really reconnecting with the universe. By

1 of 3

**CONFIDENTIAL**

**CMC RECORD000959**

**CONFIDENTIAL**

**CMC RECORD000960**

listening to the subtle signs of the universe and giving gentle and attentive care to un-human life, I began finding myself in more and more situations that were too magical and perfect to be simple coincidences. Nature has never blown my mind the way it has this semester, and it's all thanks to my professor Shawn.

I truly believe I could not ask for a better professor. On my first day, I was intrigued to learn what the man in the brightly colored shirt and Indiana Jones-looking hat would teach me. Oh was I in for a treat! As I learned about the power of the Native American ways, the experiences that he has endured, and World Park I realized that this professor is a once in a lifetime opportunity to learn from a real genius. While yes, at times my habits from other classes have distracted me from learning 100% of the time, I learned how to harness my focus and really make the most out of each lesson because I know it will benefit me. I learned to put my phone away and throw myself into the lesson. To take time and really put thought into nature, relationships with others, myself and the universe. This class has changed my skills significantly and for that I am grateful. My professors care for his lessons, impact, and each and every one of his students shows. Even the students who normally don't care about their classes cared about the class which is sadly rare. World Park has opened my eyes to a new future. I am scared and somewhat pessimistic about the abilities of the human race, but I know that if I continue to impact the lives of those around me we can slowly make changes. World Park has even opened my eyes to possibly focusing my career on something bigger than me- conservation of the planet. I'm not exactly sure what I want to do, but I know that it will be an extremely necessary field in my lifetime. I have began making small changes in my habits with the ecosystem in mind. I'm

**CONFIDENTIAL**

CMC RECORD000961

**CONFIDENTIAL**

**CMC RECORD000962**

respecting all species, and am trying to limit my footprint as much as I can. With years of practice, this will surely make an impact.

I am so happy that I took this course, because it has woken me to the world around me. I'm so glad I got to skip the traditional, boring biology to learn something meaningful and perhaps even life-changing. I hope to stay in contact some way with you, because I know deep down that I will end up on a path similar to yours- changing the world and teaching others.

KT COLLINS

**CONFIDENTIAL**

**CMC RECORD000963**

**CONFIDENTIAL**

CMC RECORD000964

Esté Wilkinson

4/26/19

Bio 111 SB02

Dear Professor Shawn,

I learned a lot about how to use biology to create a healthier planet for the future. Every, plant, animal or living thing has its place in the ecosystem and each one has benefits to not only humans, but all other living things. I learned a lot about the medicines found in plants and how they can actually be used to heal just as well if not better than pharmaceutical products. Plants like osha, which bears chew up and rub on their fur, help animals to self medicate. They naturally seek out these plants knowing what to eat to make themselves feel better. There are so many medicines found in nature many of which we have yet to discover, some even have healing properties known to cure cancer.

The concept of world park is a great one because we already have it begun. If we could make the entire world protected land the Earth might have a chance at healing itself. The Earth is all we have and we need it to survive. If we destroy all of our resources by destroying the planet that produces them, we too will be destroyed. I think the number one way to make the planet healthy again is through individual and conscious effort. We need to understand that the Earth is a part of us and that by destroying it we are simultaneously destroying ourselves. The big companies who produce the plastics, and destroy the rainforests, will not stop until there is no

**CONFIDENTIAL**

**CMC RECORD000965**

**CONFIDENTIAL**

**CMC RECORD000966**

longer a market for their product. If every individual boycotted purchasing the products which were produced in non eco friendly conditions the Earth might still have a fighting chance.

Personally, I have a much stronger connection with nature now that I know of many new things that it offers. I have grown to understand that by studying nature I can fall more in love with it and therefore make a more conscious effort to protect it. Skillwise I have improved my ability to understand the workings of every species. Before, I simply saw plants an animals as separate from myself or just as some other living thing. Now, I am able to connect each and every being to myself and understand the ways in which they contribute to my environment.

I have always wanted to work in a field that is working towards healing the planet. Knowing now that studying species can give clues on how and why we must heal the planet, I want to be a part of those studies at some point in my life. I believe our generation values planetary health and, with the skills I have learned in this class, I want to be a part of the future where we heal our home.

Sincerely,

Esté Wilkinson



**CONFIDENTIAL**

**CMC RECORD000967**



**CONFIDENTIAL**

**CMC RECORD000968**

Lucas Gumbiner

Bio 111 SB03

Self-Assessment Letter

May 5, 2019

Dear Shawn Sigstedt,

Hey Shawn I just wanted to let you know that I had a great semester in your class. One thing I learned is how to operate compound and dissecting microscopes. Also that biology is more then just enzymes and DNA. Some biological science I learned is that photosynthesis is technically two reactions, the light and the dark. I also learned more about cell replication through mitosis and meiosis, which I have always found super interesting. Your World Park plan is very interesting to me, I have never heard of anything like in in the conservation world. I think that it is a totally viable way of solving a few of the worlds problems if you can find a way to successfully implement it. One way i learned to make the planet healthy again is to allow it to heal itself, because the planet is far more capable of healing itself then we are of healing it. I always had a strong connection with nature so that hasn't really changed, but i would say i now have a more profound and detailed connection then before. I think I have grown personally in how I see the world and its problems. A skill of mine that has improved is in the use and understanding of scientific concepts and words. For instance now when I have science related conversations I have more knowledge to impress people with. One thing that stands out to me that I learned that i did not know before is the fact that there are tiny green bugs on strawberries. That was just mind blowing to me! Overall i think my scientific thinking has improved significantly because I hadn't taken a biology class since high school almost 5 years ago. This class has definitely impacted the way I think about the world and especially what the future holds. One conceptual breakthrough I had was pretty minor but significant to me, and it was the fact that humans have 46 chromosomes! For my entire life i thought we had only 23.

Sincerely,

**CONFIDENTIAL**

**CMC RECORD000969**

**CONFIDENTIAL**

**CMC RECORD000970**

Carson Compos

BIO 111 SB03

Self Assessment Letter

May 2, 2019

Dear Dr. Sigstedt,

I've never had an Biology class quite like this. The blending of Biology and History allows for much deeper insight and much more information to be expressed through my assignments. I love to to learn and I love science. The facts and scientific processes seem to stick in my brain like super glue and allow me to put forth my best work because that information is retained. I've also gotten much more practice with in lab research and with discussing scientific viewpoints. To know that I have learned other world viewpoints gives me the opportunity to experience science through many different world views. I believe that after this class I will continue to carry my knowledge on how to make the world healthy again, as I hope I will have the chance to act on this. From this semester I also feel much more grounded in the world around me and a deeper connection to nature, I am finding this to be ever important as I can be a space cadet. As an aspiring astronomer, I am thankful for the opportunity to become a better scientist and scholar. Thank you for spending so much time critiquing and offering improvements to my movie making and scientific growth, I feel that because of this class I will be a better scientist.

Improving scientist,

Carson Compos

**CONFIDENTIAL**

**CMC RECORD000971**

**CONFIDENTIAL**

**CMC RECORD000972**

Ko Chan

Bio 111

Shawn

2 May 2019

<div align="center">Self-Assessment</div>

This Biology class has been one of the most unique classes i've ever experienced. I will be honest I haven't learned a lot of biology during this class, but it did reinforced my knowledge in biology. The way that this class was taught was very interesting considering that it was a lot of self taught and while in class its was reinforcing the ideas from the chapters. While in the class I did my best to keep up with what was being taught especially the conservation side, throughout the course I was taught a lot more about nature and world conservation than I have ever learned in any of my schools. This class has definitely widened my ability to scientifically think about the whole world and be able to involve all animals when thinking about the future of our world and our scientific advancements. When involving world park I've never thought about how it impacts the earth and how to improve it and make sure that my generation does their best to help save the earth. I think I have definitely grown academically and personally, because this was one of the first times where I've had a flipped classroom so that I needed to work harder to be able strive in the class. This was definitely one of the most interesting classes I have attended.

*Thank you for the year*

*Ko Chan*    5/2/19

**CONFIDENTIAL**

**CMC RECORD000973**

**CONFIDENTIAL**

**CMC RECORD000974**

Leah Kalil

Self-Assessment Letter

4/26/19

Dear Shawn,

Biology and sustainability science has always been extremely interesting to me, so much so that I have decided to study it throughout my life. This class was a great introduction to what I want to do for my career, figure out how to make this planet healthy again. I was very excited to take this class with you because I have heard great things about your conservation science projects and I really enjoyed that aspect of the class. I learned that if you have an idea that could make our planet health, pursue it because someone will likely fund it.

Biologically speaking, I didn't learn much I haven't already learned in my high school biology classes. I feel like we skimmed over some topics that are extremely important for people who want to pursue a career in science to understand thoroughly. That being said, I really enjoyed that classes that you were interested in. I was able to see when you enjoyed a topic which helped me pay attention. When we were going over a topic that you did not enjoy it was very obvious and it was extremely hard to pay attention and understand the concept.

The work you are doing outside of teaching has inspired me greatly and I know that I definitely want to go into a career to help save this planet. It takes people who think out of the box to come up with ideas and who will actually put those ideas into

Pg. 86

**CONFIDENTIAL**

**CMC RECORD000975**

action to save this planet. I think you did a great job encouraging us to make this planet

a healthier place for the future generations which is the first step. If we have the idea to

be more sustainable in the back of our head then we will likely do actions that support

that.

Thanks for a great semester,

Leah Kalil

**CONFIDENTIAL**

**CMC RECORD000976**

4/29/19                          Bio 111 A SBO2                        Jordan Orth

To,

Mr. Sigstedt

Dear Shawn Sigstedt,

I learned so many things in this class and was lucky enough to be granted with you as my teacher. I learned lots of different things on photosynthesis and even about indigenous people's wise insight built into their culture. One of the more important things that stood out to me was that green light is reflected during photosynthesis, this causes the plants to appear green. As far as the indigenous people, you taught me many things about their culture. One, was that they, as should we, treat nature and the earth like it is their brother. They do not harm animals, and if they happen to for eating purposes, they do it respectfully as should we. Animals and nature to the native people is beyond sacred, we have much to learn from them. Learning about all of these biological sciences has been truly amazing. I had no clue that all of the cells in our body reserved specific purposes and jobs. For example, the Mitochondria is the powerhouse of the cell!

I believe World Park means making our world a better place, simply by reserving some areas as national forests for daisy chaining. This will help to keep our environment green and healthy all around the world! This idea could effect our future in a very positively impactful way, and has impacted my thinking to a more green sense of thought. Because you taught me about your wonderful idea of World Park, I am confident someday someone, maybe even me, will go forward with the idea and put it into action. This has made my mindset for our future much more positive in comparison to before. I also learned just how important recycling is to keep our oceans clean and our planet healthy. Recycling is amazing, but also planting trees can do much for the health of our mother earth.

Thanks to your class and you as my teacher, I have a much stronger connection for nature than I ever did before. I feel as if the universe is inside of me and that I am one with our trees, grass, and leaves. I began to find this way of thinking the day that we did a lab on the Mobius strip. After this, I started to look at the earth as not just my home, but my friend. Because of these things I have grown personally much more than I ever have before. I started recycling whenever was possible and even picking up trash around local parks. I couldn't be thankful enough for all that I have learned in this class, as it taught me how to be a better human to our dying earth. I also recently learned just how many plants and animals actually do communicate with each other, just like us humans. Never before had I thought something so magnificent was possible.

My overall improvement of scientific thinking has increased drastically. Not only did I learn all about cells in our bodies and plants, but I learned that we need to take care of the universe. I learned that I am the universe, and change starts here. This has vastly impacted my future and natures, as I now recycle whenever possible, as I stated above. Again, my biggest breakthrough was definitely realizing that I have the universe inside of me and that we are all related and connected to each other one way or another. This simply means we should be kind to all beings and creatures as they are our family, distant or not. My favorite part of this class was being honored to have you assigned as my professor. Shawn, you have truly changed my life and given me many great ideas for our planet during my future endeavors. I will never forget you, nor your insightful class.

Yours truly,

Jordan Orth

**CONFIDENTIAL**

**CMC RECORD000977**

**CONFIDENTIAL**

**CMC RECORD000978**

Self Assessment

Michael Atwood
SB01
Bio111

I took a Biology class in high school hoping for an advantage in college based science classes. My past bio teacher was not as biologically mind felt, she taught us the basics of life in a minimized perspective. Having you as a teacher this year gave me a more broad way of analyzing the meanings and function of all life.

Although some lessons this year were kind of repetitive it helped me better memorize the topics. Looking at all forms of life as if they were a part of me has changed my definition of importance, regarding our planet. All forms of life contribute to other forms of life living on this planet. I never knew the importance of animal feces in ecosystems which was quite interesting to learn about. All species rely on other species existence to continue their own existence.

The most interesting and beneficial classes this year were the nature walks and labs, the notes were hard to follow and very long. To get a physical visual of representation of topics in biology would have help me much more this year, with following notes. Youre class was very long and challenging to sit through half the time, given I am an active person who has trouble staying focus when held up in a room for too long. Active labs were where I got the most beneficial lectures because i got to see up close and in person what you were trying to teach us.

At the beginning of the semester I wasn't aware of the practice of connecting with nature. I honestly thought this class was going to be a waste of time but once you showed me the facts and benefits of connecting with nature I became very grateful. I

**CONFIDENTIAL**

**CMC RECORD000979**

soon became more open minded when it came to your biological theories. Enlightening me with new ways of thinking was the greatest thing I can take away from this class, I plan on using your biological ways of thinking more often in my life, as I have already found them to be  very helpful.

Sincerely,

**CONFIDENTIAL**

**CMC RECORD000980**

Bio-111-5b02
Michelle D
5/2/19

Dear Shawn,

This class has been like no other course I have taken in school before. You took a more open minded approach and did not just read out of the book like most of my past teachers. I learned so much about ecosystems as a whole and even down to the workings of plant. My favorite topic that we studied was cells because I really understood what was going on. I learned so much information and i can actually use it and remember it. The daily intros were great they were always current and very interesting. It was very nice to learn about something current rather than all the information coming from a textbook. During this class I also started to see my place and the earth with me in it more clearly and I realize things are worse than I thought. But when I realized I saw me and the animals and the earth all in jeopardy. That were all in danger and were all in these together. This class helped me connect with universe in a way I didn't think was possible. My lab skills have also improved and become more professional than previously in high school. I never thought biology and animals were my thing that I would like to purse as a career but know it seems like a great path. To help give back to nature after humans have taken so much seems like the right thing to do. I did not have one big conceptual breakthrough, it seemed as though with every lab and every story I started to connect with nature more. So thank you Shawn for taking the time to make this class fun and very influential. You are a very great professor and this being my first college class It was great.

Sincerely,

Michelle Davis

**CONFIDENTIAL**

**CMC RECORD000981**

**CONFIDENTIAL**

**CMC RECORD000982**

Joyce Mason

Bio 111 SBO2

May 2, 2019

<center>Self-Assessment Letter</center>

This class has been good because I have learned a lot more detail about subjects that I just had a vague understanding of. I learned how to look at things from a scientific perspective. It was very interesting learning the details of how things worked, however, it was slightly frustrating to have it mentioned that there were more details that we would not be going into because our class was not advanced enough. Why mention this if it is not relevant to our course material?

Along the sustainability aspect I learned a little that I did not know previously about different sustainability approaches. At the same time, the sustainability approaches that I already implement in my life have not changed and are unlikely to. I know I can be doing more; however, right now I am more focused on other aspects of my life. These aspects include learning the new things I need to learn to do well and college and be able to implement my degree when I finish college, as well as figuring out how to work school around my work schedule. I care deeply about my future career and hope to retain enough scientific facts from this course to implement them in my future career. Professionalism is a very high aspect of mine and one I try to implement no matter the circumstances.

I do not need a class to teach me how to connect with nature. I do that every time I am out in nature, whether it is simply sitting on my porch enjoying the sunshine and birds or going for a hike to completely immerse myself into nature and forget about the hustle and bustle that humanity is concerned with.

I feel I learned a lot about biology itself during this semester and I am very appreciative of this fact. I very much enjoyed the PowerPoints and how our teacher ensured that everyone fully understood

**CONFIDENTIAL**

**CMC RECORD000983**

each week's assignments. The labs themselves were very helpful and engaging for the most part and I would have liked to go into even further detail with our assignments but recognize that there was not time to do so in our allotted class period. However, I did not enjoy feeling as if I was being forced to learn about sustainability when I had not signed up for a sustainability class in and of itself.

I recognize that this self-assessment might not be the full understanding that is wanted; however, I feel this is my opportunity to voice my opinion in a less formal setting than the class review online. As well as being a way to politely point out what I feel is how the majority of the class that I've spoken with has discussed between ourselves but do not feel that the teacher would appreciate us speaking out in front of the whole class.

Joyce Mason

May 2, 2019

CONFIDENTIAL

CMC RECORD000984

Sara Robertson

BIO 111 SB02

5.1.19

Dear Shawn,

Walking away from this class I feel that I have a much better understanding of how our bodies and our environment works. I feel my growth over this semester has opened my eye to nature and our world. Our environment needs our help to stop the destruction happening to all species. I have a better understanding that even though if we fix climate change there will still be a mass extinction. If we can fix climate change through we will stop ice melt which in turn helps polar bears, walruses, and other animals' home in these colder climates. I'm happy I walked away from this class with an appreciation for the little steps we can take to help the big picture.

Overall my connection with nature has increased and I have a much better appreciation for nature. At the beginning of this semester, I was somewhat unaware of what impact we have on our environment and the connections we can have with nature. Nature is us and we are nature. This is probably the best thing I've learned throughout the semester. As a society, there needs to be a switch in our conscious and how we view the world if we want to see a change. We must stop thinking of ourselves and nature as two sperate things. IF we think of nature as us then we will understand the importance of caring for this planet.

Biology isn't my major and it probably never will be, but this class has made me realize how amazing everything in this world is. From the development of enzymes and the functions of cells; to photosynthesis and cellular respiration to medical use of plants and the way animals use the plants I have much more respect for the way our world has adapted to thrive. Our world will be able to fix itself. We still do this in different ways throughout our world but as humans, we need to do our part. The world is amazing in the sense of being able to heal itself. Take Chernobyl for example. There was a nuclear explosion that made the land unlivable. Now there are plants overgrowing the area and animals are starting to roam in the area. This is showing that earth can and will heal itself if given the opportunity. What an amazing place we live in.

Thank you for a great semester and have an awesome summer,

Sara Robertson

*Sara Robertson* [signature]

**CONFIDENTIAL**

**CMC RECORD000985**

**CONFIDENTIAL**

**CMC RECORD000986**

Dylan Rohr
5/2/2019
Biology 111 SB02

<center>Self-Assessment Letter</center>

I have to say coming into this class I did not know what to expect. Before class even started, we were told we needed to make something called a Nature Journal. I was skeptical at what this was going to be used for. I have to say it helped me learn allot in this class. Before my original journal was thrown away by accident, I had noted allot of things that I had never noticed around me before. I learned more about cells. Even though I am an EMT and had to study a little bit of the cell, I never had a teacher that delved into it like Shawn did. We focused on the organelles and what each one did. For example, the mitochondria is the power house of the cell. Or the Golgi Apparatus where the proteins are packaged and sent out. It was also nice to learn how different enzymes are formed. From being transcript by MRNA in the nucleus to it being transferred to RRNA to be transcribed and made into polypeptide chains.

World Park change my outlook on the planet. Not only did it make me think of how we are hurting the environment and the species that live around us, but also how we can start making a difference in the world around us. I believe that having more land reserved for all the species and trying to control our population we can do our best to stall this mass extinction. I learned that if we become more entuned with the natural world around us, we can start healing the planet. For example, if we stop throwing trash in the ocean and start recycling. This could possibly prevent more ocean species from going extinct. This class helped me to look deeper into nature. I used to just look at it as something that was there. Now I can look at it and all its beauty. Appreciating what is around me. I believe that I have grown at the very least personally by taking this class. By seeing what is happening to our only home I can now help prevent its demise. Possibly by joining a non profit to help clean up forests.

I believe the skill that has improved the most is my knowledge of how our body works. I plan on attempting to get into nursing school. By knowing how our cells work and the specific purposes of each organelle I can understand what medicines effect our bodies. I learned more about other species then I ever have in a biology class. By learning that each one is important in their own ways, has taught me to respect them. I want to expand on my skills by potentially taking a botany class. This would help me as I progress through my medical career. I believe this class opened my eyes to alternative medicine how they can be more useful then medications produced by big pharma.

I think that taking this class, I have learned to think more scientifically. By taking a step back and looking at what the possible outcomes are and testing one of them. This can apply to everything I do. From working at FedEx figuring out new ways to run my route, to the medical field where it is more important to think about what scientific problems could arise if you give the patient improper care. This has impacted my life because I care more now about the planet then I did before. I came in with the thought of if I make it through my life what does it matter what I leave behind. Now I am way more conscious about the world around me. The beauty and the devastation around me. My breakthroughs came from the natural side, I already had a decent grasp of what was happening inside humans. When it came to plants and animals, I really learned more then I could have ever asked for.

