**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

       Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

       Defendants.

---

**DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF
PLAINTIFF'S AMENDED COMPLAINT**

---

Pursuant to D.C. COLO. L. Civ. R. 6.1(a) Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi, and David Gifford (collectively, "Defendants"), by and through their undersigned counsel, hereby request an additional seven (7) business days in which to submit their Reply in Support of Defendants' Motion for Partial Dismissal of Plaintiff's Amended Complaint [Dkt. 27] ("MPD"). As grounds for this motion, Defendants state as follows:

1. Pursuant to D.C.COLO.L.Civ.R 7.1(a), undersigned counsel has conferred with Erik Bradberry, counsel for Plaintiff, regarding the relief requested in this motion. Mr. Bradberry stated that Plaintiff does not oppose the requested relief.

2.      On October 26, 2020, Defendants filed their MPD of Plaintiff's Amended Complaint.  On November 30, 2020, Plaintiff filed his Response in Opposition to Motion for Partial Dismissal of Plaintiff's Amended Complaint, [Dkt. 43] ("MPD Response").

3.      Since Plaintiff filed his MPD Response, Defendants' counsel have participated in three mediations, prepared multiple witnesses for deposition, and counseled other clients on numerous employment-law related issues, including issues related to COVID-19.  Defendants' counsel is also defending four (4) depositions during the week of December 7, 2020, in another case.  These other matters have limited the amount of time Defendants' counsel has been able to devote to analyzing Plaintiff's MPD Response and working with Defendants to prepare an appropriate reply in support of Defendants' MPD.  Good cause accordingly exists for a one-week extension of time, up to and including December 21, 2020, to file a reply in support of Defendants' MPD.

4.      The requested extension, if granted, will not affect any other deadlines in this case.  For example, the discovery cutoff deadline in this matter is July 30, 2021.  Additionally, no party will be prejudiced by the requested extension.  Indeed, as set forth above, Plaintiff does not oppose the requested extension.

5.      Pursuant to D.C.COLO.LCivR 6.1(b), Defendants state that they previously stipulated with Plaintiff to a 21-day extension of time to answer or otherwise respond to Plaintiff's Amended Complaint as allowed under D.C.COLO.LCivR 6.1(a).  *See* [Dkt. 23].

6.      Pursuant to D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standards II.D.2.b, undersigned counsel certifies that a copy of this motion will be served contemporaneously on Defendants and Richard Gonzalez, general counsel for Colorado Mountain College.

WHEREFORE, Defendants respectfully request that the Court grant this motion and extend the deadline within which to file a reply in support of Defendants' Motion for Partial Dismissal of Plaintiff's Amended Complaint, up to and including December 21, 2020.

Respectfully submitted this 9th day of December, 2020.

JACKSON LEWIS P.C.

*s/ Jacqueline R. Guesno*
Jacqueline R. Guesno
Jeffrey H. McClelland
950 17th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Jacqueline.Guesno@jacksonlewis.com
Jeffrey.Mcclelland@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of December, 2020, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT** was filed and served via CM/ECF upon the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*ATTORNEY FOR PLAINTIFF*

*s/ Halle Gotfredson*
for Jackson Lewis P.C.

4