## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF COLORADO

Case No.: 20-cv-02704-WJM-GPG

**SHAWN SIGSTEDT,**
        Plaintiff,

v.

**COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT; COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES; CARRIE HAUSER, as an individual; MATT GIANNESCHI, in his individual capacity; DAVID GIFFORD, in his individual capacity,**
        Defendants.

---

### JOINT MOTION TO AMEND SCHEDULING ORDER

---

The parties, by and through their undersigned attorneys, hereby submit the following Joint Motion to Amend Scheduling Order.  As support for the relief herein requested, the parties state as follows:

1.      The Defendants filed a Motion for Partial Dismissal of Plaintiff's Amended Complaint on October 26, 2020.  [ECF No. 27.]  In the motion, the Defendants sought dismissal of Plaintiff's: (a) breach of contract claim against the Colorado Mountain College Board of Trustees; (b) deprivation of due process claim; and (c) statutory/unlawful delegation claim.  [*Id.*] The Defendants also raised a qualified immunity defense with regard to Defendants Hauser, Gianneschi, and Gifford.  [*Id.*]

2.      The Court entered the Scheduling Order in this matter on November 9, 2020. [ECF No. 34.]  Among other deadlines, the Scheduling Order set:

        a.   April 30, 2021 as the parties' deadline to serve written discovery requests;

1

      b.   July 30, 2021 as the discovery cut-off date;

      c.   August 31, 2021 as the deadline for filing dispositive motions; and

      d.   June 28, 2021 as the deadline for filing a discovery status memorandum.

3.     The Scheduling Order provides that it may be altered or amended upon a showing of good cause.  [ECF No. 34, ¶13.]  The Scheduling Order also provides that the parties are limited to propounding no more than three sets of written discovery.  [*Id.* at ¶8(a).]

4.     The Plaintiff filed a response in opposition to the Defendants' partial motion for dismissal on November 30, 2020.  [ECF No. 43.]  The Defendants filed a reply in support of their partial motion for dismissal on December 21, 2020.  [ECF No. 56.]

5.     The Court has not yet ruled on the Defendants' partial motion for dismissal.

6.     In the interest of time and cost savings, the parties prefer to focus their efforts in discovery on the claims that survive the Defendants' partial motion for dismissal and will be part of the case moving forward.  Presently, the parties do not know whether: (a) the Board of Trustees will remain a party to Plaintiff's breach of contract claim; (b) the Plaintiff's deprivation of due process claim will proceed with respect to any, or all, Defendants; or (c) the Plaintiff's statutory/unlawful delegation claim will survive.  Consequently, it would be inefficient to conduct discovery on these issues at this time.

7.     Additionally, counsel for Plaintiff has been tasked in recent weeks and months with meeting deadlines and fulfilling obligations in other matters.  For example, Plaintiff's counsel has ongoing discovery obligations in *Anderson v. Weld County Sch. Dist. RE-8* (Case No. 20-cv-00952-LTB); *Acosta v. Pueblo Sch. Dist. 60 et al.* (Case No. 20-cv-00627-DDD-KMT); and *Robinson et al. v. Jefferson County Sch. Dist. R-1 et al. (*Case No. 20-cv-02442-RBJ).  In recent weeks, Plaintiff's counsel has also drafted and filed complaints in two cases with

approaching limitations deadlines—*Hurt v. Sch. Dist. No. 1 in the City & County of Denver* (Case No. 21-cv-00865-MEH) and *Leigh v. Jefferson County Sch. Dist. R-1* (Case No. 2021CV30427). In addition, Plaintiff's counsel has recently had multi-day hearings and post hearing brief deadlines in an interest arbitration (*Jeffco Education Support Professionals Ass'n. v. Jefferson County Sch. Dist. R-1*) and in a grievance arbitration (*Cherry Creek Education Ass'n. v. Cherry Creek Sch. Dist. No. 5*, JAG Case No. 20-1756A).

8.     Based on the above, the parties jointly seek the following modifications to the Scheduling Order:

   a.  Deadline to Serve Written Discovery Requests: **June 29, 2021**

   b.  Discovery Cut-off Date: **August 30, 2021**

   c.  Deadline for Filing Dispositive Motions: **October 29, 2021**

   d.  Deadline for Filing Discovery Update Memorandum: **August 27, 2021**

9.     This is the first request by the parties to alter or amend the Scheduling Order in this case. Trial in this case has not yet been scheduled; consequently, the requested modifications, if granted, will not affect other deadlines or cause prejudice to any party.

10.     No party makes this request for the purpose of causing undue delay. Rather, this request is based on the reasons outlined above, which constitute good cause for the requested modifications to the Scheduling Order.

11.     The undersigned jointly certify that they will contemporaneously serve a copy of this motion on their respective clients. Specifically, counsel for the Defendants will provide a copy to Richard Gonzales, General Counsel of Colorado Mountain College. Plaintiff's counsel will provide a copy to the Plaintiff, Sean Sigstedt.

WHEREFORE, the parties jointly request that the Court amend the Scheduling Order as provided above for good cause shown.

Respectfully submitted this 29th day of April 2021.


*/s/ Erik Bradberry*
Erik G. Bradberry, #49894
Colorado Education Association
1500 Grant Street
Denver, CO 80203
303-837-1500
ebradberry@coloradoea.org
*Attorney for Plaintiff*

*/s/ Jacqueline Guesno*
Jacqueline R. Guesno, #34753
Jackson Lewis, P.C.
950 17th Street, Suite 2600
Denver, CO 80202
303-876-2228
Jacqueline.Guesno@jacksonlewis.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2021 a true and correct copy of the foregoing JOINT MOTION TO AMEND SCHEDULING ORDER was electronically filed via was electronically filed via the CM/ECF E-Filing system and served as follows:

VIA CM/ECF E-Filing System
Jacqueline Guesno, Esq.
Jeffrey McClelland, Esq.
Jackson Lewis, P.C.
950 17th Street
Suite 2600
Denver, CO 80202

VIA Email:
Shawn Sigstedt
33300 CR 24
Steamboat Springs, CO 80487
nature@worldpark.org

s/ *Bridget Calip*
Bridget Calip, Paralegal