IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

   Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

   Defendants.

---

## DEFENDANTS' STATUS REPORT

---

  Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi, and David Gifford (collectively referred to as "Defendants"), by and through counsel, hereby submit this Status Report pursuant to the Minutes and Orders [ECF No. 35] entered by this Court on or about November 9, 2020, stating as follows:

  1. The undersigned counsel made an effort to communicate with counsel for Plaintiff on June 28, 2021 regarding a draft of this Status Report, however, his email indicates that he is out of the office until June 30, 2021.  Given that undersigned counsel was unable to communicate with Plaintiff's counsel, Defendants' counsel submits this Status Report without conferring with Plaintiff.

2.      Plaintiff filed his notice of removal with his originally filed complaint from Garfield County District Court on or about September 4, 2020 [ECF Nos. 1, 1-1, 4]; and on or about September 24, 2020, Plaintiff filed his amended complaint [ECF No. 17].

3.      On or about October 26, 2020, Defendants' filed a motion for partial dismissal of Plaintiff's amended complaint [ECF No. 27].

4.      Plaintiff filed his response in opposition to Defendants' partial motion to dismiss on or about November 30, 2020 [ECF No. 43]; and Defendants' filed their reply on or about December 21, 2020 [ECF No. 56].

5.      Defendants' partial motion to dismiss has not been ruled on as of this date.

6.      On April 29, 2021 the parties filed a Joint Motion to Amend Scheduling Order pending the outcome of the Partial Motion to Dismiss.

7.      The Court granted the Joint Motion to Amend Scheduling Order and instructed the parties to provide the Court with a brief status report of discovery/case progress by June 28, 2021.

8.      Due to the fact that the parties are awaiting the ruling on Defendants' partial motion to dismiss which may alter the claims brought in this matter, they have not begun discovery in this matter.

Respectfully submitted this 28th day of June, 2021.

JACKSON LEWIS P.C.

*s/ Jacqueline R. Guesno*
Jacqueline R. Guesno
Kathleen A. O'Grady
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Jacqueline.Guesno@jacksonlewis.com
Kathleen.Ogrady@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of June, 2021, a true and correct copy of the foregoing

**DEFENDANTS' STATUS REPORT** was served upon the following via email:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*Attorneys for Plaintiff*

*s/ Colleen Richards*
for Jackson Lewis P.C.

3