# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

      Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

      Defendants.

---

## PLAINTIFF'S STATUS REPORT

---

    Plaintiff, Shawn Sigstedt ("Plaintiff"), by and through his attorney, Erik Bradberry, hereby submits the Plaintiff's Status Report pursuant to the Minutes and Orders [ECF No. 35] entered by this Court on or about November 9, 2020, stating as follows:

1.     Defendants filed their notice of removal with Plaintiff's originally filed complaint from Garfield County District Court on or about September 4, 2020 [ECF Nos. 1, 1-1, 4]; and on or about September 24, 2020, Plaintiff filed his amended complaint [ECF No. 17].

2.     On or about October 26, 2020, Defendants' filed a motion for partial dismissal of Plaintiff's amended complaint [ECF No. 27].

3.     Plaintiff filed his response in opposition to Defendants' partial motion to dismiss on or about November 30, 2020 [ECF No. 43]; and Defendants' filed their reply on or about December 21, 2020 [ECF No. 56].

4.      Defendants' partial motion to dismiss has not been ruled on as of this date.

5.      On April 29, 2021 the parties filed a Joint Motion to Amend Scheduling Order pending the outcome of the Partial Motion to Dismiss.

6.      The Court granted the Joint Motion to Amend Scheduling Order and instructed the parties to provide the Court with a brief status report of discovery/case progress by June 28, 2021.

7.      Due to the fact that the parties are awaiting the ruling on Defendants' partial motion to dismiss which may alter the claims brought in this matter, they have not begun discovery in this matter.

8.      Plaintiff will propound written discovery requests on June 29, 2021 pursuant to the Court's May 2, 2021 Order [ECF No. 64].

Respectfully submitted this 28th day of June, 2021.

s/ *Erik G. Bradberry*
Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
(303) 837-1500
Fax: (303) 861-2039
ebradberry@coloradoea.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2021 a true and correct copy of the foregoing PLAINTIFF'S STATUS REPORT was electronically filed via was electronically filed via the CM/ECF E-Filing system with service requested as follows:

Jacqueline Guesno, Esq.
Kathleen O'Grady, Esq.
Jackson Lewis, P.C.
950 17th Street
Suite 2600
Denver, CO 80202

s/ *Bridget Calip*
Bridget Calip, Paralegal

3