## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

      Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

      Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE notice that Juan C. Obregon of Jackson Lewis P.C. hereby enters his appearance on behalf of Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi, and David Gifford in the above captioned matter.

Respectfully submitted this 2nd day of August, 2021.

JACKSON LEWIS P.C.

*s/Juan C. Obregon*
Juan C. Obregon
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone:  (303) 892-0404
Facsimile:   (303) 892-5575
Email:  Juan.Obregon@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 2nd day of August, 2021, a true and correct copy of the foregoing
**ENTRY OF APPEARANCE** was filed via CM/ECF and mailed upon the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*ATTORNEY FOR PLAINTIFF*

<u>*s/ Halle Gotfredson*</u>
for Jackson Lewis P.C.

2