This class opened my eyes to many possibilities in life. I was fast tracked to be a traditional nurse because I thought it was the only route to go. After learning healing benefits of herbs and other medicinal plants I know there is more then hospital medicine. I also think it is very important to know what we share the space around us with. We have way more planet life and animals living among us then I ever knew. This has helped me connect more with the nature around me. I really enjoyed this class because of the way Shawn taught it. The passion he had for the class kept me interested and motivated throughout. Even though I had to miss numerous days because of work, Shawn was always patient and willing to work with me. I would recommend this class to anyone who wants to take a biology class because Shawn packs it full of fun and interesting knowledge that made stuff, I previously found boring, more interesting. Thank you, Shawn, for everything and I hope I have another chance to take a class that you teach.

**CONFIDENTIAL**

CMC RECORD000987

**CONFIDENTIAL**

**CMC RECORD000988**

1 May 2019

Dear Shawn,

I'd like to begin this letter by saying thank you. You have been more than amazing this semester and really made me develop a deeper appreciation for nature. Through your unique teaching ways and approach you helped me learn in a way I feel helps me take in more of the content. Keep being yourself and enlightening your students.

As for a personal reflection on the class I have learned more than I expected. One section I really enjoyed was when we covered cells and all that go along with them. I didn't realize just how incredibly unique the human body is. I had taken Anatomy in High School but never truly grasped the information. There is so much happening simultaneously throughout us every second, it blows my mind.

As a student my academic skills have also increased. The nature journal aspect of your class has made me become a better note taker. I now know what information is necessary to jot down and what can be easily remembered through memorization. In addition I feel that I now am more present in the classroom. My participation has definitely increased compared to previous science classroom experiences. I'm not afraid to say something and it be wrong because you never shamed us for it.

Now that this semester has come to an end and class is over I find myself reflecting on my personal choices. I don't want to be a part of the generation who killed our planet. I want to be the change, contribute to our earth in a positive way. Maybe one day I'll have a career in this field and it will all be because of my crazy intelligent biology teacher who created a spark of interest in me during college.

Forever Grateful,

**CONFIDENTIAL**

**CMC RECORD000989**

**CONFIDENTIAL**

CMC RECORD000990

# SELF-ASSESSMENT LETTERS SPRING 2018

# BIO 111

**CONFIDENTIAL**

**CMC RECORD000991**

CONFIDENTIAL

CMC RECORD000992

Megan Jonathans

BIO III PM

1st May 2018

Professor Sigstedt,

It has been a great pleasure taking your Biology class this semester. I think taking your class as an adult has had a very significant and substantial impact on my life in several different facets. I have been able to share these discoveries from your class with my family and friends. This has been such a positive experience and sparked a lot of great intellectual conversations and debates. This class had also brought my attention and awareness back to our Earth and all the precious species that inhabit it. This has definitely resounded with me and I will continue to have a respect for all living (and non-living) beings. One of the ways your class has influenced my life is by bringing awareness to what I am putting into my drains at home. I have recently switched to all organic soaps and chemicals that are non-toxic to our environment in hopes of improving the quality of water in our water ways. I am definitely more conscious about myself and my family's carbon footprint. I have a vaster knowledge of so many more medicinal plants and their applications, than prior to starting your class. Some examples are Osha being a great anti-inflammatory or aid in active bleeds; Mullein being a great treatment for ear infections or even dandelion aiding in indigestion. My ability to identify plants in the wild has definitely improved as I was able to locate Mullein while on a hike in South Dakota recently, thus demonstrating how I have grown scientifically.

I learned so much, in such a short amount of time. I have learned just exactly how troubled our planet truly is with an extinction rate of nearly 100-200 species a day and climbing, our coral reefs are dying and many natural habitats and ecosystems are being destroyed. But more importantly I was enlightened with the World Park view and how we can turn our planet healthy again. I really enjoyed the

**CONFIDENTIAL**

**CMC RECORD000993**

**CONFIDENTIAL**

CMC RECORD000994

lab on photosynthesis. The lab was such an easy and exemplary way to learn about photosynthesis. It was so fun! I also thought learning about genetics was pretty fascinating! Meiosis versus mitosis and what makes them different; haploid versus diploid etc. Learning how genetic diversity occurs was very interesting; how the chromosomes come together and cross creating variation in genes. The Mobius strip projected was particularly cool because I was able to take the lab that you created and share with my daughter's classmates and they really got it and embraced the ideology behind it. It was a very special experience being able to share that with them.

In conclusion, your class has been a topic of conversation in my household since January and the most important take away would be learning to live with the Universe inside. This ideology is such a wonderful way to live and has been my biggest "A-HA" moment. It makes complete sense that we aren't just in the Universe, but the Universe is in us and we ARE the Universe. Thank you, Professor S and maybe I'll see you in your Botany class one of these days.

Best,

Megan Jonathans

 5|1|2018

**CONFIDENTIAL**

**CMC RECORD000995**

**CONFIDENTIAL**

CMC RECORD000996

Ali Thompson
Bio 111 – AM
5/1/18

Self-Assessment Letter

I truly did enjoy taking your biology class. I am not going into the biology field (per se) but I am going into nursing and did not realize how much the two fields overlap and relate. My most favorite part of the semester was learning about cells and stem cells. I love learning about how the human body works and I think Biology gave me a good introduction to the knowledge I need to take Anatomy and Physiology next semester.

I also loved that the class was taught through love and compassion to our mother earth. My mom raised my sister and I very similar and we were taught to be kind and thankful to our environment and leave as little of a footstep in our ecosystem as possible. My two most favorite labs were the fruit and flower lab and the medical botonny and ethnobotany water infusion lab. I grew up with my own garden and loved to talk to my plants but I never took the time to learn exactly how they lived and grew which was explained in the fruit and flower lab. I also enjoyed the water infusion lab because as a child my mom and I used to grow, dry, and make different herbal and floral teas. My most favorite flower is lavender which is what I chose to study, dissect and brew.

This is actually my second time going to college. I already have a bachelor's degree in communications but never had found the passion within the degree to pursue it. Like your love is with plants (and bears), mine is with people. My gift is compassion and to love everyone unconditionally which is why at age 29 I chose to go back to school and get my nursing degree. Your biology class continuously reminded me to pursue this goal and show me that I can make a difference in people's lives like you make a difference in plants and animals. Also, being raised very simply and with an appreciation of plants I am excited to team up with the group of nurses in Steamboat who are fighting to get medicinal plant and oil treatments in our hospital. The want and the need is out there and with knowledge and my outspoken voice, I know I can make a difference.

5/1/18

**CONFIDENTIAL**

**CMC RECORD000997**

**CONFIDENTIAL**

**CMC RECORD000998**

Andree Chavoustie
BIO III-AM
Spring 2018
Self Assessment Letter

There are many aspects I loved about this class, the first being that it constantly provided new perspectives. Everyday I was able to learn something impactful with the morning current events. One of the greatest things I recognized this semester is that just about everything in science is a theory, there are so many ways to look at biology as a whole...being open to new perspectives is imperative. World Park is an amazing concept, I believe preserving mother earth to be one of the most important jobs we have here on this planet. Marlee Matlin quotes "Earth does not belong to us, we belong to earth;" I fully agree and look forward to coming up with new ideas to encourage everyone to take better care of our planet. There is a plethora of things I have learned throughout this course...from critical thinking skills, DNA, altruism all the way to cell cycles and beyond. I learned to form parallels between subjects...how cellular respiration works so similar to photosynthesis in a plant. Humans, plants and animals all have so much in common, we have tons to learn from them! Animals and plants can help us find and create medicine which I found to be the most interesting as I want to continue my education onto Naturopathic Health. The Labs were very engaging and helped the readings come to life, I especially loved learning the botany side of biology. The greatest thing I've taken from this class is that we cannot take earth for granted, we need to start changing now and I'm more motivated than ever to start making a difference! I can not thank you enough for all your guidance and wisdom Professor S!

5/2/18

**CONFIDENTIAL**

**CMC RECORD000999**

**CONFIDENTIAL**

**CMC RECORD001000**

Professor S,

I would like to start off saying, this was a great class and very beneficial to my sustainable background. The things I enjoyed about this class was your personal stories you used to explain things or by teaching us the way you did it. I think learning about plant diversity on our two field trips were the easiest for myself to learn, the one on one with nature really brings all the pieces of the puzzle together. By the touch, smell and surrounds not only make it more fun to learn about plants, it puts a name to face in my perspective.

World Park is by far the only of its kind that I have heard about. It's all about bringing us all together to make our planet last longer, with the ability of lands to connect for one on-going park. World Park plays a big role on how I grew scientifically, I was able to take that idea and use it how I learned in class by thinking of things not only in the box, but outside of the box. I will take a lot of things home from this class, the enjoyment you brought into biology made it a lot easier when talking about dull subjects that are either hard to understand or boring. There are many skills that would I have liked to advanced in such in my knowledge about the cells, but I there is always more biology classes I can take to refresh my mind.

Thank you for all the hard work you put into the class, and always showing up with a smile to teach biology. I had a lot of fun in this class, and learned many things. I hope you enjoy your summer, and i'll see you in the fall!

Abbigail Hayes

**CONFIDENTIAL**

**CMC RECORD001001**

**CONFIDENTIAL**

**CMC RECORD001002**

Noah Sims

Biology

5/1/18

Dear Shawn,

This semester in Biology has been easily the most interesting science class that I've taken, at any level so far in my education. The way the class is organized and set up is so far from the traditional science class that I'm used to. It was a nice break from the tedious, note heavy high school science courses. I appreciated the organic, lab based way that we approached the class. It particular, I liked the how we as a class reviewed the most notable news stories at the beginning of every class. It felt like we were always connected to the subject that we were studying. In addition, the schedule of Monday's being our learning day and Wednesdays being the day we were able to apply our teachings directly was a great way to reinforce information. To be more specific, I think that IC's are the perfect way to learn new content, as opposed to grueling powerpoints and hours of notes. I've learned that discussion based learning is so much more helpful for the majority of students, partly because it gets everyone involved and interested. Having everyone share one IC also made people accountable for reading the chapter and learning outside of class. For our labs on Wednesdays, I enjoyed how they differed from regular labs in High School. In particular, the lab with the Green Hydras attacking the other microorganisms was easily the coolest and one of the most cathartic experiences I've had inside a classroom in my education so far.

I learned a great deal this semester. Mostly, I learned about my relationship with nature, and how I can shape and change my perspective in order to make our planet healthy again. In

**CONFIDENTIAL**

**CMC RECORD001003**

addition to learning a great deal about plants and plant life. I also enjoyed how we ventured into Zoology and animal biology, and how it connected to maintaining and healthy a healthy planet. I never got a fundamental understanding of cellular processes such as respiration, membrane transport, photosynthesis, and hydrolysis. The way we approached these topics allowed me to get a better understanding of the underlying concepts, and I was able to visualize them.

I feel that I've grown a lot this semester, both as a student and as a person. I have never really lived up to my intellect in school, and I finally focused and made an effort to change that this semester. I have 19 credits, which is a heavy load. It's been hard to prioritize the right topsics, but I've made significant improvements this semester. I've finally been focused on my career and adult life, and this has changed my whole perception and mindset. Scientifically, I feel that the biggest area of growth I experienced was a fundamental change in how I perceive my relationship with nature and the world around me. Being able to learn about perspectives in this class has allowed me to grow as a person significantly.

I've improved a few key skills. These include how i approach new information, the scientific process, and how I analyze data I've collected. Besides a change in perception, my organization, lab, and analytical skills have gotten much better. Having class twice a week has helped with this as well.

I learned a great deal more in this bio class than previous ones, in particular, plant life. I never knew about the amazing capabilities that some plants possess. Plants like Osha are incredible not only in the way that they treat illness and diseases, but also their spiritual connection to nature. Watching the way wild bears used Osha was incredible to me, and completely changed how I approach and view Biology. I learned about animal behavior and

**CONFIDENTIAL**

**CMC RECORD001004**

biology as well, which is my favorite branch of science. I plan to use these skills and perception

skills constantly for the rest of my life. I'm going to get more involved in natural remedies and

cures, and actively improve my spiritual connection with this earth. This class has given my

countless gifts I'll use for the rest of my life. Thank you, Shawn, for being a professor I'll always

remember as significant to my growth as a human being.


Thanks for the awesome semester, and I hope I can take one of your classes again in the near

future.


-    Noah Sims, AM Biology 101.

**CONFIDENTIAL**

**CMC RECORD001005**

**CONFIDENTIAL**

**CMC RECORD001006**

Bill Payne

05/02/18

Biology 111 Am

Shawn Sigstedt

~Self-Assessment Letter~

Honestly, a lot of the bits and pieces I had written out and drew throughout my nature journal, were very true and applied with how I feel like I've grown in this class. Since the first week of this semester, I was always very intrigued by your story Shawn (specifically with your experience living with indigenous Native American tribes for 7 years), and how that was truly transformational and sculpted the man you are today. You are a very holistic man, and this carries on with your oneness and connectedness with Mother Nature as a whole. This was inspiring to me, because I see a lot of myself in you. I can admit that I won't become a scientists, or may not have known or resonated with the terminology and/or everything we have discussed in class, but our underlying message and story certainly touched me and left a long-lasting impact. I feel like I have this natural gift, and now a life-long mission and vision to restore human connection and planet earth (as expressed in my movie)... and with my business that I am creating, and actually well into the steps of making this dream of mine into reality, I feel like I can do this and make it happen. I have such a strong faith and passion to do so, and won't stop until I see sustainable peace within our global community. I firmly believe this is why I got placed in this earth to live this human experience, and I couldn't be more grateful. I am nervous, and sometimes doubtful of myself, but that is all part of the process, right? Trusting this path hasn't failed me yet, and with that... I have tremendous belief in myself and the team I am working with to birth this business of ours. This class has furthered my inspiration and confirmed that I am doing exactly what I need to be doing. So thank you for sharing all your stories and wisdom Shawn. This has been a great semester, and am thankful I met you. Have a great summer!

Cheers.

**CONFIDENTIAL**

**CMC RECORD001007**

**CONFIDENTIAL**

CMC RECORD001008

4/3/2018

Dear, Professor S

I enrolled in your general college biology with lab class, because it was a requirement for me to be able to complete an associates in psychology, but the class ended up teaching me more than just college biology. At first I was intimidated with the idea of World Park and using that idea to shape my own ideas and put it into a movie. I thought you did a very good job at explaining the reasoning behind World Park, to a point where I began to accept it and really believe it could be done. Through having a deeper understanding of World Park it helped me retain more information in class. For example, when we did the Mobius strip lab I was truly able to find my own connection with the universe on a large scale. When doing the lab I was unsure at first what we were going to be doing with these pictures on a loop. Then I found my own interpretation growing, and that was, that no matter how sperated you feel from the universe or yourself, you will always be somewhat connected. I found this to be true as we continued to cut the loop, but somehow it all stayed connected. On the first day of class you introduced the ethnobotany class you would be teaching this same semester, and I was immediately interested. My professional career goal is to get a doctorate in clinical psychology with an emphasis on holistic treatments, so ethnobotany was the perfect class for me to be enrolled in. I did end up getting a lot more out of the class than I expected. When discussing the essential oil extracts and tinctures and salves I was expecting it to be a simple process, I was wrong. The key learning point for me was the contraindications of each medicinal plant, because I want to study how plants can

**CONFIDENTIAL**

**CMC RECORD001009**

aid in prescription medications and possibly be used as a substitute. It was good for me to learn that certain plants cannot be mixed with each other and even mixed with other medications. All in all, I had a very enriching experience in both general college biology and ethnobotany, I will be using the information I learned in my future schooling and most definitely recommend the ethnobotany class to my peers.

Sincerely,

Callie Kenney

**CONFIDENTIAL**

**CMC RECORD001010**

*No B.*                                                                                                 1

Dear Professor Shawn,

During the course of this semester I have really learned a lot. Not only more about the biological world that surrounds us but more about myself and what i can do to make the world and myself healthier which makes me want to go out share with others how they can help to. All the amazing opportunities nature has to offer. World park taught me a lot and how its possible for there to be a way to meet state and national government growth, while at the same time creating a world, environment that can be sustained for us and may generations to come. World park made the biggest impact on me while in this class because everything we learned about relates to how important our ecosystems are  and how important it is to give back and conserve them.

As the semester progressed I noticed myself becoming more aware of my outside surroundings than i ever had before. I was allowing myself to let go of society's pressure and become one with nature more often and seriously than I had ever done, this has completely changed my life learning more about the amazing benefits of meditation and forest bathing has shown me ways of dealing/ healing with my anxiety and ADHD.

**CONFIDENTIAL**

**CMC RECORD001011**

2

Last, I loved having you as a professor, so passionate about OSHA you

inspired me to go out and discover and expand my knowledge!

Thank you!!

**CONFIDENTIAL**

**CMC RECORD001012**

Bradford Emrick

BIO-111

5/2/2018

I have discovered that as I mature and grow into my more "adult" form that one of the things I enjoy most is being wrong. For most people, being wrong is an embarrassing thing; you state a fact or opinion and watch its veracity fall flat. But for me, I view being wrong as an opportunity to correct my path and grow as an individual. This class has been one of the more exciting times that I have been proven wrong, and it all began on the first class of the semester.

You (Shawn) opened with this story about how you were suffering from a sort of varicose vein issue and that you sought the wood's advice on how to remedy it. This story included the memorable line, "and I asked the buckwheat if it would heal me, and it said yes! Yes it would heal me!" I mustn't lie, upon hearing this I began to wonder if I was about to spend a semester with someone who took one too many magic mushrooms and now entertains himself by talking to plants. How wrong I was. These past 10 or so weeks have been a breath of fresh air in terms of how I view the delivery of an effective education. Initially, I was expecting a borning, cut-and-dry version of a biology class where I would be lectured to, and then regurgitate the lecture in edited format on an essay or test but the hands-on approach taken by you allowed me to not only learn biology, but to experience it. Field trips are not a group of adolescents in banana-yellow busses being shuttled from museum to museum but an opportunity to go out and make tangible the concepts we had been learning all semester. Labs are not where you look at similar things that are in a textbook, but an opportunity to discuss with classmates *why* organisms behave the way they do. So what did I learn since January 15th? Everything.

**CONFIDENTIAL**

**CMC RECORD001013**

**CONFIDENTIAL**

**CMC RECORD001014**

I learned about the connectivity we share with our natural world. The most salient example of this came at the fish creek field trip. Us students were instructed to write in our journals about a plant or animal from a variety of perspectives- in, out, and on. Viewing something "simple" like an aspen tree from its own perspective inspired a kind of empathy in me that I had never shared with our white-barked friends. We used mobius strips to show how closely our bodies were connected with nature. We talked endlessly about the never-ending goal of making our planet healthy again. These lessons deepened my perspective on what a healthy ecosystem looks like and my role in protecting and developing those kinds of environments.

This class has altered my scientific thinking for the better, allowing my to approach various experiments and labs with a global perspective. The nature journal was vital to this conceptual growth. Having a physical representation of my knowledge and growth made reinforcing certain lessons much easier. Now, at the end of the semester I am able to look back from the first page and recognize the growth I attained over the winter. I am leaving CMC, but the people I have met and the learning that took place here will never leave me. Right now is not the time for me to live in this beautiful, diverse landscape. However, I am promising myself that eventually, once I graduate and can start my "adult" life that the first thing I will do is move back up here. Thank you for the lessons you have taught me.

5/2/2018

**CONFIDENTIAL**

**CMC RECORD001015**

**CONFIDENTIAL**

**CMC RECORD001016**

Ethan Paxton

May 2nd, 2018

BIO 111 AM - Spring 2018

BIO 111 Course Reflection Paper

Dear Shaun,

First, I would like to thank you for an amazing semester. You have a unique ability to teach and connect with your students. I believe the most important concept that I gathered from your class was learning how to try on new worldviews for size. This course was very influential, and I feel that the knowledge I gained in your class will help me not only in my continuing education, but my continuing life.

I really enjoyed the unconventional format of your class and feel that it was inclusive to all learning styles, not just one. The scientific reports are a fresh way to start the day and make you think. The Interesting Concepts discussions allowed me to make connections between things that I would have otherwise never considered. They helped me look as biology as a system, with each little part functioning as a cog in a greater machine.

Those cogs were things like conservation biology, seeing the universe within yourself, the adaptations (and reactions) of plants, the cell cycle, genetics, biotechnology, indigenous practices and medicines, the fruit and flower lab, the movie projects, the two field days, and the fire ceremony that I attended with Enrique.

My biggest revelations were related to the plant world. It's a shame that conventional biology classes gloss over the plant world, as plants have been evolving perfect technologies

**CONFIDENTIAL**

**CMC RECORD001017**

over thousands of years. You might even say they're a smarter and more advanced kingdom than us. You don't see them destroying each other. I realized that plants' expressions were a reaction to the environments around them. I learned about how indigenous people have been successfully and respectfully using the plants around them as medicine for thousands of years. I realized that plants make us do their bidding for them, attracting us with the natural biophilia you experience when seeing their beauty, complexity, and healing power. There is much to be learned from plants, and I don't think that we, as humans, have even scratched the surface. Though I was already interested in plants prior to this course, this course has fostered within me a passion and love for the vegetative world that helped influence me to study plant science next year! For these revelations I cannot thank you enough.

With appreciation,

Ethan Paxton

**CONFIDENTIAL**

**CMC RECORD001018**

Dear Shaun,                                                      5/1/18

I have learned so much form being in your class this semester and really enjoyed taking your class. What I liked most about your class were the field trips we went on towards the end of the year. It was on these fields trips that I learned about different eco systems like the high desert eco systems that get less then 12 inches of rain a year. I also learned about abut the differing types of plant life that live in these eco systems such as the wild mountain rose or the puzzle grass that you can take apart and put back together. Besides the fields trips I really liked the labs we did and I really like the photosynthesis lab. In that lab, I really got to see photosynthesis occur and learned that plants can take $CO_2$ form the water as well as the air. I also really liked the fruit that lab too because I learned that some fruits are actually veggies and some veggies are actually fruits such as the banana. One thing that did not work out so well form me this semester was the video project we had to do. I am not very good with computers to begin with so that only made it more difficult for me to do. After much time trying to figure out how to use I movie I gave up and went to power point. I was able to complete the assignment but it was not easy for me. In the beginning of your class u became really interested in how we can help make the earth healthy again and your world park project I thought was really cool so thank you for telling me about that I am going to carry those beliefs

**CONFIDENTIAL**

**CMC RECORD001019**

**CONFIDENTIAL**

**CMC RECORD001020**

and ideas with me for the rest of my life.  Thank you, Shaun, for everything you have shown me

I will look at biology more insight now that I have taken your class and have a better

understanding for our planet and how everything is connecting and we cannot have one

without the other.

Sincerely

Christian Halik

**CONFIDENTIAL**

**CONFIDENTIAL**

CMC RECORD001022

Jonathan Heaberlin

BIO 111 AM

5/1/18

Self-Assessment Letter

I truly did enjoy this class, I feel as though I grew intellectually in many different ways from what was taught and even more importantly experienced in this class. My personal favorite part of this biology class was the labs. I feel that I best learn when I can get hands-on with what is being taught and I feel that the labs really gave that to me. I enjoyed being able to work with other people closely, I think that when you can work with another person, you can really bounce ideas off each other and learn more than you could by yourself. I believe that I learned a lot about biology this semester, I learned a lot about how cells work, even breaking it down to the molecular level, I learned about how the earth's ecosystem works to keep living organisms alive, I learned how energy is collected and spent within a living organism, and I learned how truly powerful photosynthesis is, something that a lot of people don't realize. Above all, however, I learned how the universe is inside of us all. We are all connected in one way or another to each other. This brings me to the World Park project, at first, I didn't fully understand the meaning behind the project, and I didn't understand the power of the project. Now that I can look at it from a more experienced perspective it means more to me, it's about connecting the earth back together, making ecosystems healthy again, and reconnecting habitats that can only survive together. This makes me think more about how I will live in the future and what actions I will take, I think that I have grown to learn about our actions and what we need to do to reverse them.

I have grown both scientifically and professionally throughout this course. Before I had taken this course, I hadn't taken a science course since my freshman year in high school. That made me forget how important it is to be scientifically literate to be able to understand the world around you. This class and its structure helped me grow professionally. Mostly from the class discussion that we had during the readings of IC's. I think it's important to be able to have civil discussions about certain topics, some that could be considered controversial. I think the skill of mine that improved the most during this class would

**CONFIDENTIAL**

**CMC RECORD001023**

be my ability to understand and apply what I have learned in class to the outside world. In this class, we learned a lot about how the natural world works, and it is great to be able to apply this outside of class. I would like to advance these skills to connect them to my personal life and interests, I enjoy the mountains, so it would be great to be able to understand the ecosystem around them from a scientific viewpoint. The thing in biology that I never knew but do now would be how interconnected everything biological in this world is. This has truly amazed me and I'm glad it's something that I could learn and hold on to. I feel that my overall improvement scientifically has been immense, as I said earlier I haven't taken a science class in a very long time, so I basically had to start from scratch. This lets me learn science from a more mature viewpoint and I think that really helped me grow. This has had a bigger impact on my life than I would have ever expected, this class makes me view the world from a different perspective, one that I would have never seen through had I not taken this class. This is one of the biggest breakthroughs I had during this class. Just as you had said to look at things biologically from different viewpoints, I feel that once I was able to do that, I had made amazing progress toward understanding biology and the biological world around me. I really appreciate you teaching this class in a different form than any other science class I have taken. I think the way you teach is much more interesting and impactful than just a simple lecture class and that really helped me.

Thanks for everything, Shawn! I really enjoyed the class.

Jonathan Heaberlin

**CONFIDENTIAL**

Fena Metzler

Professor: Shawn. S

BIO 111

May 2, 2018

Self-assessment letter

Dear professor S, It was a pleasure to be in your BIO class. I really did get lucky getting you as a teacher because the way you taught the class made me as a student want to keep learning about nature and science. You made the class fun and related the class to real world things and our lives which kept my attention. There's alot one can take away from your class, and one of the things that I learned about the biological sciences this semester is that everything, is connected and without enzymes life would be impossible because enzymes do most things.

When I think of world park i think it means to take care of our earth because without it we would not be alive. I have grown both scientifically and Professionally by being more kind to nature and including nature into my life. I have many skills but after taking this class, i would say one skill that i feel like improved was my thinking skills and connecting everything back to nature and science. Before biology I did not know anything about meiosis and mitosis but now I know Mitosis: a type of cell division that results in two daughter cells each having the same number and kind of chromosomes as the parent nucleus, typical of ordinary tissue growth. And meiosis; is a type of cell division that results in four daughter cells each with half the number of chromosomes of the parent cell, as in the production of gametes and plant spores.

1 of 2

**CONFIDENTIAL**

**CMC RECORD001025**

**CONFIDENTIAL**

**CMC RECORD001026**

Overall I enjoyed Bio 111. And I learned alot from not only from my professor but my

classmates because we all worked together.


Sincerely,

Fena Metzler.

**CONFIDENTIAL**

**CMC RECORD001027**

**CONFIDENTIAL**

**CMC RECORD001028**

Dear Professor Shawn Sigstedt,

Thank you Shawn for teaching me countless life lessons, along with multiple biology subjects. It has been an amazing opportunity and pleasure being able to have you as a teacher. One who doesn't just care about teaching the subject but one who invests his time to teach his students about the world we live in and the different perspectives in life. I have learned so much in this class and so many things that I can and will apply to my everyday life. Some of the most impactful lessons you taught me were: the universe within us, world park, and your spiritual beliefs; along with countless biology topics. The lesson about the universe being within us has completely changed my entire perspective. I can truly say that since I learned this that I believe that the universe is all around me; in the streams, and the air that I breathe but most importantly in the veins in my own body. The world park is an amazing concept and now where ever I go I think what could I do to make our world healthy again? The ideas and thought that flow through my brain surprise me sometimes! It is truly amazing. You have been able to shift the way I look at this world different in a way I never thought was possible, and I can not thank you enough for the growth that you have helped me reach during this semester alone and things I will always be able to use.

"The world doesn't want to be saved. It wants to be loved." (That's How You Save it)

-Unknown

I cannot thank you enough!

5/2/18

-Cassett Yeager

**CONFIDENTIAL**

**CMC RECORD001029**

**CONFIDENTIAL**

CMC RECORD001030

Bio 111 PM 5/1/18
Song Candea

Dear Shawn,

Thanks for having me in your biology class this semester. There was a lot that I liked about the class; I liked the hands on labs, using microscopes and getting to use all my senses for science, including taste! I liked the intro to every class where we went over current events and discoveries in science and biology, (I'd like to get whatever app that is so I can continue to stay up to date on these important topics.) I especially liked diving into learning about Aspen trees (*Populus tremuloides*). I have always felt a connection with these trees and our final movie project was a perfect template for me to learn how these beings really do have a lot to tech us, and can help humankind work towards a healthy planet again.

As for what I've learned, there is way too much to write in this letter, but I can name a couple that stick out in my mind. I learned that agriculture is the primary cause of habitat loss, and that habitat loss leads to extinctions, in fact we are in a great extinction called the Anthropocene. I learned the micro aspects of biology like I had never known before. DNA is held together by hydrogen bonds and its simply a mix of nucleotides that all life on this planet have in common! These molecules have areas (genes) that code for our cells to produce specific proteins that make up what we are and how we function. The way an animal cell works like an entire city fascinates me, and it's no wonder that humans could never recreate life as it is so complex. I learned that all of this work that cells do requires ATP which is initially just energy from the sun! The plants use the light directly, while animals have to eat the plants to get the energy through cellular respiration.

I could go on and on about the nitty gritty scientific stuff that I learned but what I think is really important is how I have been living in my life this semester. I have been living with a sense of connectedness and wholeness, even though I spent most of my time "alone" moving through routines like work, school, and play. The thing is that even inside my physical being I have "seperate" life forms living in my gut. As I write this letter a robin chirps outside my window as he hops around listening for worms that he quickly plucks from the soil only to bring back to his family waiting in one of these tall cottonwoods by the river. Through this class

**CONFIDENTIAL**

**CMC RECORD001031**

and my life I have been forming a deeper connection with these processes of life that are happening all around me, and inside of me. It's a good feeling, like petting a kitten. I don't feel so separate even though I live in a house, and I cook on a stove. I feel aware of the fact that this house, and this robin, and this body of mine is only a piece of a much bigger puzzle that continues into infinity. Something that really brings this home is my love of water. Heck we all love water, water is life, $H_2O$ is a most incredible molecule with its flickering clusters of hydrogen bonds and geometric architecture when it freezes. The cool thing is that all the water on the planet has been the same water since it first got here. It changes forms yes, but it is all the samp water on planet earth. My body, this water in this beer, this snow, all of it is the same water, and that realization is a way that I remind myself daily that I am in fact connected to all life and probably all "non-life" as well.

I think this class has helped me think about this in a scientific way and I can actually see the validity in this realization through the natural communications in nature; between cells, between organisms, between ecosystems, and so on. Through scientific experiments we can break apart chemicals like our amino acid lab, or we can visually see photosynthesis by the oxygen that plants produce as a byproduct. We can study these systems that have been set in motion by millions of years of evolution and adaptation, and to me it is obvious that no one thing is separate from another. It is just like fractal geometry; the systems going inwards are ever revealing and complex, as are the systems zooming outwards to the bigger picture of ecosystems and the universe itself.

Obviously this class has impacted my life, and not only how I view the world, but how I can *explain* it scientifically down to how an electron transport chain works through reduction and oxidation reactions. From big to small, I loved talking about all the topics in this class, and I especially loved hearing your professional ideas and your anecdotal experiences that helped you learn important lessons. Once again, thanks for the awesome class. Until next time, onward.

Sincerely,

CONFIDENTIAL

CMC RECORD001032

Josée McNeice

61166 Main Street
Clark, Colorado
970-819-8116
jozfillion@gmail.com

May 1, 2018

Professor Sigstedt
Colorado Mountain College
Steamboat Springs, Colorado

Dear Professor Sigstedt,

The Biology 111 PM class was a unique and informational class. I enjoyed the hands on approach to the biology of our planet, and the focus on environmental issues and current events. The current scientific events portion of the class was a great way to spark interest in science in the young generation. I think it is beneficial to all humanity, especially the young people, to be aware and conscientious of what is happening in the science community of our world. Biology is an interesting and ever changing part of our world that impacts all life in the universe. Science is the way by which we move forward, discover, innovate, and survive on this planet. The next generation of young people will soon be leading the scientific community, but there needs to be an interest for that to happen. In Biology 111, many young students took interest in science, and specifically biology, beginning the next generation of scientists.

The focus on environmental issues was also an imperative portion of biology. We continued the discussion about climate change and the human impact on our planet. I really enjoyed how all the students and myself were encouraged to use our critical thinking skills, applying the concepts of biomimicry, to find solutions for climate change. The guidance we received taught us to look to nature, and to reintegrate into nature in order to live a more fulfilling and ecologically responsible life.

The hands-on approach was refreshing and educational. Many students, like myself, learn better when concepts are communicated on the field or in the lab engaging all the senses, visually, tactilely, olfactorily, and gustatorily. The field trips to the Botanical Gardens, to Fish Creek Falls, and even to the back yard on CMC campus were fun ways to learn about and explore the flora and fauna of our locale. I have learned to look to nature for healing, and will continue to study and use different medicinal plants.

Sincerely,

Josée McNeice

**CONFIDENTIAL**

**CMC RECORD001033**

**CONFIDENTIAL**

CMC RECORD001034

Yvette Garcia

Professor Sigstedt

BIO 111

1 May 2018

BIO Self-Assessment Letter

This biology class has been life changing because I have learned so much. I had never taken a real biology class with a real person teaching so this was like a whole new subject for me. My major is business but I really enjoyed taking a break from number crunching to come and learn about our planet. If it was not for this class I would have never known that our planet is in trouble. I loved "trying on new world views" to find different ways to help save and protect our planet. World Park is an awesome project and with the knowledge I know now I can help educate and assist others in saving our planet. I learned that polluting has caused a major impact on our planet, especially our species. I did not realize that a lot of our big cats are in trouble and that is why I did my movie in the Siberian Tigers. I could not imagine a world without the big cats, so in the process of making my movie I learned of ways to help grow their population and bring them off the endangered species list.

With the basic understanding of biology, I now realized how much I understand about biology topics. Recently, I went to the movie theatres with my family and we watched Rampage. Rampage is about a primatologist that shares an unshakable bond with an albino gorilla who was saved from poachers. Somewhere in the United States an experiment goes wrong and causes a genetic experiment to go wrong. In the movie they mention CRISPR frequently and I thought it was pretty cool that it was something we learned about in class. Because of the experiment gone wrong the ape grows to an enormous size and becomes very strong and hard to control. The gorilla and two other alpha predators

**CONFIDENTIAL**

**CMC RECORD001035**

**CONFIDENTIAL**

**CMC RECORD001036**

began tearing up North America.  I really enjoyed this movie and I had a better understanding of it because of the subjects we covered in class.

Throughout this class I have gained major improvement on my scientific thinking.  One of my favorite parts of the semester was starting the class off with science news.  This exercise allowed me to learn so much in so little time, and it also gave the class a view of science that is happening all around the world.  General college biology is a class that has made a positive change in my life.  With the knowledge I know now I will do the best I can to save our planet and species because without the billions of species we have today helping our world go 'round we would not be where we are today.  Let's help make our planet healthy again!

Thanks,

*Yvette Garcia* 5/1/18

Yvette Garcia

**CONFIDENTIAL**

**CMC RECORD001037**

**CONFIDENTIAL**

**CMC RECORD001038**

BIO 111, 5/2/2018

Letter to the Professor.

Shawn,

Thank you so much for spending the time to teach general biology during the spring 2018. This has been my first biology class as a college student. I admit at first, I was a little nervous to be taking this class because I've never been very skilled when it comes to science. However, general biology this past semester has opened my eyes to a new way of looking at the world. I now see everything as a communication rather than taking a naïve view point on everything. I no longer look up in the sky and say, for example, stupid birds. Instead, I try and understand why the bird is specifically flying the way it is, or why it chose that time of day to take flight. From this class, I understand that our planet is a very complex web of relationships, connections, and love. Every specie has a very specific role. I first thought that keystone species were only a few specialized creatures that helped the planet stay healthy. But as my research continued I soon realized that we are keystone species, same with deer, fox, bees, trees, grass, we are all keystone species. For the idea behind world park to become successful will take the effort of all beings of earth. I personally am looking forward to reconnecting the bond human species and the natural world lost so long ago. Its going to be a long journey to make the planet healthy again and I for one am not worried.

Thank you again for bringing me this insight.

Best,

Curtis Jay Hall

**CONFIDENTIAL**

**CMC RECORD001039**

**CONFIDENTIAL**

**CMC RECORD001040**

Elisa Haggard

BIO 111 AM

May 2, 2018

Self-assessment

I loved the dynamic of this class and how open the learning experience was. We didn't just talk bio we talked about how important biology is to this earth and how understanding biology we can hopefully improve the earth. I learned a lot of things in this class that I didn't know before more about the bio of animals and thought that was so interesting. I think the world park idea is brilliant and has brought me closer to understanding the state that the earth is in right now and how much i need to change. I think my class discussion skills have improved a lot, I'm usually a pretty quiet to myself kind of person but I felt comfortable in bio 111. I'm going to be a PA so i'm going to be taking a lot of science based classes and I think this class just made me realize how passionate I really am when it comes to science in the med field. I'm extremely grateful that I got Shawn as a teacher and I'm ready for the scientific road that's ahead and am excited to learn more.

Sincerely,

Elisa Haggard

Thank you!

**CONFIDENTIAL**

**CMC RECORD001041**

**CONFIDENTIAL**

**CMC RECORD001042**

# Cierra LeCluyse



BIO 111 PM Class 2018
cierra.lecluyse@gmail.com

May 2, 2018

Dear Sean,

I loved this class because it changed my perspective. Through sustainability and taking classes such as Biology and Environmental Sociology, I understand what the world is going through and that it all comes back around to indigenous practices. Not only that but a reconnection with nature is vital to the future of this planet. It is still hard for me to fathom how some people cannot see through this lens for their children and other future generations. Understanding both sides with empathy however is important if change is to be made.

Regarding biological sciences I learned many similar concepts from high school. I have never gone into protein synthesis, photosynthesis and the Calvin cycle, or cellular respiration in such depth and I'm glad I learned new things. The labs were unique and exciting too, my favorites were the coconut lab, medicinal herbs, and the spinach photosynthesis labs.

I feel more connected to nature through all my classes this semester. Being able to write papers and conduct my own research on such subjects as well as adapting the world park view has changed my attitude toward consumption, conservation, recreation, and my academics.

For the future, I would like to continue learning about rivers and water systems as they are the veins and life of all earth. If we bring back the wolves, bison, and other large species the rivers will be healthy again too. In whatever I do though, I know it will be outside and working toward fostering the true sustainability mindset.

Warm regards,
Cierra LeCluyse

**CONFIDENTIAL**

**CMC RECORD001043**

**CONFIDENTIAL**

**CMC RECORD001044**

Buchner 1

Hanson Buchner

Bio 111

Professor S.

05/2/18

This spring semester Biology 111 class has been a lot different than I expected. What I was expecting was a very cut and dry course that never strayed from the book. Luckily this was not the case. On the first day when I heard the varicose vein story I knew that this was going to be an outside the box class. This semester I have been challenged to widen my world view outside of the secluded bubble of Steamboat. I have also been awakened to ecological problems of our planet. My favorite part of the class was the medical botany lab. I really enjoyed learning about different herbs and there healing qualities. This aspect of the class has made me start to consider taking the botany class next year. My favorite lesson taught in the class was that nature has it's own consciousness. This type of lesson really helped me to improve my critical thinking skills. I am now looking deeper at everything I see. World Park has effected how I think about the micro-biome. That reconnecting nature and reconnecting the micro-biome are one in the same. This was my biggest conceptual breakthrough of the semester. This class has really helped to kindle my interest in biology and science in general. The nature journals really helped me to absorb the knowledge taught in class. The act of writing out what I had learned in my nature journal really solidified the lessons taught. I am sure I will have my nature journal for many years to come as I conquer harder and harder science classes.

*Hanson Buchner 05/2/18*

**CONFIDENTIAL**

**CMC RECORD001045**

**CONFIDENTIAL**

**CMC RECORD001046**

2 May 2018

Dear Professor Shawn,

It was a great pleasure to have your general college biology class during the spring semester in 2018. At first, I was unsure if our personalities would mesh as I am a very hard person to get along with, but in the end things worked out and I am glad to have a cordial relationship with such an intelligent person! My views on the world have changed dramatically from when I first began the course. My eyes have been opened and I have been able to see the world for the problems it has and not just the positives it had. I hope that everyone is able to see the world in the way that you describe it and that their view on the world is able to be changed to see the problems that need fixed. If every person in the world did one thing different, it could save the planet from the mass destruction we are currently partaking in. Some of my conceptual breakthroughs include; the dramatic difference in the world we see and what is actually happening below the surface, the exquisite language animals have to communicate with the earth and other beings amazes me to an unrealistic extent. This biology class will greatly help me to better understand some of the basic science in my nursing courses and I am very glad as to of had a teacher who was able to portray some difficult topics in an easy and fluid way to understand. Thank you, Shawn for a great year in biology!

Sincerely,

Teagann Yeager

BIO-111 PM

**CONFIDENTIAL**

**CMC RECORD001047**

**CONFIDENTIAL**

**CMC RECORD001048**

Dear Shawn Sigstedt

There were many things I liked about your class for starters writing in the journal was a great learning method that I very much liked. It made me learn biology in a whole new way. I hope I am able to get that journal back because I think it's a great learning material for me to have. I really enjoyed how the class was very hands-on in the way you taught the class everything from the labs to how we interacted during ICs I very much enjoyed that. I really enjoyed your labs they were not boring they were very entertaining and I thought that was easier to learn them. My most favorite labs were Water bear, Coconut, Spinach photosynthesis, Fruits and flowers and lastly my most favorite one was the Venus's-flytrap. I also really liked doing movie I found it more enjoyable than doing PowerPoint and standing up in front of the class. Doing the movie was something I will be able to take with me and use a few in my future life down my career path. I actually watched a kid do a student movie at the sustainability conference and the first thing I thought about was learning how to do it in your class and I'm glad now that I learned how to do it so thank you. Doing the research was very helpful and me understanding how to make our healthy planet again through the global ecosystem. By restoring the salmon and protecting them not only will that help us but it will help out the planet. And then from learning from your class about the keystone species and how salmon are the keystone species to hundreds of different species throughout that region. I also found it extremely fascinating that the animals know how to heal themselves with certain types of plants. I think this semester has been an eye-opening for me I have learned so much it's been overwhelming to me. I kind of can't wait to be able to decompress what I've learned and take out the things that I'm really interested me and put in towards my future. Learning about how to ecosystems work with everything else really interested me a lot. The skills I can take from learning these experiences I can put towards my passion of rivers and learning more about the systems in that way. Also, how everything interacts with everything else in and around of the river better especially like Riparian ecosystem which now everything in those speakers is a need to work together to be healthy. I would like to take my career into the river ecosystem habitat restoration and fish restoration as well. I spend a lot of my time on the river so I would like to do something in that category. I think the one thing that really got to me was how many plants that are good for us to eat to help us heal ourselves was probably the most fascinating part of the whole class. It makes me want to take your botany class however I won't be able to take it for at least another year. That is one of the areas I didn't know there were that many plants out there I could do that for you that was cool learning. I also thought learning about the stem cells and how we have them in our bodies not just in our bones but we have them on our skin. During my movie I did not know that when the animal Took the salmon into the forest I just figured they ate it all I didn't know that the nutrients went back into the forest to give it nutrients in life. Overall I thought your class was very enjoyable I learned a lot. I am looking forward to taking your botany class so I can further learn more from you thank you so much.

Sincerely yours,

Steven Dubay

**CONFIDENTIAL**

**CMC RECORD001049**

**CONFIDENTIAL**

**CMC RECORD001050**

*May 5th, 2018*

Dear, Professor S.

I would like to first and foremost thank you for taking your time and dedicating it to further the knowledge of all your students. There are many things I enjoyed in your class, but one thing that has really stood out is your way of teaching. Your style is very interactive and self paced which is helpful for me, because that is how I learn best. Biology and science has always been an interest for me and I have known that since I was a younger girl. I personally think that taking your class has only embraced my love for this world and how I want to learn about it. I think the World Park project is going to grow and continue to help our world become healthy again. Learning about World Park Project and other thing in your class has shown me and made me really think about how we need to take care of our world before we lose it. I have taken high-school level classes and got a lot of base knowledge there but taking your class has shown me more in depth the science behind all of it. Eventually, I would like to continue and get my bachelors of science and study dental hygiene which i believe this class will have really contributed to. Overall, I think I have improved my views and scientific thinking of the world in indescribable ways. Throughout the semester I learned many new things. In terms of the material itself we covered to many topics to name them all off but a few of my favorites were the cell cycle, photosynthesis, biodiversity, World Park, and the indigenous people. Even more important than those I learned alot about myself as a whole. I am more aware of my surroundings, I have more respect for nature and I want to help make our planet healthy again. Thank you again for everything you have taught me. I really enjoyed this course.

Thanks, Kally May

**CONFIDENTIAL**

**CMC RECORD001051**

**CONFIDENTIAL**

**CMC RECORD001052**

May 2, 2018

Dear Professor Shawn,

Their were very many things that I really enjoyed about your class. From the labs and learning about microorganisms, to the information of what's going on every day. One thing in particular I really enjoyed about your class would be the Mobius Strip lesson. All my life i've always had that belief in the back of my mind that everything is connected in some way, shape or form. Seeing it physically was really cool and helped me understand the concept that much better. We went over many biological sciences but the one thing that stuck out most to me was cell division. It amazed me how we can know so much about something we can't see with the naked eye. How the process of cell division works and how we can't see it is crazy to me. World Park means a lot to me, i'm more aware of my surroundings and have a better knowledge of the biological world, I might be able to help the environment one day! Learning about some medicinal plants and their values has helped me grow a passion for wanting to be around that stuff in the future for a career. I could advance these skills by learning on my own time and taking multiple classes like Bio111. Overall, I feel like my scientific thinking has improved because of the way you taught. Everything that you went over other teachers go over as well. But because you have such a unique way of teaching, I think you had every student in tune with what you were saying and enjoyed learning from you. On that note, your class really did impact my life and has made me want to go onto doing something with biology and science. I thank you for a wonderful year. Have a great summer and don't stop being so awesome!

Sincerely,

Matthew Corey (Matthias)

**CONFIDENTIAL**

**CMC RECORD001053**

**CONFIDENTIAL**

CMC RECORD001054

05-2-18

Bio 111 PM
Joan Herrera

There are so many things that I learned in this class, but the important one is that there's
something else in this universe something that unified us all.
I have no idea in how complex the cell is, now I'm speechless when I look at my body and
understand that there's not my body, I'm an amalgam of living things.
Also, I learn that is real," our planet is in danger" because we have been taking advantage from
it, it's time to give back.
I think that my personal growth in this semester increased, I learned things that change who I
am now.
And professionally, when I started this semester I did not have a clue of what a cell was and
now I can't imagine myself studying something else.
Thanks to this class I learned to listen and question myself and trying to figuring out how things
work. That's why I want to keep studying, now I know that nature can give you the answers just
keep looking for them.
I feel more comfortable.about new challenges and that's something that I did not have at all.

Thank you much for all your support, and encouragement. I have a different perception of many
things.

CONFIDENTIAL

CMC RECORD001055

**CONFIDENTIAL**

**CMC RECORD001056**

,

Ignacio Nicolarena

BIO-111 PM

5/2/18

<u>Self-Assessment Letter.</u>

This class has been very different from any of my previous science classes I had to take back in Spain, we learned a lot of the theoretical side of biology, physics… But in this Biology class however we had labs! As well as much more hands on, and practical side of Biology which to me was very interesting and learned much more since I can remember what we learned. Classes that give you too much information have proven to not be very successful or helpful whatsoever since many professors don't realize that we have five other subjects going on at the same time (11 different subjects in Spain!!). I am very happy I chose this class to be my last science credits I took to complete my associates. One of the things that I liked a lot was learning about what proteins are, I knew that they were good to build muscle up when working out. But I didn't know that they were such an important element for humans, proteins help us produce ATP, fight off bacteria, it is an important building block of bones, muscles, cartilage, skin, and blood, our hair and nails are made from proteins too! We can conclude that proteins are one of the building blocks for living. I didn't know that we were so related to other species, animals, plants and eukaryotes overall are very similar to us. The chemical components and reaction that occur in our bodies are almost the same. Because of this I have further deepen my relationship with nature. Although I am a Business major, I have realized that making businesses that are eco-friendly is one of the most important things due to the destruction of

**CONFIDENTIAL**

**CMC RECORD001057**

**CONFIDENTIAL**

**CMC RECORD001058**

the Earth we have been making for the past decades. I really hope that your project World Park

happens at some scale, it would be one big step towards saving the Earth!! I thank you Shawn

for making this class fun, and interesting, it was well worth!

**CONFIDENTIAL**

**CMC RECORD001059**

**CONFIDENTIAL**

**CMC RECORD001060**

Brooke Stone
May 2 2018
Biology

<div align="center">Reflection</div>

Through this year I realized that I actually enjoy Biology because the way you showed it to me. I have a different sight on this class then I did before, I always thought that biology was always about numbers and prediction but its not that way at all. Biology is about how everything works together as a team and how everything reflects off each other. What really got me is how everything is similar if you picture the as the human anatomy there are major similarities with each other. Rivers look like veins through the body, the lungs are the wind outside, lava is blood in our veins. My favorite part of this class is that you always had stories to tell that related in some way to Biology that kept us on our toes, you made it interesting to learn from and hear your story. Most of the labs in your class were fun to interact with and learn from others and make predictions on what could happen. The only thing that I might change about the class is the nature journal, I wasn't really fond of it, it seemed like a lot a busy work and very to keep on top of when working a full time job. Everything else about this class was amazing and fun thank you so much for this experience I will cherish it the rest of my life.

Sincerely,

Brooke Stone

**CONFIDENTIAL**

**CMC RECORD001061**

**CONFIDENTIAL**

CMC RECORD001062

Tyler Troy
Bio-111 PM
5-2-18

To whom it may concern,

Throughout this class, we covered a large variety of topics, and I truly feel that I have learned a great deal. We started with the building blocks necessary to understand larger concepts. Starting with chemistry, including proteins, lipids, carbohydrates, and enzymes that are the basis of any interaction on this planet, including animal behavior, ecosystem development, and sustainability technologies. While I could type pages upon pages about the finite details about everything we learned, I think this class wasn't just about the details, but the big picture of biology, and how we live everyday and can live better through appreciating the intricate workings of biology (and chemistry) in everything that surrounds us. We learned about World Park, which is the idea that we start letting the parks that we currently have expand not only in size, but also biodiversity. When these parks begin to connect, we will have a much richer biosphere and healthier planet. We need to focus on how nature can heal itself and the planet, and how we can assist in this process, instead of having negative impacts on such process.

I entered this class with the intention of completing it as a pre-requisite for future biology classes, but walked away with a more vast understanding that I would have anticipated. Not only do I have a greater grasp on the inner-workings of the human body, through DNA structure and replication and cell multiplication/growth, I also learned how you can zoom back and connect yourself with all of nature and the entire biosphere, gaining a perspective of how we are all connected in an infinite number of ways. Along with this, I learned a lot about

**CONFIDENTIAL**

**CMC RECORD001063**

natural practices and how the ideas taught in the textbook can be reflected in indigenous practices that have been occurring for centuries. This is something that I was very surprised by and honestly interested me more than I would have expected. I would like to continue this way of thinking as I enter the medical field and not just read the text for what it is, but also use critical thinking to connect that learning into my surrounding environment, which I believe has made me not only have a greater interest in the material, but also have a better understanding of the material as a whole. I have also gained an appreciation in day-to-day life of noticing what is around me, being more present and aware of the nature that blesses us, especially up here in the Rocky Mountains. I am very appreciative of this course and how it has expanded my knowledge not both in the contextual sense of biology, but also applying it to my consciousness through my day-to-day life, and how I can continue to grow and share that knowledge to not only better myself, but also improve my surroundings and our planet.

Sincerely,

Tyler Troy

**CONFIDENTIAL**

**CMC RECORD001064**

# Lili Paici



BIO111 PM
Spring 2018

May 2, 2018

Dear Shawn,

Your class was unlike another I have taken before. This biology class has taught me much more that basic biological topics. Your class taught me about indigenous practices, world park, consciousness, and different world views.

I liked how we started every class with environmental news articles. These brought myself more in touch with the things happening around the world. Some of them were heartbreaking but seeing the destruction of habitats and species diversity made we want to continue my path towards sustainability. Others were wonderful break throughs that gave me hope about what other are doing to make the world healthy again are making a difference.

This semester I learned more about the connectiveness the world has. Like mycelium, everything is a connected web that communicates with one another. World Park is an important effort to reconnect the healthiest ecosystem back together in order for all species to thrive. This connectiveness has revolutionized my way of thinking. There should not be a separation between humans and nature. We should live within nature and take care of nature because it gives us everything we need to survive. Instead of thinking that nature is separate or even that mankind is better that nature will eventually kill us and all other species on this vast biological world.

Because of your class, I will think not only small scale, but also large scale- from a single plant cell to the amazon rainforest. This class has taught me about the different processes a single cell but to also remember what happens within an entire ecosystem. I enjoyed how this class was not about memorization, but instead learning about general knowledge and ideas. I also liked how we focused on local plant and animal life here in Steamboat. I feel more connected to the environment



**CONFIDENTIAL**

**CMC RECORD001065**

around me. The Glacier Lilly was my personal favorite, Oregon Grape coming in second. My eyes have opened to the biological processes that happen within each of these species. From the hydrogen bonds to the reflection of the chloroplast. The world seems to be so much more interesting now.

Overall, I have benefited from this class as a student and as a citizen of World Park. Thank you for a great semester.

Happy Trails,

5-2-18

Lili Paici

Page 02

**CONFIDENTIAL**

**CMC RECORD001066**

Ryan Doughty
Bio 111 pm

Dear Shawn,

Our Biology class this spring was a great learning experience. I really enjoyed the different labs throughout the semester and found the tree of life lab to be my favorite. Understanding the connection to how all of life can from a single cell and that grew by other prokaryotic cells known as mitochondria and chloroplasts got sucked into the other cell to form the first eukaryotic cells. Being able to put that process together helped to shed even more light on the fact that all life is interconnected. I also enjoyed learning about mitosis and meiosis. Mitosis is the regeneration of our cells that generate exact replicas of the parent cell whereas meiosis is our reproduction cells that can create 4 different outcomes of each cell and within that our genetic code is passed on to the 4 daughter cells generating diversity. The zygote formed from the sexual life cycle of meiosis that is produced from fertilization is then formed into a multicellular organism through mitosis. World park is an amazing way to view how we are going to make our planet healthy again. World Park uses many parks throughout the world to generate safe habitats for nature to remain biodiverse and that will inturn spread to make the world a biodiverse sanctuary once again. This thinking of making our planet whole again through biodiversity and connecting our parks through World Park is a fantastic idea of a holistic planet working together for the great good of all species. These views have helps me to grow spiritually as well as gain a deeper understanding of the science of our cells and planet. Professionally this semester has led me to live my life to the fullest and gain a job outside being one with nature. I really appreciate the knowledge that has been passed to me through this class and look forward to spread the thought of us all being interconnected with others.  Conceptually the Mobius strip is a great tactic to show the interconnection between the universe. I will be using that throughout the summer on river trips to show how we are all connected to each other from the smallest microorganisms to the largest whales in the ocean. We are all one. I also enjoyed the indigenous cultural insight that was seen throughout the class and the science news every class. It was great to be able to see the real world discoveries and where careers in science are progressing. I feel that the knowledge that I have gained through this class will enhance my life for many years to come. I am thankful for the universe allowing me to cross paths with the knowledge that I have gained. It is important for the human species to nestle ourselves into nature and work in harmony with our Mother. To see the success of our species it is not going to be the next Iphone that saves us it will be the soil and biodiversity. Gaining a greater understanding of those concepts has helped to drive home that the indigenous cultures have a greater understanding of our planet than we could ever fathom. We need to listen to our Mother and give back to our planet.

Thanks for sharing our time and your insight,

Ryan Doughty                              5/2/18

**CONFIDENTIAL**

**CMC RECORD001067**

**CONFIDENTIAL**

**CMC RECORD001068**

5/2/2018

BIO 111 has been one of the most meaningful classes I have taken over the course of my education here at CMC. Shawn Sigstedt has been such an influential piece to my learning. I learned plenty of biology from his introduction course. His life lessons and his insights on nature and the world were really what got me invested in the class. The way Shawn used the biological concepts to tie them into real life situations helped me retain the information. It helped that we were able to focus on other current events, rather than only studying the concrete curriculum of biology. Shawn was able to make the class fun and interesting by bringing different learning material to the classroom. The way Shawn runs his classes is like no other. Although I am happy I got to experience a one of a kind class, I wish other teachers would use Shawn's approach to teaching. The most meaningful thing I learned from Shawn's class was to appreciate everything in the world around us. Shawn's appreciation for the is infectious. I gained a better understanding of the species around me. I feel a much stronger connection with nature ever since being in Shawn's class.

Another thing I learned from this class was how to think more critically. Shawn encouraged his students in this class to come up with their own solutions for issues that are currently affecting the world. During the labs, he challenged us to come up with our own solutions to the lab questions. The lab questions usually consisted of asking real world questions. An example of a lab question would be "How can we apply this concept to the World Park approach?".

Shawn always insighted my biology class on his new ideas on how to make the world healthy again. He informed us on his "World Park" approach. Knowing that a teacher values his students enough to integrate them into his personal beliefs/lifestyle really makes for a strong

**CONFIDENTIAL**

**CMC RECORD001069**

relationship between him and his students. I felt very comfortable sharing my ideas with Shawn. He is always accepting of them and a great mentor.

Overall, I really enjoyed my BIO 111 class with Shawn. I learned a substantial amount of material without the burden of "boring science" stereotypes. My favorite part of the class was making the movie for the final project. I had a lot of fun in the process and also learned a lot. I am looking forward to taking more classes with Shawn in the future.

Thanks for a great semester Shawn!

-Doma Delvecchio

**CONFIDENTIAL**

**CMC RECORD001070**

May 5, 2018

Bio 111 PM

Professor Sigstedt,

I thoroughly enjoyed your teaching style this semester. The IC's are an interesting concept, and I feel prepared me more for this class than any other studying technique I have seen, at least as far as science is concerned. I especially like how everything in your class returns to the sustainability aspect of our lives. Since I am hoping to make an impact in sustainability practices, I was really encouraged to see how your class really brought those issues to the forefront. The World Park idea is an excellent philosophy for us to adhere to, as far as environmental ambition goes. I'm very interested in the Noetic studies as well as Indigenous wisdom, and want to incorporate more of these studies into my education moving forward.

Above all, my most favorite topic of discussion was our conversations on the universe. Especially the theoretical topics about the behavior of photons, the vibrations of the universe and their effect on our spatial awareness, and the universal oneness concept. I eventually would like to pursue graduate studies in energy systems and transfer; these discussions really peaked my interest. I especially would be interested in studying the energy fluxes surrounding our planet, and studying how we could harness those electromagnetic, gravitational, and solar fields for our benefit. Thank you for approaching science as an opportunity to teach, and not to overwhelm. Have a good summer!

Anthony Matthews   5/5/18

**CONFIDENTIAL**

**CMC RECORD001071**

**CONFIDENTIAL**

**CMC RECORD001072**

Frankie Azulay

Bio 111

PM

In this class i learned that biology revolves around everything, and a good understanding of biology is the key to creating a healthy earth. Biology has become very exciting to me and i have seen myself excell in the understanding of it through a good understanding and need to save the earth. I had a lot of fun doing the nature journal and being able to create a piece of art reflecting my learning. The field trips also gave me a better understanding of biology, because i was able to see everything that i was learning about. I have grown a spiritual connection with biology.I've learned that biology is beautiful and is key to creating a healthy planet again. The work in this class all had a purpose and that helped me have a better understanding rather than busy work. I appreciate and will continue to use everything i've learned in this class and go on to use all of my knowledge in my everyday life.

**CONFIDENTIAL**

**CMC RECORD001073**

**CONFIDENTIAL**

CMC RECORD001074

Zachary Hannaman    Biopm 111
Self assessment letter.

I really enjoyed my time in Bio 111, This class had a friendly teacher with many ideas for the future and well being of earth to pass down to us. Bio 111 was also full of fun happy and enjoyable people to be around and to explore science with. At the start of every class we would talk about new scientific discoveries and breakthroughs, which I really enjoyed.

Through this semester of biology I have learn many new thing on the topic of biology and science in general, Cell reproduction to biodiversity. I have also gained a new grasp on the state of the planet earth and understand the changes that will need to be made to make the earth a health place to live for all walks of life.

World Parks mean much more to me now then it did at the start of this semester, I now more understand the state in which us as people have place the planet earth. World Parks are a great balance to agriculture and housing developments for people's health and for the health of the earth.

I think as far as scientific thinking goes I have grown much through the semester and have also gained a higher level of respect and love for nature then I did before attending this Class. After this class is all said and done with I do think this class will continue to affect my thinking as a person and the decisions i make in the future.

**CONFIDENTIAL**

**CMC RECORD001075**

**CONFIDENTIAL**

**CMC RECORD001076**

May 2, 2018

Sean,

Biology has taught me a lot this year. I never fully realized how important it is to protect nature. I've always cared about conservation and saving the planet, but it never fully occured to me how important it is to get our planet back to its healthy state. It's not just us being affected, it's all the other organisms on our planet as well.

We all need to make a continuous effort to save our planet. By fully understanding how all other organisms reproduce, and how they live their life, we will gain a closer connection with them and feel more obligated to protect them. We are all a part of one universe, and we need to protect each other.

I learned not only to treat fellow humans with respect, but other organisms as well. Learning about other organisms connected me closer to them and gave me a deeper understanding on how to take care of them.

I have learned to love this planet more than I already do, and want to be able to protect it for the rest of my life. I'm going to be studying environmental science now for this reason, and also become a teacher to pass everything I've learned down to the next generation.

Saving the planet starts with me, and passing down my knowledge and love for the planet will greatly benefit the Earth. It will help our earth get back to the healthy state it needs so we can all live a healthy sustainable life.

Thank you for teaching me more about how to love Mother Earth. I can't wait to help others understand how to love her as much as I do now.

Best,
Zoee Jordan
Biology 111 AM

**CONFIDENTIAL**

**CMC RECORD001077**

**CONFIDENTIAL**

**CMC RECORD001078**

# SELF-ASSESSMENT LETTERS SPRING 2018

# BOTANY/ETHNOBOTANY BIO 221

**CONFIDENTIAL**

**CMC RECORD001079**

**CONFIDENTIAL**

**CMC RECORD001080**

5/4/18

Dear Shawn,

Botany has been a wonderful class this past semester that I have thoroughly enjoyed. Learning so much about plant life but also about life in general. You can really learn so much more about the world through studying plants and just wildlife, seeing things in a different light and becoming more connected with everything.

I'd say one of the coolest ideas we learned about this year was the World Park, there is an answer in sight that just needs to be sought after from all corners of the world. That the only way to improve and maintain what life is remaining here is to connect it all again. I think that more and more people are beginning to see what is happening but too many still don't. The more people that begin to reconnect with the earth will greatly increase its chances of survival and the World Park is helping to accomplish that.

This class has impacted me positively quite a bit over the semester. Learning so much during our labs and having a great time doing so. Classes are always so much better when you enjoy them and that was definitely the case. Getting to know plants better, Colorado plants specifically as I am from New Jersey and didn't have much knowledge on them previously. It is nice to know what surrounds you and I got more than I expected regarding the area right here in Steamboat which I appreciate greatly.

Even though I could not find the class during the botanical garden trip, I still had a really good time on my own. Being able to recognize a lot of the plants there because of class made the experience even better. I really enjoyed the Venus Fly Trap lab and all of the carnivorous plants became more interesting there after so getting to see them and a lot of different species was very neat. As well as the ceremony out on the ranch, I had gotten to attend last semester as well but both times was amazing. Getting to really be apart of something like that isn't something most people will ever get to do, and I am grateful for that. The class boosted my interest in the Native culture heavily and because I had Enrique's class previously I already had some good knowledge on it.

All of your work with biomimicry was also pretty incredible. Seeing the work with the grizzly bears and how they used the osha was extremely eye opening. When the female bears mood completely changed to one of love after using the message was one of the coolest things I've seen animals do.

*Owen Walks*

**CONFIDENTIAL**

**CMC RECORD001081**

Botany was the first science class I have taken since early high school and I am very glad it was this one, I believe I got a lot out of it. I have always been mildly interested in plants so having that interest going in helped as well be it exceeded my expectations. Thank you for that.

Sincerely,

Owen Walls

**CONFIDENTIAL**

**CMC RECORD001082**

Scott Cavanaugh
Botany

### Botany

I got say right off the bat that this class was the best class I took this semester. It was exactly what I needed to get reconnected with nature and the universe, making my mission on earth that much meaningful. The class was just unbelievable we got to learn how to use the herbs of the earth to not only make essential oil tincture but also a salve. This class came at a perfect time to me because I wanted to see that this is a real deal and there is natural medicine. I been battling a hyperthyroid and one of the classes we got to have a real herbalist come in and explain and show how much nature plays a part in healing. It was perfect timing, universe speaking to me. This was so cool and just shows how being one with the universe is so important. We as people sometimes are so speed up with all that we have to do we don't realize natures on it own clock and it much slower and real. This is something I really was impressed to find out that if I just slow down, look to nature almost all can be alright. Going to the Herbalist will change my life and I am so grateful for that class we had. Right from the start we got to get hands on in the lab and really start to see what botany and working with plants can do in this world, it was amazing. I cant thank you enough. I always new this was the way of life but not I got a for sure! We got to talk about one of the coolest things I think I have ever herd, World Park. World park is an idea of connecting park to another park bringing back nature to its natural state. We would use huge pieces of land and then eventually connect theses parks. Its such a fun thing to look at and be a part of! It brought me so much meaning and it brought me so much new skill in this class. From the labs to the

**CONFIDENTIAL**

**CMC RECORD001083**

**CONFIDENTIAL**

**CMC RECORD001084**

learning my skill level feels like it is so much more sharpened. I feel way more

confident to take class that involve intense lab work. It was a really good thing to do

at age 28, I know I can use herbs and make my own products now on a much better

professional level. I really look forward to working with a lot more herbs in my life,

so this class hit me at a perfect time. I can't thank you enough. The hands-on labs

where so interesting and made me think a lot more about how I will go about my

life. Its such a good thing, that my attitude is better today. Early on in my life people

try to treat stupid things with drugs made by man and I always new herbs could

cure. Following nature as example to a steady and healthy life. I look forward to

taking another class this next august with you because you get it so much more than

other teachers and boy do I want learn some more of your knowledge. The personal

growth I've grown in this class was huge. I took charge and got to really get my

hands dirty in the lab. It made me feel power and like I can do so much more in my

life on my own as far as health and growing plants. I learned all about different

local plants and plants all over plus go to literally have a guy walk in to my class and

say can help me with my thyroid which was amazing and I so grateful.

_Scott Lennard_

best class ever.

Thank from the bottom of my heart

**CONFIDENTIAL**

**CMC RECORD001085**

**CONFIDENTIAL**

**CMC RECORD001086**

Dear Shawn Sigstedt,                                          <u>**Self Assessment letter**</u>

    My favorite part about Botany was learning about all the different plants. I know you probably get that alot, but I am fired up about what plants are and how cool they are. I have found out in the last two years that I am fascinated by the different types, their fruit, and what they can do. Every time I had your class I was reassured with that passion for plants. My favorite part about the class was going to the Botanic Gardens because we got to walk around and intently look at all the plants and talk about them. Another one of my favorite things was being able to cut open the Jackfruit. That was a beautiful experience that captured learning something completely new about a fruit while also getting to learn and explore something that I have eaten before. I saw plants and fruits in different lights since these two experiences.

    I really liked learning about the different parts of the plants and how their growth was related and connected to the earth. I learned about the structures of plants and how they work with the earth to grow and become what they need to be. I learned about different parts about plants and their medicinal uses. When learning about these plants scientifically it helped me to connect my passion and understanding for World Park and how our world should be connected. World Park to me is a beautiful idea to connect the whole Earth and to restore unity to it. World Park to me is a great way to put into words the intangible idea of wanting to restore the Earth.

    I have grown professionally and scientifically by my growth in being able to endure a long class all day. Showing up to class all day from 8:30 to 3:00pm is a task. Being able to show up and being in class is a good lesson for the working and scientifically world. I have also grown professionally in this class with the Labs. I have learned that there are many proper steps to take in our labs. That all of these steps matter and that they are important to the scientific process. I have grown in my scientific thinking by learning that there are certain steps to each process and each lab.

    This class has impacted my life because it has been amazing to learn about the passion that I have for plants and the passion that I have for what they do for us. I love how we have done labs that we have extracted plant material as well as dissecting plants and getting every part of them. It has been restated that every part of the plant is valuable. Every Part of the plant has a function and a use. For example when you taught us about Osha. This plant is amazing, it has powers that we can't comprehend. The bears need it and have found their use for it just as much as we have. It is all healing. The plant is used to heal bears and to heal humans.

Thank you for teaching this class,

Sincerely,
Alex Martin Botany 221 Spring 2018 5/3/2018

**CONFIDENTIAL**

**CMC RECORD001087**

**CONFIDENTIAL**

**CMC RECORD001088**

5/4/18                                          Self-assessment Letter                                          Zach Thorp

This is the third biological science class I've taken in my 4 semesters of college so far. I have loved all of them because I know that learning this information is both important to me now and in the future. But this botany class specifically was a special experience. This wasn't just a class, it was a full hands on learning experience every Friday. Over the past 16 weeks or so I've learned incredible information on not only the way plants function, but their medicinal uses and how we use them. This was far from a normal lecture where I learned but I sat in silence with 200 hundred other students. In this class I was able to freely speak and ask questions, to learn and explore the science of botany with all of my classmates. I learned concepts like world park that will forever be engrained into my memory, and become something I look to see in the future of conservation. I also learned that the universe truly is inside of us, and that just makes it so much more personal to me and everyone else who learns this lesson. If I went over every important lesson I learned it would just take too long. I know for sure though, that throughout this semester I have grown under Shawn's guidance as a botanist, as well as a person, which is more than most classes can ever offer me. My scientific skills have grown in ways of plant identification, use

**CONFIDENTIAL**

**CMC RECORD001089**

**CONFIDENTIAL**

**CMC RECORD001090**

of a microscope, the creation of salves or essential oils, and more. While I've also grown in ways where I am now more conscious of nature, I know when to give back if I'm taking something, or how to best protect this beautiful world we live in. Overall, I just feel that in other classes I have learned a lot about biology, and I loved them. But, in this class, I grew to become a biologist, which is more than I could have expected from this class, or any other at this stage. I was lucky enough to do so while growing with about 10 other students each and every week, and learning from our teacher who quickly became a dear friend. Thank you Shawn for all you have taught me this semester. You've taught me lessons that I wouldn't learn elsewhere such as the fine line between science and spirituality that you balance so well, or just how to properly care for our world. This summer I sadly return to New York, where I will go to school in the fall, but as I plan to possibly come back for the spring, a few people like you are the reason why. Thank you

Sincerely, Zach thorp.

CONFIDENTIAL

CMC RECORD001091

**CONFIDENTIAL**

**CMC RECORD001092**

Xeewi wilson
Bio 221

# Self-assessment

I enjoyed learning about all the medicinal uses that plants have, and how we can learn from not only indigenous people but also from the animals in the plants native areas. I enjoyed that we got to go to the botanical gardens and identify certain plant species and hunt for them at the ranch, i also enjoyed being able to research and and put together different plants to make tinctures and salves.

A few things i learned about the sciences of botany was that botanist go into different indigenous tribes and live and work with them to get an insight into their herbal medicinal uses. This enables the botanist to study the plant and develop possible cures for illnesses and other medicines and introduce them to the masses. An example would be the rosy periwinkle or *Catharanthus roseus* and its impact on childhood leukemia.

I now have the drive and knowledge to go out into the world and hunt for certain plant species and develop my own medicines and cures to use in my own home. When i go out on hikes or even to take my dog outside I find myself picking out particular species i am familiar with, and also discovering species unknown to me, going home and researching them on my own.

My plant identifying skills have definitely improved, also using plants in everyday life. For energy, headaches, muscles aches, etc. Another thing I learned a lot about was the interconnection of plant species, animals, and us. How conserving each and every species is so important because of everything that we all do for each other. There is so much we do not know about our own planet and the species that live on it, the human race could end up killing of a species that could have miraculous medicinal values and we would never know.

I learned so much about medicinal botany this semester it's hard to just pin it down to one or two things. But if I had to choose i would say the most interesting would probably be that literally every plant species has some sort of medicinal value to it. And that there are plants that are actually narcotics like the valerian foot, just goes to show that plants can actually do more than the big pharmaceutical companies and their chemicals if science would just focus more on studying them this would could become healthier for everybody.

This class has impacted my life kind of tremendously i was originally going to school for business to graduate and join the corporate world. I no longer want to use my degree just to sit in an office, but rather to explore the eco business world and try to join businesses with more new age ideas and hopefully make a difference in how the modern business world is ran. By that i mean everybodies main focus being money and

**CONFIDENTIAL**

**CMC RECORD001093**

not caring who they hurt in the money making process. I will hopefully be able to further my knowledge on conservation and incorporate it into the way that big companies run their businesses, as well as being able to open their eyes to new points of view, and bring themselves closer to nature.

World park is the idea of connecting parks around the world to help turn nature back to its original state. To me this means bringing people back to nature to where instead of us having to go out and find beautiful natural areas we are more surrounded by it and living among it, kind of like a better form of co-existence with plants than we now have, where everybody is more aware of everything they can and already are doing for us.

*Keewi Wilson Botany Bio 221 Spring 2018*

*5/4/18*

**CONFIDENTIAL**

**CMC RECORD001094**

Dear Shawn Sigstedt,                                                    <u>**Self Assessment letter**</u>

My favorite part about Botany was learning about all the different plants. I know you probably get that alot, but I am fired up about what plants are and how cool they are. I have found out in the last two years that I am fascinated by the different types, their fruit, and what they can do. Everytime I had your class I was reassured with that passion for plants. My favorite part about the class was going to the Botanic Gardens because we got to walk around and intently look at all the plants and talk about them. Another one of my favorite things was being able to cut open the Jackfruit. That was a beautiful experience that captured learning something completely new about a fruit while also getting to learn and explore something that I have eaten before. I saw plants and fruits in different lights since these two experiences.

I really liked learning about the different parts of the plants and how their growth was related and connected to the earth. I learned about the structures of plants and how they work with the earth to grow and become what they need to be. I learned about different parts about plants and their medicinal uses. When learning about these plants scientifically it helped me to connect my passion and understanding for World Park and how our world should be connected. World Park to me is a beautiful idea to connect the whole Earth and to restore unity to it. World Park to me is a great way to put into words the intangible idea of wanting to restore the Earth.

I have grown professionally and scientifically by my growth in being able to endure a long class all day. Showing up to class all day from 8:30 to 3:00pm is a task. Being able to show up and being in class is a good lesson for the working and scientifically world. I have also grown professionally in this class with the Labs. I have learned that there are many proper steps to take in our labs. That all of these steps matter and that they are important to the scientific process. I have grown in my scientific thinking by learning that there are certain steps to each process and each lab.

This class has impacted my life because it has been amazing to learn about the passion that I have for plants and the passion that I have for what they do for us. I love how we have done labs that we have extracted plant material as well as dissecting plants and getting every part of them. It has been restated that every part of the plant is valuable. Every Part of the plant has a function and a use. For example when you taught us about Osha. This plant is amazing, it has powers that we can't comprehend. The bears need it and have found their use for it just as much as we have. It is all healing. The plant is used to heal bears and to heal humans.

Thank you for teaching this class,

Sincerely,
Alex Martin Botany 221 Spring 2018     05/03/18

**CONFIDENTIAL**

**CMC RECORD001095**

**CONFIDENTIAL**

**CMC RECORD001096**

Dear Professor S,

Seeing as this was my first botany – ethnobotany class, I was not so sure what to expect. I also had no idea how much there is to know about plants. We learned a ton this semester through studying, experimenting and guest speakers but I feel like we hardly scratched the surface. Now I understand how a scientist could dedicate a lifetime of research to one plant. In previous biology classes, I have always been more interested in learning about plant cells and photosynthesis than any other topic. This class helped me take my understanding of photosynthesis to the next level. Learning how to make essential oils was really exciting for me this semester, I have always wanted to do it but never had access to the equipment. We only extracted lavender this semester, but I would love to experiment with extracting more varieties of herbs. This semester was also packed full of insights into indigenous cultures, and specifically, how they used plants.

Going in I knew that this class would have incredible opportunities for learning not necessarily from the books. Throughout the semester we watched some incredible movies that were able to help drive home the main ideas of the class. In one film we watched about medical botany, one of the main speakers talked about how western medicine is designed to make the patient feel better but not necessarily heal their ailments, while naturopathic plant based medicine aims to heal the patient as its main goal. That film totally helped solidify my understanding of medical botany. Along with that film we had a Chinese herbalist and acupuncturist who practices here in Steamboat to inform us of the complex herbs and patient interaction. This was extremely interesting because he told us about the different categories of ailments that Chinese herbalists aim to treat, and this is vastly different from the way western medicine categorizes ailments and diseases.

**CONFIDENTIAL**

**CMC RECORD001097**

All in all this class greatly improved my technical understanding of the living plant world around us, as well as instilled in me the importance of protecting the biodiversity of our planet. Before this course I hardly understood the interconnectedness of all living things but now I truly understand that the entire universe is within me.

Sincerely,

Harrison Bashaw

5/3/2018

**CONFIDENTIAL**

**CMC RECORD001098**

Ben Allan

Shawn,

During this semester in Botany, I read books I enjoyed, I did many things for the first time, ate many fruits for the first time, and began noticing the diversity of plants out in nature for the first time. What I enjoyed most was the hands on aspects of the class. The visit to the botanical gardens was something I didn't quite appreciate when I was a kid, but going back years later was a great experience. Not only were the plants and flowers amazing to look at and learn about, but I might not have had an opportunity to tour their labs and their research files. It was very interesting to see scientists at work and to get a peek into what they do in the field. Going to the store afterwards and tasting fruits we had been studying really made it easier to connect my knowledge with my experience.

I also liked the essential oil and balm labs, because growing up in Boulder I was always surrounded by that sort of thing but I never

**CONFIDENTIAL**

**CMC RECORD001099**

**CONFIDENTIAL**

**CMC RECORD001100**

learned how they were made. Now that I know how easy making balms are, I will probably continue to make some of my own in the future.

I have always been interested in history and other cultures, and while reading the Plants, People, and Culture book, I learned many things about culture of indigenous people all over and the ways they interacted with their environment. Living in modern western society, it's often hard to imagine the lives of people in places and times like these, and reading about them is the next best thing to going there.

Botany was one of my favorite classes this semester, and one of my favorite science classes I've taken throughout school. It helped me explore a part of the world I knew almost nothing about, and I felt more connected to my ancestors through the knowledge of the Earth.

5/3/2018

**CONFIDENTIAL**

**CMC RECORD001101**

**CONFIDENTIAL**

**CMC RECORD001102**

Bryce Sullivan

Shawn Sigstedt

Botany 121

5 May 2018

Self Assessment

Over the course of the last year, from Biology 111 to Botany 121 I have been presented with so much wonderful information and i have embraced every bit of it. I want to start off by thanking you Shawn for being the best teacher I have had in my academic career so far. It has been so fun and I have learned so much from you. My perspective has changed quite drastically about the earth and all of her inhabitants. I have been lucky enough (i think) to have been able to grasp and begin to understand the implications of humans and the universe that exists within us. There is so much potential and so much knowledge out there, it cannot all be learned in one's lifetime, not nearly. Understanding how the fundamentals of life itself was created and has prevailed over millions of years has so many key points to realizing the consequences of our actions in this life. Plants are magical, every single one of them has a unique set of Medicinal characteristics. Every plant contributes to the whole just as every human contributes to the whole. Plants are like other organisms in regard to basic metabolism, sexual reproduction, clonal reproduction, hormonally regulated development, ability to respond to the environment, diversity and evolution. I was really intrigued by the herbalist that came and spoke to us. It really sparked an interest inside of me seeing someone make a living off healing people with the best and most natural method I can think of. Plants are unique organisms in their varied life histories which include sporic meiosis with its alternation of generations, their role as primary producers in food webs, serving as the interface organisms between the organic and inorganic worlds via mineral assimilation and

**CONFIDENTIAL**

**CMC RECORD001103**

**CONFIDENTIAL**

**CMC RECORD001104**

photosynthesis and their role in the oxygenation of the atmosphere. Plants have also served as an important source of food, fiber, flavorings, feed, fuel and pharmaceuticals for humans. My appreciation of the diversity of cultures and intellectual points of view in the botany field have grown exponentially. One of my favorite parts about trying to figure out the evolution of plants and all life on earth is that it is so hard to determine the facts. Breakthroughs are always happening and theories are always being proved either incorrect or not the entire case. We are constantly learning and discovering new concepts and detailed processes of life cycles and reproduction and even the evolution of species. The world around is absolutely astonishing and I feel honored to have been introduced to so many topics by you shawn. I cannot express my gratitude for how you teach, it is immersive and hands on and an individual can learn so much if they apply themselves. Once more i want to thank you for an amazing year of learning and discovery. I will certainly keep in contact my friend.

Sincerely,

CONFIDENTIAL

CMC RECORD001105

**CONFIDENTIAL**

**CMC RECORD001106**

Fall 2018

CONFIDENTIAL

CMC RECORD001107

**CONFIDENTIAL**

**CMC RECORD001108**

12/21/2018

Dear Shawn,

First, I would like to thank you for the teaching you shared with us over the fall semester. I don't think I've ever attended a class that I enjoyed as much as this one. It's also been some time since I've attended a college class, and my last teachers weren't the greatest, so I wasn't really going into the semester with high hopes. You completely smashed any expectations I might have had and got me excited about getting back into school, though the work/school/life balance turned out to be my greatest challenge. Years ago I tried to get back into school, but things fell apart and I was left feeling that no one seemed to care that much whether or not I succeeded. In your class, I felt at home and know that you truly care about the futures of your students. You are an inspiration to me and I'm proud to have learned under your tutelage.

I've always tried to stay in the loop as to what's going on in our world's ecosystem, and in the last years it's been increasingly frustrating hearing of the worldwide destruction occurring all the time. I thought that seeking an education in sustainability studies would be a way to turn that frustration into positive change. I'm not sure I could find a better starting point for that path than this course. I really appreciated the mobius strip and field trips at the beginning of the course that reinforced our connection with the rest of the world. I also love the World Park and would be happy to get involved in that project in whatever way I can be useful. While there are lots of things I want to do in my life, highest among those is a desire to restore our world, and ourselves, to good health. I've never really known where to start when it comes to those desires, but I think I'm starting to find out here in the Yampa Valley.

I'm very happy that I have had the good fortune to meet you and learn from you. Thank you, Shawn. I look forward to learning more from you in the future.

Happy Winter Solstice!

Sincerely,

Owen Fairman

**CONFIDENTIAL**

**CMC RECORD001109**

H0

CONFIDENTIAL

CMC RECORD001110

Geoffrey Opper

Shawn Sigstedt

Bio 111 Am

12/12/18

I absolutely loved this class it was very fun and informative and I learned a lot even though it was my third biology class i've taken. This class has taught me most of all to not be lazy about your work and to get it done ahead of time. Also, this class helped me finally understand the process of protein synthesis which was the one concept I could never get down in my other 2 biology classes. World park to me is about restoring the planet to how it once was before the humans came, a healthy planet. I feel that due to this class my level of scientific thinking has been greatly improved.my favorite thing we learned was genetics because it was much more interesting than our other units, because it flows into other units. Like the unit on amino acids and proteins, and I learned more than I ever thought possible.

Thank You,

Geoffrey Opper

CONFIDENTIAL

CMC RECORD001111



**CONFIDENTIAL**

**CMC RECORD001112**

Dear Shawn,

First, I want to thank you for opening my eyes to a lot of new thoughts and ideas in your Biology 111 class this semester. There were a lot of interesting things that we discussed, did, and learned in class. I think my top memories of the class were when we did are multiple field trips out into nature. We first went to the steamboat botanical gardens that you helped design. That was a lot of fun getting to see all the different plant species that was local and not local to the area. That was the first day we as a class started to learn the scientific name for the species of plants. The second field trip that we did was when we did our nature walk at fish creek falls that was so enjoyable not only for but for the class, all the students had a smile on their face through the whole adventure. On this field trip, we did an exercise that really got me thinking. We started by imagining what it would be like to be an animal or plant around us. I thought it was very interesting to hear all the different viewpoints the students had. One of the skills that have improved over the semester the most is being more observant on what is going on not only in nature but what is going on around the world. From being able to tell different species of plant from one another just by looking at it. Also how the plant uses photosynthesis for energy for the plant. I think that is one of the key tools that you are trying to teach with your world park goal. If more people are observant in nature and see what is going on around them people will start to make a difference in this world. They will not want to lose that last peaceful places on our planet that is our nature. We learned that best in the photosynthesis lab that we did earlier in the semester. That brings me to my next point that I wanted to bring to your attention I really enjoyed all the fun and created labs that we did every week through the semester. In the labs that we did from the veins flytrap lab to the water bear lab most of all the interesting biology terms and formulas, I learned through the labs that we did. I feel that I will be able to some of the things that I have learned in this class and be able to take it out into the real world. From being able to write a little more scientific on my writing that will help in my business writing. I also appreciated learning how to make a movie through our final project the ecosystem engineer presentations. I learned a lot about life and science in your Biology 111 class this semester. I really enjoyed being in year class and will recommend this class to my pears because I know they will get as much as I did or even more being in your class. Thank you for a memorable semester and I hope you the best with your world park project.

Best Regards,

Garett Black

**CONFIDENTIAL**

**CMC RECORD001113**

**CONFIDENTIAL**

**CMC RECORD001114**

Sigurdur Hauksson
12/12/2018
Bio 111 AM
Sean Sigstedt

**Self-assessment letter:**

**To shawn Sigstedt**

This year I decided to take two science classes with Shawn, Bio 111 and Botany 221, before walking into both of these classes I was nervous, simply because I have never been a science kind of guy, and it has never caught my attention of interest. What I immediately liked about Shawns classes is the way Shawn teaches is, he really focuses on the bigger picture when it comes to science and opens your mind to a new level when it comes to nature. I have been a "city boy" my whole life and never appreciated nature the way I should have. I am from one of the most beautiful places in the world and it is only now I am realizing what an amazing place it is, thanks to Shawn. What I liked the most about taking these two classes was making a movie about a species we care about/interest us. This project helped me get a greater understand and connection with my home country. I did my movie on the Icelandic Moss, and I learned plenty from it, it also gave me a greater understand of our beautiful nature that we have been damaging over the last couple of decades.

World park is a great world view I have thought about all semester, I think it gives you an idea on how we can think of our planet and be eager to improve it. It helps you see why we have to look differently on the earth and connect with it. We are nature, so let's treat it like we would treat ourselves. In the future I think World Park will be in the back of my head, and I will try to solve what seems like the impossible task, but how do we improve our planet and treat it with love and care. This is a big improvement for me coming from a city and not really caring about nature, but what I have learned over the last four months is that everything is a live, so let's treat it like its alive.

**CONFIDENTIAL**

**CMC RECORD001115**

I have grown tremendously in the last four months. I never used to be interested in how the body worked, or how the species impacted our nature, or how we treat our planet. After these four months, I have gained a lot of interest in the human body, how it functions, I would have never known what a miracle it is to be healthy considering the cells work in our body. How we get the eye colour as an example, it all fascinates me deeply and I'm so glad I took this class. I also started caring more about nature and realized all the beautiful things it has to show us. What stands out is how we learn from our species and improve our own lives, such as the bird, and how we made airplanes to travel, GENIOUS. Scientifically I have grown in the aspect of wanting to know more about scientific breakthroughs, going over scientific breakthroughs in the beginning of class really helped me gain interest in the topic.

I am a business student and wont be studying more Biology but what I will try to advance in the future is how I view the world, and hopefully make it a better place in stead of a worse place, I think we are entering a time where we want to improve our planet instead of destroying it for money, so this class will help me improve our planet in the business world.

Overall, I like my scientific improvements, I am excited about the breakthroughs in the world and with the improved technology I think we are entering an exciting time in science.

What it has impacted the most is my awareness of nature and how powerful it is, how everything connects to make this planet work, everything is alive and that is why things are the way they are, because they can.

**CONFIDENTIAL**

**CMC RECORD001116**

**Conservation biology:** is one of the topics that impressed me the most, it is the management of nature and earths biodiversity, how we can protect our species, keeping them out of extinction so that we do not lose more species. We have lost many many species in the last decades and we want to make that number smaller.

**Indigenous culture's insights:** I loved how we learned about how the indigenous people use natural medicine to heal instead of using big pharma. Their ways our grounded of thousands of years living in harmony with their native lands, their understanding of the earths sources and how they keep improving and learning more about plants to improve their life's. We should listen more, and we have so much to learn from them.

**Photosynthesis:** how plants use mechanism based on chlorophyll to turn energy of the sun into usable power, the human way of producing usable energy on the other hand is very ineffective. Without photosynthesis we wouldn't be here. THEY MAKE OXYGEN.

**Cellular respiration:** Is one of the most important topics in Biology, cellular respiration makes ATP by using energy in glucose. There are three stages, Glycolysis, the Krebs cycle, and electron transport.

**Global nature conservation:** This topic is important in the times we are living, Nature is our most powerful resource, and we have to treat it like one. To protect the global fauna and flora and natural systems which services our survival is based upon.

**World Park:** The world park idea is a good way of looking at the world, where we want to protect our national parks. World park gives you an idea and makes you think how we can improve our planet; how can we protect our nature and the animals and species that are in this world. What I got from this is how we are all one big family and we have to treat it like one. Every species has something special to offer and that is something that I did not realize until I took this class.

**CONFIDENTIAL**

**CMC RECORD001117**

**Species:** is often defined as a large group of organisms. each and every species is special and has a purpose in this world. Species can evolve over time and that is what happens when we get new species, they all have two parents, a mom and dad. Just like us.

I think that the most important thing we can do is to learn from our mistakes through the last hundred decades. We have so much information and we are finding new species every day. If we learn from our history there is a bigger chance to improve and stay away of making the same mistakes, we have resources and we have smart people who are working everyday to make this planet healthier. And I think that we are entering a time in our history where we know how big the problem is and more people are wanting to participate and help the planet to be healthier. I know I will. Hopefully one day I can own my own farm where I can have animals so that I can keep in contact with nature and grow my own food. Everything today is mass-produced and we have lost the quality in food. I want to grow my own healthy food so that my body will stay healthy.

I want to thank you for the semester, I really enjoyed hearing the views from the American perspective and it has helped me realize how lucky I am to be from Iceland. You gave me a different perspective of the world that I really like and I have improved as a person tremendously.

Thank you, Shawn! Have an amazing winter.

From:

Sigurdur Hauksson.

**CONFIDENTIAL**

**CMC RECORD001118**

Grace Brennan
12/11/2018
Bio 111 AM
Assessment letter

Biology this semester has done wonders for me. Biology was my favorite subject in high school. However I grew apart from it and forgot all the wonders that it can teach you. This semester I fell in love with Biology all over again. At the beginning of the semester I was just an Environmental Science major and now I am doubling majoring in Biochemistry. I loved the feeling of fascination that Biology brought me this semester. I was constantly having my mind blown. This starting with learning about cells. I remembered learning about cells in high school but never had a fascination like this before. Our bodies are filled with cells that have complex energetic organelles that produce proteins, energy, etc. The fact that our cells keep us going everyday fascinates me. Also loved learning about DNA and its complexity. Learning about what makes us, us made me super excited and even wanted to dig deeper. My skills of really studying my favorite science have improved. I was left wanting more and wanting to go research in my own time. Learning World Park meant a lot to me because I dream of our planet being a better place everyday. The idea of creating a giant park for our forests and ecosystems to grow to be healthy again made me super happy. I would love to be apart of the World Park project someday. I learned about the technology that has been created in Biology this semester. This is something I never knew before. Learning about technologies like CRISPR fascinated me. It is crazy to me that genetic engineering technologies like that exist today. This semester in Biology really motivated me to dive deeper into the world of Biology. I am excited to learn new concepts and to

**CONFIDENTIAL**

**CMC RECORD001119**

learn about Conservation Biology, Microbiology, and Biochemistry. I can not wait to push myself further to learn all I can learn about my favorite science. I am also very happy that this class gave me the chance to reconnect with nature. I truly realized that humans and animals are family, and that we live on Earth together to enjoy and respect nature. Nature is not here for us to use and take from but it is here for us to learn from, to love, and to respect. We are nature and we should treat our planet the way we would want to be treated. Because of this, I have decided to go vegan. This class has pushed me towards this decision so I can make a difference everyday to help regrow Earth. This class has also taught me about all the beautiful medicinal uses of nature. I have started to use a lot of natural remedies to help myself feel healthy and get better. When I start to feel sick I  have been drinking echinacea tea and I have seen a huge difference in contrast to dayquil which only masks my symptoms. I am so thankful for all the gifts this semester in Biology gave me. I am so excited to pursue my career and knowledge further in this amazing scientist. I dream that one day I can make big strides in Biology that can help this Earth.

**CONFIDENTIAL**

**CMC RECORD001120**

Biology Self-Assessment Paper

Suzie Page
Biolgy111 AM

Globally, Earth is facing the catastrophes caused by natural habitat loss. Since the industrial; boom began, many companies that exploit on nature's goods by establishing lumbering companies, oil mines, gold mines, uranium mines and coal mines. Less than 10% of the world is a primary habitat, or a habitat that hasn't been touched for industrialization, municipal purposes or tarnished in any way be modernization. To help solve this massive global issue, scientists have developed the theory of World Park. With World Park, we can establish larger roaming grounds for large sentient beings, reestablish Earth's green coat, and help destigmatize the view that nature is separate from us.

To make World Park achievable, small, gradual steps must be made first. One method is the daisy chain method: where primary habitats occur, small appendages representing the shape of daisy petals will connect the park to another park. With the parks connected, the species in each biome have more room to wander, grow and thrive. A formula that represents this benefit from more land is called the Area Species Curve, $S=cA^2$. Inn this formula, S represents the species, c represents the curve, and A represents area. With more area, the rate of a species increases exponentially.

If we give species more room to roam and evolve, we will experience more genetic diversity. Having more room to roam allows population sizes to swell, making the gene pool consequentially larger. Larger biomes allow the MVP, the minimum viable population, to be more avoidable since they'll have space to expand their numbers.

World Park would not only help roaming creatures, but plants as well. Instead of overharvesting, laws would protect plants to only be harvested when needed. They'd also have the advantage animals do: if they have more room to grow, they'll have better chances to survive.

**CONFIDENTIAL**

**CMC RECORD001121**

Biology Self-Assessment Paper

Suzie Page
Biolgy111 AM

The concept of World Park changed my perspective to miniscule purchases. In 2015 landfills in the US received 29,400,000 tons of packaging waste, making up 21.4% of the entire landfill's products. Packaging material is one of the most dangerous materials to the environment. With World Park, the concept of the world being healthy is the goal, and to get rid of dead spots we call landfills. The less products I buy with packaging material, and the mass of others, could greatly reduce pollution and make goals like World Park more achievable.

Another formula I learned in this class was the Stieget's formula, $P=w*pw*a*tw$, a formula directed to predict how quickly we can heal the world. P represents the percentage of the world that could potentially be healthy, w is the world, pw is the people influencing, a is the area, and tw is the time controlled.

In conclusion, this class has taught me the value of the concept of World Park. Many formulas, daily news articles and lectures showed me the value of our Earth and how sick she is. The class also showed me how we can heal and reestablish her beauty.

*Suzie P*

December 12, 2018

CONFIDENTIAL

CMC RECORD001122

Matt Morrison

Shawn Sigstedt

Bio 111 AM

12/12/2018

Self-Assessment

Dear Shawn,

This semester has helped me significantly in critical and circumspect thinking. We have observed and analyzed many organisms and their structures and various purposes. I enjoyed the many hands on activities and field trips we participated in and was very lucky to experience these amazing events with my classmates. The World Park theory has assisted me in appreciating and finding interest in all animals, insects, and organisms. It has helped me realize that I need to participate in our environment in a positive manner to help our ecosystem strive. It Is crucial to recognize the importance of every organism as they all play significant roles as ecosystem engineers. Shawn has demonstrated and portrayed the importance of learning how to conduct myself in a scientific classroom in a mature and professional manner. We learned how to handle expensive scientific instruments including microscopes and other devices that assisted us in learning about many different organisms and their potential benefits. I have learned many important skills in this semester but most of them relate directly to the material that we have studied throughout class. A cell is the smallest unit of life. Cells are often called the "building blocks of life". I struggled in my earlier science classes but this class and guidance from Shawn has assisted me in appreciating and finding interest in the breakdown of biology. I decided to write a paper on the Hopi Tribe society after Shawn introduced us to their advanced agricultural and cultural ways of living.

**CONFIDENTIAL**

CMC RECORD001123

**CONFIDENTIAL**

**CMC RECORD001124**

Some of my other favorite discoveries and learnings include the various processes of

Photosynthesis, Cellular respiration, Enzymes, and Cells. World Park Theory has

played a crucial role in recognizing the importance of conservation of all organisms.

Learning about global nature conservation and biodiversity amongst organisms has

been mind blowing and I am very appreciative to have learned these interesting and

important biological facts.

Sincerely,

Matt Morrison

*Matt Morrison*

**CONFIDENTIAL**

**CMC RECORD001125**

**CONFIDENTIAL**

**CMC RECORD001126**

Mann, Kyle B.
11 Dec 2018
Biology-111 PM

I liked that the class had an easy to follow structure and format. It was easy to remember that we have Interesting Concepts due on Monday and activities/labs on Wednesdays. I loved the nature journal because it holds references to everything we learned in class throughout the semester. I really enjoyed the Venus Fly Trap lab because I had never seen one before, and it turns out that they can count!

Biological science is really fascinating because it deals with animals, which is awesome as an animal lover myself. I learned that even animals can have human-like qualities such as complex emotions, thought processes and languages. We really are not all that different from them. I especially liked watching that crow use problem solving skills and tool-making.

I like World Park's holistic approach to solving the extinction crisis and restoring our planet's ecosystem. I am much more optimistic about the future now because it is something that we can actually achieve.

I have grown personally and scientifically to expand my mind and consider world views other than my own. In addition to that, my skills in scatter plot making have dramatically improved. I can make them so quickly now with complete understanding of their purpose and how they work.

One of the most shocking things that I learned in this class is that most of our big animals on Earth are endangered and/or close to extinction. This is very eye-opening for me, as I did not know this before taking this class.

My improvement in scientific thinking has been moderately increased. I've learned that there is more than just face value facts and knowledge, but how and why things are the way they are, and how everything is so interconnected (the mobius strip lab).

All of this has impacted my life because I now have a newfound respect and understanding of nature itself. My biggest conceptual breakthrough comes from Deepok Chopra, who said that nature is not on the outside but it is something that is within us all. I had never thought of this before, but now it is so apparently true.

I also learned about plants and their powerful medicinal uses that can rival traditional western medicine. Not only that, but plants have less, less desirable effects. This is also why we need to protect and conserve our plants because they hold so much information that we can unlock. Once a plant becomes extinct, it is gone forever and whatever value it may have had for us is lost. The same can be said for all animals, mammals and insects as well.

**CONFIDENTIAL**

**CMC RECORD001127**

CONFIDENTIAL

CMC RECORD001128

Sean Smollen

12/10/2018

BIO 111 PM

Dear Shawn,

Overall, I had an amazing year in your Biology class. I loved the atmosphere, and because of that I felt comfortable bringing my voice to class, which I tried to do every day. It's unbelievable how important and impactful that is in an education, having a classroom to come to where academic discussion is so accessible and inclusive is most definitely my favorite part of your class. That being said, I also enjoyed studying the normal Biology curriculum because I feel like even though we studied the standard photosynthesis/ respiration/ reproduction, it felt as if we were able to find interesting ways to solidify our understanding. For me, the Spinach Disk Lab, where we sucked the oxygen out of out spinach, and then induced photosynthesis with water, a carbon donor and light. This Lab gave me a concrete example of what we were trying to study and was the cherry on top to studying photosynthesis.

You're class was unique because of the idea of World Park. To me, World Park is a real plan to help revert some of the detrimental changes we have made to our planet. I think it changed the way I was thinking about your class and the content in it because I had this real concept to lean on. World Park ideals aren't impossible and I think the best way to bring it to life is to bring it to the classroom first. I saw firsthand this semester the developing of a World Park mobile App and Website, and without academic classroom discussion that would never be. Despite having hope for World Park and our future, I tend to lean more toward a realist ideology. I am not a pessimist, instead I like to think circumspectly and with a critical lense because to me, realistically, our 100 year lifespan is unbelievably miniscule compared to our planets 4.5 billion year timeline. In 100 years it's impossible to witness any real change, and to assume any ideology is right seems ignorant. I do believe that we should "nestles ourselves in nature," but I don't think it's fair to assume that we know everything about our planet or the way it works. We can witness our own impact on the planet, which should make us change, but anything other than our responsibility is not our specialty, in my opinion.

This is an idea that I've pondered for a while, but having this Biology class, and a place that supports academic discussion so well, has developed my ideas of thinking circumspectly, critically, and outside the box. I think I've always had these skills somewhere, but your class helped me refine and become aware of what I am good at. These thinking/processing skills can

**CONFIDENTIAL**

**CMC RECORD001129**

only become better, especially since I actually am conscious of the physical action of using them.

So Overall, I loved this year, but more importantly: I loved that you're class was an awesome place to come and bring academic debate, and an inviting place, and an ever-inclusive place. I never felt left out in your class, and I always felt comfortable shooting my best shot, even if it was far fetched. Thanks a ton Shawn.





**CONFIDENTIAL**

Greg Neubauer

Bio 111 PM

12/11/18

In the span of fourteen weeks I have been able to expand what I know about biology. The biggest thing that I liked about the class was the size. With having eight people in the class we were able to really discuss the ideas we were talking about. We also got to have Shawn be able t work with us closely on the lab if we had interesting break throughs or needed help with some part of the lab. One of the things that I learned about biological sciences was that there is not one view point to take from a finding. Also something that I can take from the class was that to understand biology one can't just through a lens and look at cells. They have to go out and truly get to see how the science works. But that's just part of it. They can to be with nature in a spiritual way and be with nature so that they can feel the change and see what is happening. World park has given a view of the state our planet is. I had a idea of what state it is in but with the idea of how we can fix it, it really has put it into perspective. The idea of expanding the parks we have is a way to not only save out home but bring everyone together and I really find that to be important. Thing that I can take from this class is how I can connect with nature and that if I want to make a positive change in the world then I can to do it with getting out and making a change with nature and be one with the universe.

12/12/18

**CONFIDENTIAL**

**CMC RECORD001131**

**CONFIDENTIAL**

**CMC RECORD001132**

Hope Doucette

Bio 111 PM

12 December 2018

Self-Assessment Letter

This class was a lot of fun and I really learned a lot. The number one thing I liked the most was the field trips we took to Fish Creek Falls and the Botanic Gardens. I liked going on field trips because I felt like they helped us better understand the material we were learning and the different areas that are around us, it made us connect with nature more. World Park really opened my eyes to what is happening in the world and that if we don't change it, it could be detrimental for our planet. I am very optimistic about the future of our planet and I think if people put in the world or even just start making simple changes we will have a much better future for the planet. A skill I learned in this class was how to use a microscope. Before this class I had no idea how one worked now I do. I liked all the labs we didn't they were very interesting, I learned about different organisms and what they do for the world. My favorite lab was the flower lab I thought it was really interesting how some are male some are female or some are both, and the santa clause in the half peanut. My skills that improved in this class was my ability to really feel connected to nature and I think this is because for the most part we always did something in class that connected to nature even if it was just reading those news articles at the beginning of class. I have learned that the planet is WAY overpopulated and we need the number to go down so it doesn't ruin our planet. I thought the indigenous people were really interesting. The Kogi people live way differently then we do, but the way they live really works. They realize what we are doing to this world is ruining it so they live in seclusion in the mountains in

**CONFIDENTIAL**

**CMC RECORD001133**

**CONFIDENTIAL**

**CMC RECORD001134**

Colombia. They take care of nature and use it as it was intended to be used they don't destroy it, they want people to realize that we need to take care of our planet because if we keep destroying any part of it eventually we wont have any nature or earth left. Overall I really enjoyed this class I feel like I learned a lot that I can apply to my future plans. Thanks for being a great teacher and so passionate about what you do and teach!

Hope Doucette 12/12/18

*Hope Doucette*

*12/12/18*

**CONFIDENTIAL**

**CMC RECORD001135**

**CONFIDENTIAL**

**CMC RECORD001136**

Benjamin Nixon

December 12, 2018

Bio 111 AM

<center>Self-Assessment letter</center>

Dear Shawn,

There were several things about the class that I enjoyed. The field trips were by far the greatest highlight of the semester in my opinion. Learning about the different species of plants and their natural history really resonated with me. I especially enjoyed learning about how the markings on the aspen trees could be hundreds of years old. Also how some markings are really high on trees because the early pioneers rode horseback and drew images that have stayed in nature all these years. When it came to learning of the biological sciences I feel like I learned fifty-times the information that I started the class with. In previous science classes that i've taken i've had trouble understanding how everything relates. For example I now know that there are different types of cells such as eukaryotic and prokaryotic cells and those names are actually more like categories for how cells reproduce and their relation to animal and plant cells. I had no idea that it could get so specific! Then there were also the insights that i've gained through taking this class; I knew the world was losing a lot of its nature but I had absolutely no idea of the number of species that were becoming extinct and how close the earth is to losing all of its natural ecosystems. I will admit that I have always understood my connection to nature and that the idea of humans being separate from nature has never made sense to me, and i'm really glad that there's someone else who understands we are nature and nature is a cosmic connection of everything in existence. When it comes to how this class has affected my overall future I can say

**CONFIDENTIAL**

**CMC RECORD001137**

**CONFIDENTIAL**

**CMC RECORD001138**

that I have gained new interest that I wish to pursue, such as medicinal values in plants. I was really fascinated by how most plants we see on a hike can have many medicinal values and that the indigenous people have been making medicines with these plants for thousands of years. On a personal level I have a really hard time with my ADHD and until taking this class I thought the only way to cope with my impairment was to be prescribed pharmaceutical compounds that hurt my body as well as my spirituality. In fact I have started researching if some plants can help balance brain chemical imbalances and I hope to see if I can find a treatment that works for me. Thank you for giving me knowledge, insight and inspiration that was greater than that of what a textbook could have given me.

Thanks again for the semester,

*Benjamin A. Nixon*

**CONFIDENTIAL**

**CMC RECORD001139**

**CONFIDENTIAL**

**CMC RECORD001140**

■■■ BIOLOGY 111 PM

Colorado Mountain College: General College Biology with Lab

December 11, 2018

Dear Professor Sigstedt,

During this fall semester, I have stepped out of my comfort zone to start heading in right the direction towards my interests as a career. Overall, I'm deeply satisfied with the direction this college has guided me toward. This class included, I'm fortunate that I took this version of Biology rather than the other route that would have otherwise guided me into the anatomical direction rather than natural and conservational. The style of this class was structured in a way that really helped the students understand the material, and it helped that the class size was on the smaller end. The biggest concept that I can walk away from this class understanding is the vital network that is often forgotten. The entire biome is directly supported by one another. This meaning from the cellular level to increasingly complex species that roam this earth that all play an irreplaceable role in each environment. To better understand these concepts, our class was able to take field trips to local natural areas around us. This created a sense of better awareness to our local environment so that we can focus on educating the population that will directly affect us.

I feel that I may have forgotten many of the critical points before the Thanksgiving break which made understanding concepts later into the semester harder and harder. One thing I could have done to prevent this is more discipline to keep up with my nature journal. In my opinion, if I would have been expected to keep a set of notes for each lesson with easier navigation to the labs, I would have a better kept tangible stack of work to study for my tests. I am a very different learner than most, so I will be sure to construct my notes my way next time.

Conceptually, I have spent more time focusing on seeing our planet as the universe as a piece of me rather than all around me. Seeing nature in this perspective has been life changing and I hope to show others how much easier life can be seeing empathetically rather than objectively. This concept is something that indigenous people have known to do for many years and we have no reason to doubt why they are still around today. You have related many of our lessons back to your World Park alongside indigenous cultures and the model seems to make sense. I am interested to see how soon this may be until this model can be implemented around the world.

Sincerely yours,

Daniel Souder

**CONFIDENTIAL**

**CMC RECORD001141**

**CONFIDENTIAL**

**CMC RECORD001142**

James Walsh

BIO 111
Fall 2018 Self-Assessment Letter

Dear Professor S.,

Thank you for the exciting class. I enjoyed the hands-on experience of this course and the opportunity to use fascinating instruments like microscopes during it. I loved how much I learned about the environment around us, how we affect it, and the animal species altogether.

This semester, I learned about some amazing things that the world produces like enzymes, the process of photosynthesis, Venus Fly traps, and that tiny mineral that changed colors depending on the observer. I knew I was going to love the class after our field trip to the Botanical Gardens. I brought my family back afterwards and showed them all the great things I learned. The World Park Theory is a fun theory to dwell on. For me, it means that we could have peaceful, harmonized, living for all plant and animal lives, which would be pretty amazing.

I have learned from you that the environment is like a giant, elaborate clock, and if a species goes extinct, it's like removing a gear on the clock. Without that gear, the clock can't function correctly.

Many of my scientific and logical thinking skills have improved through this class as well, like trying to come up with theories from experiments we conduct in class.

I have learned that Biology is the study of all living organisms. I also learned how ATP is produced, and how photosynthesis occurs. I learned how proteins are made into enzymes, and how cells reproduce. This class also taught me some life lessons too, I have gained a new respect for all living animals and plants, and I will treat nature with more respect now that I know how complicated and interesting it is.

**CONFIDENTIAL**

**CMC RECORD001143**

In the future, I'd love to take more Environmental Studies and Biology classes from you, as this class was a pleasant learning experience.

Overall, I feel that my scientific thinking has increased exponentially since I started your class.

My father studied microbiology at Colorado State University in Fort Collins, but I never really thought that I was interested in that field. However, after your class, I am considering those sciences more seriously.

A conceptual breakthrough that I had is that I love the World Park Theory, and would love to help out and spread the world about it. It is an amazing theory, and I hope to see it used in the future.

Thank you for this extraordinary course, and it has changed the way I think and feel about the world. This class has made me consider the sciences more seriously, and has therefore changed my life. Thank you.

Sincerely,

*Jasmine Walsh*

12/14/2018

**CONFIDENTIAL**

**CMC RECORD001144**

Krista Bratvold

BIO 221- Botany

12/14/18

Self-assessment letter

Shawn,

I learned a lot of useful information this semester. I was introduced to ethnobotany, a field I previously knew nothing about. I love how ethnobotany is about people and their relationship with plants. Every culture in the world has plants incorporated in their society, and it's important to understand how useful this knowledge can be medically, socially, and emotionally. The most important take-away for me was learning how to incorporate a scientific *and* spiritual mindframe into my life. Previously I was taught that these two ways of thinking were antagonists- that they were opposite of each other. In reality, science and spirituality can work together and help us understand the world we live in and our *connection* to the world we live in. I like how this class taught me that both are important.

Not only that, but I liked how this class taught us basic botany (such as the classification of angiosperms, gymnosperms, cellular processes like photosynthesis, etc), but this class also taught us about indigenous wisdom and our social relationships with plants. I think both are important to learn, and I like how this class incorporated both kinds of knowledge.

One of my favorite aspects of this class were our nature journals. I loved how our nature journals incorporated scientific knowledge, artistic knowledge, and reflective journaling. I also loved our labs on making essential oils and making salves. These will be useful skills in my life, because I would love to continue making essential oils and salves. Finally, I liked how we learned about animals and their relationships with plants. Not only can we learn from indigenous

**CONFIDENTIAL**

**CMC RECORD001145**

people, but we can learn from animals (for example, bears and using osha medicinally). I loved our readings about this topic.

World Park was another important concept in this class. I think we as a society need to focus on building a positive and reconstructive future. World Park taught us that our world views are crucial to healing the planet- we all need to understand that our planet and all the life in it is sacred. We need to come together and actively work towards a healthy world. This means creating a *planet* that is protected, a system of interconnected parks that spans the globe.

Altogether, this class taught me scientific knowledge, but also taught me about our spiritual and societal connection with botanical life. This class challenged me to think about new world views and my connection with plants. Thanks for a fun semester Shawn!

*Krista Bratvold*

Krista Bratvold

**CONFIDENTIAL**

**CMC RECORD001146**

Botany Self-Assessment

Suzie Page
12/13/18

Over the course of the 2018-19 school year so far, I have acquired an interest for alternative medicines. In the past two decades, the pharmaceutical industry has been on the rise and has cause many severe outbreaks if addiction and substance abuse. This class has introduces me to circumspect thinking and by doing so, has made me realize that plants aren't the issue, but the knowledge of plants and having availability to the most suited character for the ailment, or lack thereof, is. Even extreme drugs, such as cocaine, are normalized in their place of origin.

It is also because of drug stigma around alternative medicines as to why no political and scientific advancement can be made with these substances. Stereotypes have been sewed in to culture as far back as the bible, like the prohibition the of some substances, but sacredness for another. This Folklore, whether Western or Eastern descent, can help scientist depict their early knowledge of substances, like *ebena* snuff in the Amazons. Since so many stories, both good and bad, surround Mother Nature's products, I'd like to be able to understand why.

Because of this class, I do hold Folklore in mind with scientific findings. It is common that I see a process in science recently discovered, yet not discovered at all since indigenous peoples hold these teachings through story and lineage. A common story that I will always remember to symbolize this is the story of the bear and the osha plant that you shared with us the first day of class.

You told us how, through your experience, you heard the story of a mighty bear who dug up the osha, manipulated it to paste in its jaws, and continued to coat itself with the substance, all in witness of a Native person, who spread the gift of the bear.

**CONFIDENTIAL**

CMC RECORD001147



Botany Self-Assessment

Suzie Page
12/13/18

Science, your experiment, helped clarify this reality with your documentation of a bear doing the same actions, almost as if it were ritual. The connections I've made and the biomimicry I'm no longer oblivious to is endless.

My movie project also helped me acknowledge my want for secondary metabolite knowledge. I look forward to more opportunities with botanical life and how I can apply that to my career. This class opened a new avenue, or path of realization for me. I originally only wished to open a medicinal dispensary, but now have considered a wide-variety of medicinal plants herbarium, including *Cannabis*.

Overall, this class has enlightened me and shown me how much is available to me in the world. I am grateful and humbled, since I am the only thing that held me back this semester.

Suzie P

December 13, 2018

Happy Holidays!

**CONFIDENTIAL**

**CMC RECORD001148**

Marjory Washburn
Bio 221 Botany

Self Assessment letter

I learned so much about botany its insane. From botanical names to the importance of one little flower. World park is beautiful and important. It makes so much sense that through connection of green spaces we can positively change the planet. The concept of world park makes me feel more present. Realizing that just one small action can help to elevate the health of the entire planet. I think that so often we miss out on education surrounding the importance of the planet. We make ourselves separate from it not seeing it as part of ourselves.

I loved the labs in this class. I have never gotten to participate in anything like this and working on the labs made me feel clearer and more connected. The water bears were wonderful little creatures. Learning to make things was another part of the class, through hands on learning I got a better understanding of the plants and their properties. Sharing my creations with people was another part I really enjoyed, people loved my creations and i'm so proud of all of them.

Honestly all the medical uses of these plants was new information for me. It's incredible how much we rely on and use plants. They are truly a part of everything we do. As far as my scientific thinking I have grown immensely. I can now understand the steps to get to the answers I need as well as being able to think critically. I feel that through learning and practice I have a much clearer understanding of botany and all the wonderful flowers of the planet.

This class has had a huge affect on my life and my future. As someone who loves being a part of nature understanding it is vastly important to me. I can identify the flowers on my hikes, and talk at length about my beloved maui flowers. I think that By understanding the plants around me mylife has experienced a huge positive shift. As far as my future I go forward to the world with more knowledge and hopefully I can share and educate people on the importance of plants. They are so much more than plants they are a part of us and the more we understand the better we are as people.

Thank you for everything Sean. I truly enjoyed this class and all the knowledge I obtained. The hands on labs were amazing and I'm so excited that you let me be a part of the class.

Thanks again

Marjory Washburn

**CONFIDENTIAL**

**CMC RECORD001149**

**CONFIDENTIAL**

**CMC RECORD001150**

## *Botany And Ethnobotany*

December 14, 2018

In this class, I learned a lot about plant identification, plant reproduction, and natural medicines in herbology. The World Park means to me that our world is dying, and there is a solution if people decided to put time, effort and resources to heal it. This could rebuild our planet. I have grown personally and scientifically because my mindset has broadened. I am more interested in the way the world works, and the way that the planet regulates things. My skills of observing through a microscope, and I have learned to dissect plants. I have also learned how to extract essential oils, and every lab really helped me gain new skills. I have learned everything that I hadn't known before, I came into this class somewhat blind as I knew nothing about medical botany, hence why I took this class. I feel like my improvement in scientific thinking is going to be very helpful in my future because I know can take a new thought process to a problem. This class has impacted my life and future because now I can not take a hike again without observing every plant I come across, and I can't see our modern world as anything but the cancer it is to the planet. My conceptual breakthroughs included the fruit lab, the world view lab, and the idea of World Park. It was also interesting to observe the indigenous cultural insights on the problems of the world and global nature conservation. It is also interesting how many species there are of plants and botanical species exist on our planet. Essential oils extract and the salves labs were my favorite because I was able to create something I could take home and use, as well as take pride in it. Connectedness with nature is an important part with my life, and it was interesting to see the world view that we are all drawn to nature because that is our roots. I am somewhat against the idea of evolution, but to each their own world view. I want to be a mental health counselor and I took this class because it was required towards my psychology degree, but I am very glad that I took it as I learned a lot and had a great deal of fun with all the labs.

Sincerely,

**Carter Coleman**

12/14/18

**CONFIDENTIAL**

**CMC RECORD001151**

**CONFIDENTIAL**

**CMC RECORD001152**

Ernesto Saenz Acosta

Botany

12-14-18

Shawn S

This semester of school, I learned a lot of new and interesting things, but non-other like my Botany class. Like when I first came into the class I started to think I would just learn about plants, which I did, but I also learned about so many essential things that plants can help not just me, but the entire human razes, work and coexist with the world in a healthy way. As I learned that the number one cause of plant and animal extinction is massive agriculture advancements where many species die off sometimes by the millions. And I learned that really the only possible way to save what is left of our planet is to conserver all of our remaining recourses, and plant our agricultural fields in a smaller scale, but surrounded by a large and healthy natural ecosystem which in turn will help it grow at a much higher rate because of the influence of the natural recourses around the plantations. Ann a perfect example of what could make this possible is World Park, which suggests exactly that, and may be the best, and healthiest way to keep a healthy planet. In this class I also learned that the indigenous people are key to understanding our world at not just a spiritual level, but also scientific, because if there is one thing I learned from the indigenous people is that they are millions of years ahead of us, and we have seen plenty of examples in the in-class movies and presentations.

**CONFIDENTIAL**

**CMC RECORD001153**

**CONFIDENTIAL**

**CMC RECORD001154**

Darby Bergl

Biology 221

Botany/ Ethnobotany

Friday December 12th, 2018

Professor Shawn Sigsted


Self-Assessment Letter:

To Whom It May Concern:

In this semester of bio 221 I learned the importance and impact of human-plant relationships and the profound effects that has on our planet. From the dawn of human species, we have always had a relationship with our fellow "family", plants. These plants have a dense history of being consumed whereas humans have a dense history in the consumption of these plants. This rich relationship between humans and plants has a definite impact on the evolution of plants as well as humans. With a well-developed idea of what my career path may look like in the near future, recognizing this relationship between a fellow species has resulted in a better understanding of the connection between everything within our biosphere. With this knowledge and adaptation to a connected thought process, I have arrived at a strong intuition. This intuition is rather clear; to heal our planet, and not one, but many ecosystems, we must approach any method to do this with a mindset of that incorporates the effect on all species. This course has also given me the ability to be open to the knowledge and wisdom that other species may have on this planet, rather than the latter of only accepting the knowledge of our own species. If it is practiced and agreed that every species is an ecosystem engineer, we will begin to see them for

**CONFIDENTIAL**

**CMC RECORD001155**

their enormous contribution to life rather than a resource here only to serve one species. Overall this class has further developed my world view towards the importance of treating the planet as if it was a gift, and with this gift, to take it and expand it through a reciprocating relationship to the land.

Best Regards,

Darby D. Bergl

**CONFIDENTIAL**

**CMC RECORD001156**

# SELF-ASSESSMENT LETTERS SPRING 2017

# GENERAL COLLEGE BIOLOGY/LAB
# BIO 111

**CONFIDENTIAL**

**CMC RECORD001157**

**CONFIDENTIAL**

**CMC RECORD001158**



**CONFIDENTIAL**

**CMC RECORD001159**

**CONFIDENTIAL**

**CMC RECORD001160**

Thomas Franchi

Bio-221

Shawn Sigstedt

Self-Evaluation

This class was unfathomable. I loved it! The minds that Shawn and this class were able to bring together made for a memorable and expansive semester. I learned a lot about how we are not so different from the plants that surround us. I gained a lot of information regarding the ways plants reproduce and how the male and female parts are often found on separate plants. Plants have invented a variety of ways to disperse their pollen or seeds, by attracting pollinators or by exploding when under extreme heat in some cases. The different ecosystems also give rise to many different types of plants. The desert plants are often C4 plants and close their pores during the day, to conserve water. I really enjoyed the ethnobotany part of this course and learning about how different cultures view plants, many as sacred. Western culture has instilled a mentality of "use our Earth's resources before they are gone," which are now going very fast. The connection has been lost between nature and a very small strong willed other part of nature... there just seems to be a lack of awareness. This class has brought me to a broader sense of awareness, one where each action matters. At the beginning of the semester I guarantee you I wouldn't have gone through the effort of putting my tea bag in a compost bin, my cup in a paper recycling receptacle, and my plastic lid in one for plastics; now I do. This class didn't just teach me something... It was a gift to my SOUL! Eternal Waterfalls of Gratitude to reign down on the man, and legend, Shawn Sigstedt. I will never forget you, not to say this is

**CONFIDENTIAL**

**CMC RECORD001161**

anywhere near the end of our journey together, but I will miss you... Durango will be full of new

professors, just as passionate, but not the same. Your combination of education, humility, and

connection to the broader sense of ourselves has impacted me in exponential infinities. Thank

You


A Student, Friend, and Soulmate,


Thomas Mario Franchi

CONFIDENTIAL

CMC RECORD001162

09 May 2017

Dear Professor Sigstad,

Thank you for a very thought intriguing year. I have a very new perspective of the nature and my place in the universe. Your view of the world is very unique. Your outlook certainly challenged me to change mine. Your stories were intriguing and relatable. Your appreciation and understanding for bears and all of nature is incredible and your passion to protect it is contagious. If everyone could share your logic about World Park, they would all be on board and it would be a no-brainer. Through your class I learned to take initiative in my learning which made me a stronger student.

Thank you,

Amber Elliott

**CONFIDENTIAL**

**CMC RECORD001163**

**CONFIDENTIAL**

**CMC RECORD001164**

Self-Assessment Letter

Dalton North

5/5/2017

Botany (BIO 211)

Veni

Vidi

Vici

Thanks

Dalton North

**CONFIDENTIAL**

**CMC RECORD001165**

**CONFIDENTIAL**

**CMC RECORD001166**

Ly Dinh

Date: 05/03/2017

## Self- Assessment Letter

Dear Professor. Shawn

First, I would like to thank you for teaching the class. I really appreciated the effort that you spent to teaching me. I learn a lot from the class and from you as well. From the class, I know the basic principle of biology, and the concept of structure and function biological systems at the molecular and cellular levels. Also, I know that nature is very important for life. We have to protect nature not only for us but also for our offspring.

Second, World Park is very important to nature. World Park is a place to protect animals from distinction. I feel like the better solution is not trying to build a very large World Park, but trying to built many small World Park as many as possible. Therefore, Earth will become the biggest World Park. I would love to have an Earth where every species can be equal. Human can't live without destroying nature. We will find a greener energy to protect our environment. To make this happen, we have to protect nature as a part of our.  The jungle is our lung, the ocean is our blood and animal is our brother and sister.

In conclusion, I learn a lot from this class. It totally changes my view about biology and nature. I feel like I am connected with nature, so I have responsibility to protect it. I hope you will continue to teach biology because you do a wonderful job on teaching it. Thank a lot again, Shawn.

Sincerely,

Ly Dinh

**CONFIDENTIAL**

**CMC RECORD001167**

**CONFIDENTIAL**

**CMC RECORD001168**

Amber Henderson                    BIO221                    05/04/2017

Self-Assessment Letter

I really liked this class because I was able to learn how to use different methods to heal my self with plants. I liked learning how to make tinctures, essential oils, smudges, and other things. Natural medicine really interests me.

When it comes to world park, I learned that if we can grow our small special places/parks around the world that maybe one day we can create a daisy chain effect. I hope that we can convince enough people to save these special places and build upon them to save the planet.

This class touched on many things. A few things that I learned about were enzymes, structures, cellular respiration, photosynthesis, primary compounds, and secondary compounds. I learned how they work to protect the plants and help humans and other organisms with their medicinal properties. I thought that it was really interesting how animals initiatively know what plants to eat when they are sick. It is sad that most humans have lost this touch.

To me world park means bringing the ecosystems together by expanding outward and healing the planet. The world park view and Mobius strip helped me look at the world in a through a different lens. It is interesting to look at things from different view every so often because it helps you understand the world better and where others are coming from. I really like the view of the outside in.

When it comes to skills, I would say that my use of medicinal plants and uses of natural healing has improved. I already used essential oils, but this class has helped me to branch out more. I have also learned that much of the western medicine is less desirable and not as effective as natural medicine in many areas.

**CONFIDENTIAL**

**CMC RECORD001169**

**CONFIDENTIAL**

CMC RECORD001170

Amber Henderson                    BIO221                    05/04/2017

I can enhance my skills through practice and more research on the subject. I have already ordered herbal books and started reading up on certain things. I will also use my knowledge to enlighten my friends who also use essential oils about other possibilities, and see what they can add.

I think that I have definitely improved my thinking on the scientific side of botany and ethnobotany. I received a better understanding of structures and how everything works in the plant cell and the plants themselves. I just wish that we could have done a little taxonomy too.

This class has definitely impacted my future because it has peaked my interest in this field. I would like to learn even more about it, and receive more practice on the practical portions of it. I will definitely continue to learn on my own time.

**CONFIDENTIAL**

**CMC RECORD001171**

**CONFIDENTIAL**

**CMC RECORD001172**

Whitney Couchoud

May 1, 2017

Shawn Sigstedt

Bio-111pm

Dear Professor Sigstedt,

I have really enjoyed your class this semester. It has brought my understanding of Biology to a higher level. I enjoyed that positive learning environment and you as instructor (as well as Tom). I have learned so much about biological science including indigenous culture insights, conservation biology, cellular respiration, Photosynthesis, Cells and their function, Medicinal uses of plants, Animal Behavior, etc. The list continues. I was very intrigued in World Park, and from further research I have realized it is one of the last projects that could save our planet. I used Work Park as one of my reasons in my video. World Park would be extremely effect if put into action, and overall bring our planet back to good health. This then would affect my life in a positive way and future generations and maintain the organisms in the biological world. I believe the skill I have most improved upon, is critical thinking. I have a wider perspective of the biological world, and am able to analyze organisms and plants to my advantages. I also am able to see the extreme importance of nature, and because of that I have been looking into studying environmental sciences. I have learned that plants have many medicinal uses, and that they are true healers in the world. I would like to future classes in Biology, possibly Botany to advance my skills. Overall, I feel like my scientific thinking has greatly improved. I have discovered many new things about our planet, and have greatly enjoyed the articles we have read in the beginning of class to widen my perspective of issues and

**CONFIDENTIAL**

**CMC RECORD001173**

**CONFIDENTIAL**

**CMC RECORD001174**

improvement in nature today. This class has impacted my life greatly. I have grown more closer

to nature than I have thought, I have gained knowledge to improve my overall outlook on

organisms and knowledge on basic biology concepts. I am very grateful to have taken this class

this semester.

Sincerely, Whitney

**CONFIDENTIAL**

**CMC RECORD001175**

**CONFIDENTIAL**

**CMC RECORD001176**

Abi Berlet

May 3, 2017

Prof. Shawn Sigstedt

Dear Professor Sigstedt,

I really enjoyed taking your General Biology class this semester. It offered me a fresh new perspective on the world around me and allowed me to think in ways I hadn't ever thought possible. I learned a lot of factual information and all that jazz from the class, but beyond that I got to see the world with a conservational spin. While we all know that recycling is good and using too much paper is bad, we don't really ever do anything about it. Seeing the perspective you had to offer opened my eyes to the many ways we can help the Earth. For example, we could support World Park, or fight to stop deforestation which leads to less biodiversity, which is detrimental to human survival. The World Park perspective allowed me to understand the vast importance of biodiversity and protecting nature. World Park made me more open and understanding of the desire people have to conserve and the great lengths people will go to to live that lifestyle.

My problem thinking skills improved and my circumspect thinking skills improved immensely- I am now able to grasp broader ideas and concepts in all areas of my life, not just in biology. This has allowed me to stretch my brain to new capacities I never knew were possible.

I learned a lot more in depth of all the basic biology I learned last year in highschool biology. In the same sense that my brain's circumspect thinking abilities expanded, I also gain a lot of knowledge about the specifics of biology, such as how exactly meiosis works, or what chemicals are involved in DNA synthesis.

This class has given me many crucial skills to understand the world around me and I will forever continue to expand upon them.

Sincerely,

*Abi Berlet*

**CONFIDENTIAL**

**CMC RECORD001177**

**CONFIDENTIAL**

**CMC RECORD001178**

Self-Assessment Letter          Jenna Hendrickson (☺)
BIO-III PM
Spring 2017



Dear Shawn,

Although this semester has been a bit rocky for you, I think you have done an awesome job making this class as fun, diverse, and inspirational as it could be. I have learned so much more about myself, other beings, and the planet we call home. I always love the way you teach the class through conversations about our IC's. I feel like this is a great way for us to learn more about these subjects by hearing what our classmates find interesting and expanding on those concepts. This is so much more enjoyable and knowledgeable than listening to a boring lecture every day!

This semester I learned that ALL SPECIES HAVE GIFTS. And in every being, is a world of microscopic, highly intellectual beings carrying out their duties to create and sustain life. Although I have previously learned about cells, and the microbiology that makes life possible, I had no idea how complex it was. Learning about cells, proteins, DNA, and everything that makes up living beings, has made me realize how incredibly special we are. It makes me wonder how we all got here…and why we are here. Slowly, but surely I am beginning to discover these answers inside myself.

The World Park Project is very important to me. It is the only answer for our species to continue living on this Earth. It is the way we should live and should have always lived, and it drives me crazy that we have become so far from it. I will give my life to making our Earth a World Park. This is the only reason why I am on this planet. I'll do whatever it takes to save our water, our species, and as many others species as I could possibly save. THIS IS MY PURPOSE. Sometimes it's hard to stay positive and keeping pushing through this madness of politics and my own personal life, but each and every day I reassure myself this is why I'm here. This class has only reassured me

**CONFIDENTIAL**

**CMC RECORD001179**

of my purpose. And It has even helped me deepen my connection to the entire consciousness of the planet. It has made me realize how special life is, even down to the microscopic size unseen by the human eye.

After taking this class, I also feel a lot more comfortable with using a microscope! I knew how to use one before this semester, but I feel more connected with the microscope now and am dying to get one of my own! My scientific thinking has incredibly improved throughout this class. I feel like I now look at the bigger (or smaller) picture of things and not only look at the surface. We are incredibly complex creatures and there is a purpose for EVERYTHING. We must look deep into ourselves, and connect to life to understand life.

Shawn, it is always an honor to take your class. Yes, this particular class WAS a little bit unorganized and scattered due to your family emergency, but I still feel like I have become one step closer to understanding and connecting to myself and my fellow beings. The world NEEDS people like you. You make us remember our roots, and who we are as humans. You are a light worker. Guiding the millennials through a spiritual journey to connect back to each other and to the planet. We MUST realize that these are REAL problems we will face in OUR lifetimes. WE ARE THE FUTURE. And it is people like you who are creating the heroes that will save our species and our planet.

I want you to know that I will do everything in my power to take part in this mandatory awakening and revolution our society absolutely must overcome to prevent our species from going extinct. Thank you, Shawn, for guiding me on this journey and reminding me that there ARE beautiful people on this planet and that I am NOT alone.

With Love,

Your Fellow Earthling Jenna Hendrickson

**CONFIDENTIAL**

**CMC RECORD001180**

Hunter Saba

Bio-111 AM

Professor S.

5/3/17

The course was truly spectacular. I learned a great amount about a wide variety of subjects. I liked the way you structured the course, I feel like it really reinforced the key ideas of what I would want to know in my everyday life. I feel like I really got lucky getting a Professor that practiced what he preached.

My favorite parts of the class was learning about the multiple different adaptions of animals to each of their environments. I feel I learned a lot of general and important different aspects of biology from Animals to Meiosis. I believe the world park view is a very essential way of thinking of becoming one with nature and living sustainable overall. World Park changed my way of thinking about nature and I am always thinking about conserving or incorporating nature into my everyday life. For every day I am out in nature I'm going to think about how grateful I am for having such special and unique species around me at all times. Overall I am truly happy about taking this course with this particular professor, I learned countless number of things and changed my way of thinking forever.

Sincerely,

Hunter Saba

**CONFIDENTIAL**

**CMC RECORD001181**

**CONFIDENTIAL**

CMC RECORD001182

Starling 1

Noah Starling

Professor S.

Biology

03 May, 2017

Dear Shawn,

This class opened my eyes even more to seeing a world that I was blind to. Overall, I really like your teaching style. You bring real life into the classroom and you also talk about things that are "shunned" in the scientific community. These are concepts I believe that I will take with me my entire life. The World Park Project took off blinders that society has set for me. The World Park Project opened my eyes to the only way that we're going to make the earth healthy again, with allowing humans to live side by side with nature. If World Park happens, I believe all of our lives will change drastically and the human race will become closer to our mother earth than we have before. My skills improved in several fields. This class allowed me to broaden my mindset to ideas that can seem impossible at first, possible. Also my critical thinking and understanding has improved ten fold. Going into other classes I will be able to challenge ideals that are widely accepted but has little accreditation. Going into my future as a Wildlife Biologist, I believe that this class has changed the way i think about a tree thats dying or a animal that is sick. While I had a high intensity passion for these this class brought my compassion level into a new phase. The ideas you gave me on indigenous culture's insite

**CONFIDENTIAL**

**CMC RECORD001183**

**CONFIDENTIAL**

**CMC RECORD001184**

Starling 2

has made me change my mind to study more on how the native people conserved in order to maintain a healthy ecosystem. As our population grows I believe that our ways will gradually decrease in $CO_2$ and methane emissions. With this class and the more people that have their mind opened to the universe, I believe we can save this world, one step at a time. Thank you, Shawn for a wonderful class that broadened and deepened my love and knowledge in biology. Until next fall, I wish you the best of luck.

Until we meet again, Noah Starling

**CONFIDENTIAL**

**CMC RECORD001185**

**CONFIDENTIAL**

**CMC RECORD001186**

Trevor Pyle
Bio 221

Dear Shawn,

This semester in Botany was extremely fruitful. Although I missed a portion of the class, I regard it to be one of the most influential classes I have experienced at CMC. The class exposed to many a wealth of new ideas and perspectives and that is rare in classrooms. Not only did Botany stress key fundamentals of biology that refreshed me on the material covered in my previous biology classes but it also allowed me to explore the biology of plant life with much more depth. Our class was open to all ideas and provided a welcoming environment for discussion and I know my ability to critically analyze and think outside of the box has improved. The World Park concept has also greatly encouraged me to remember that despite the situation, there is always hope.

Before Botany, I held ambitions to aid in saving our climate and restoring the Earth to a state that I have never know, however the more I delved into the reality of our environmental situation, the more I felt helpless. It wasn't long before I had pushed my ambitions aside to pursue other avenues of life. Botany has reminded me that there is still great hope for our world and that everything counts. More importantly, I now see various disciplines that I could be passionate about that may have lasting effect on the planet or the people around me. I have discovered one of the most fascinating fields I have ever come across and was lucky enough to study under a recognized pioneer of the field. An opportunity such as this does not present itself every day.

In the future, I hope to grow toward living a balanced life. A happy and healthy life and one that is in balance with the external world. Alternative medicine and the study of cultures vastly different from my own has truly sparked my imagination and drive. Whether I continue to

**CONFIDENTIAL**

**CMC RECORD001187**

Trevor Pyle
Bio 221

learn simply for the sake of better myself, or I pursue ethnobotany or similar field as a profession, I will most definitely incorporate the things I have learned in Botany into my life. I plan to build off of the minor previews I was lucky enough to experience. Learning about various ways of living around the world, creating tinctures, and how we all can play a role into restoring the planet back to a healthy, united, global ecosystem, all have pushed the boundaries of my horizons.

One unique and extremely impactful element of Botany that I had never before experienced in school was the opportunity to learn from various relevant experts. This truly brought breadth to the class and provided an environment where every person could find fascination.

In closing, I am extremely grateful to have found ethnobotany. Taking this class may have a daisy chaining effect of it's own in my life, leading me to unforeseen paths. I hope to see World Park come to fruition in the coming years. In addition, I hope to be in contact with you again and follow your journey. I wish I could have attended more of your class, but the timing was unfortunate as I was getting ready to take a big step in my life. Still, I extend my gratitude to you for the time I had. Thank you for sharing your intimate knowledge of ethnobotany and more importantly, your passion to make a difference in our world; to be a force for good. The beauty of great teachers is that you often walk away with more knowledge that's useful for life from them, rather than from the material. In this case, insightful material is accompanied with an even more insightful instructor.

Sincirely,

Trevor Pyle

**CONFIDENTIAL**

**CMC RECORD001188**

Tristan Snyder

Bio-221

May 5, 2017

Self Assessment Letter

Throughout taking this course on ethnobotany I not only have learned about new ideas in the medicinal plant world but I also have learned some things about myself. I had already taken Biology so I knew that basic structures and processes involving plants and their means of making energy and water, however this course took me into far greater detail about why it mattered and how it was important for plants to photosynthesize but also how it was important to us that plants photosynthesize. I also learned and went further into detail about the mobius strip and how it was a small example of how we connected with the rest of the world and everything around us on a cellular level. One of the most important things I am taking out of this class is Shawn's idea of World Park. His plan to extend parks and primary ecosystems outward and therefore connecting them together to form one healthy ecosystem is something that might revolutionize the way we see and treat our planet. After making two movies for shawn each including a short animation about how world park looks on a scale of the United States and on a global scale I am happy that I could research such an interesting topic. Through tinctures and essential oil I have learned a new understanding about healing through nature. Upon finishing my own tincture that I use to relax and help myself get to sleep I truly see just how using the resources on our planet can benefit us. I am going to take my knowledge that I have received from this class and use it later

**CONFIDENTIAL**

**CMC RECORD001189**

**CONFIDENTIAL**

**CMC RECORD001190**

on in my life while earning my bachelor's degree and exploring new places and learning about new plants and how they can be used effectively. Over the course of the last couple of weeks I have become very familiar with angiosperms. Identifying them, learning the history including why they dominate the world today, their multiple ways of spreading their seeds, and how they produce foods that we eat I have found a large interest in flowering plants because of this class. I intend on pressing my own tinctures and taking advantage of growing my own plants to use in the future later on when I own my own land of course. In conclusion this course has opened my eyes to the ethnobotanical world in a way that I will never forget, my hope is to improve on my tincture to better make use of calming and relaxing properties and as I move on with my Biology major using what I have learned to try to help protect endangered species and all living ecosystems, because one major thing I learned in botany class is that there is not a single plant out there that holds no medicinal value of some kind.

**CONFIDENTIAL**

**CMC RECORD001191**

**CONFIDENTIAL**

**CMC RECORD001192**

4, May 2017

Professor Sigstedt,

I would like to thank you for a wonderful semester and for all the knowledge that I gained. I have always loved nature but until your class, I did not fully appreciate it. Now I can look at a tree bud and see it as renewal and regrowth and not just a beginning of spring. I know that to retain our mountains and rainforests and other ecosystems, we needed to go backwards so to speak. In moving forward, keeping with the principles of preserving what we have left and finding a way to heal our planet and make it sustainable again is the only way to do this. I really enjoyed learning about the healing properties of plants and I take ginko biloba everyday now because of Tom's knowledge that he learned from you and taking your courses as well. Connecting with nature is one area I am going to try and do much more often as I life the feeling of being part of something more powerful, more spiritual, and more fulfilling than just seeing nature. Your World Park is going to be wonderful when you do it and I for one will go wherever I need to go to see your creation and healing of this planet. I found it very interesting that our genes are crossed over and that is how we get traits from each parent. I have taken Biology two times before but I never appreciated the cells or plants or any of it until your passion for it made it more meaningful for me. I thank you for all your stories and your adventures that you shared with us. It was like watching a book come to life by your passion of the subjects. I could feel your connection to things as plainly as I could see them. In my future, I plan on teaching my son more about not hurting trees, or soil or animals in anyway and try and teach him, as you have done, that to heal is to take care of the nature we have so that more can regrow and make life new again.

Thank You very much,

With best wishes and hope for you,

Sherry Perez Kinsel

**CONFIDENTIAL**

**CMC RECORD001193**

Professor S.

CONFIDENTIAL

CMC RECORD001194

Nicholas Gallo
BIO-221

May 3, 2017

Dear Shawn,

I enjoyed your Botany & Ethnobotany class because of its inter-disciplinary focus on botanical science and the anthropological history of humankind's relationship with it. Studying our relationship with plants and the natural world was fascinating. It gave me a deeper understanding of our species' interconnectedness with nature, and how this connection spans across space, time, and a vast array of cultures.

In modern-day Western civilization, this symbiotic relationship with the natural world is virtually non-existent. Nature is seen as a collection of resources that have monetary value and can be used by whoever "owns" it, without any regard to the environmental consequences. In this class, however, we studied in great detail how much our society actually depends on these natural resources, and why we should refrain from using them recklessly. I enjoyed studying the various indigenous cultures around the globe that genuinely value their interdependent relationship with nature. In fact, this relationship is an integral part of their existence. Essentially, their day-to-day life is an embodiment of the World Park philosophy.

I understand the importance of having a symbiotic relationship with nature, and this class has helped reinforce that understanding. I look forward to nestling myself into nature in the future, wherever life takes me.

Sincerely,

Nicholas (Nicky) Gallo

**CONFIDENTIAL**

**CMC RECORD001195**

**CONFIDENTIAL**

**CMC RECORD001196**

Cooper Scherer

Bio 111

Prof. Sean S.

05/03/2017

### Self-Assessment letter

What did you like about this class?

I likes many things about this class but most of all I would have to say the labs. I think that Sean has many very well thought out labs and I had a ton of fun participating in them this past semester.

What did you learn about biological science this semester?

I learned so much from meiosis to mitosis, to how to make a movie on I movie, to flowers and fruits, as well as plants, animal cells and plant cells, cell respiration to name a few. I learned so much.

What did you learn from the world park project and its view?

**CONFIDENTIAL**

**CMC RECORD001197**

I learned that world parks goal is to turn the entire world into one big park by making all the existing parks within the world grow and join each other. Its world view is a simple one, simply to coexist with nature harmoniously without hurting it.

What did world park mean to you and how will it affect your thinking and future living in our biological world?

World park meant a better world to me. And it will forever effect my thinking in that I will always be a warrior for parks if I have the opportunity and I will make sure that I slow myself down occasionally and listen to what the universe has to say to me.

Which of your life skills has improved? How?

My patience has definitely improved. I have made a point to work on it in the last couple months but Sean taught me to be patient and observe what I am studying to get the most out of it.

What have you learned new about biology?

I learned and understand how cell respiration works, how it turned ADP into ATP and that ATP is the energy of life. That is a huge thing that I have learned and I could go on and on.

How might you like to advance these skills?

I will just continue to practice patience as well as always keep my mind open to learning new things, especially if they are about Osha plants, bears, or parks. ;)

**CONFIDENTIAL**

**CMC RECORD001198**

Overall how do you feel about your improvement in scientific think?

I feel really good about how this class has molded my critical science thinking skills. I think I have learned how to hypothesis a lot better as well as a lot of subjects that have been learning over and over all through school finally made sense this semester for some reason.

How has this impacted your life, possibly your future?

Well it has impacted my life in many ways and I have explained above the many ways that it has but has it impacted my future? I think it definitely has I will always have a deeper appreciation for nature and its healing qualities, I have learned to slow myself down and listen to what the universe has to say and have overall become a wiser person while taking this class.

**CONFIDENTIAL**

**CMC RECORD001199**

**CONFIDENTIAL**

**CMC RECORD001200**

James Schweikert

5-3-17

Bio 111

### Self-assessment letter

Dear Shawn,

I really enjoyed your class this semester. Being a first time college student at the age of 41, I wasn't sure exactly what to expect. I liked the class layout, the activities and I appreciated your passion toward the content. I wouldn't be alone if I said I can tell you really love teaching and informing and making a difference in this world by exciting one student at a time to be a steward of this planet. Your World Park vision is spot on and I am glad to be informed and a part of it now. My scientific thinking is definitely more refined after attending your class, I will look at things more critically now that I have been given these tools. This project kind of took me unawares so I will not go into all the content that I learned this spring-there's just too much! I can say I am grateful to have a teacher that was not just going through the motions, I would not have learned or retained this quantity of information if that were the case. I thank you!

James Schweikert

**CONFIDENTIAL**

**CMC RECORD001201**