## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

   Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

   Defendants.

---

### MOTION TO WITHDRAW BY KATHLEEN A. O'GRADY

---

Kathleen A. O'Grady of Jackson Lewis P.C. hereby moves to withdraw, pursuant to D.C.Colo.LAttyR 5(b), on behalf of Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi, and David Gifford (collectively, "Defendants"). Effective August 2, 2021, Ms. O'Grady is no longer affiliated with Jackson Lewis P.C. As such, good cause exists for Ms. O'Grady's withdrawal as counsel for Defendants. Defendants will continue to be represented by Jacqueline R. Guesno of the Jackson Lewis P.C. whom has entered her appearance on behalf of the Defendants. There will be no prejudice to the Defendants or to the orderly progression of this case. Defendants already knows of this withdrawal of counsel and have been informed by Ms. O'Grady and Ms. Guesno. This motion will be served contemporaneously by counsel on their respective clients.

WHEREFORE, pursuant to D.C.Colo.LAttyR 5(b), Ms. O'Grady moves the Court to find

good cause for this withdrawal and to enter an Order to make it effective.

Respectfully submitted this 5th day of August, 2021.

JACKSON LEWIS P.C.

*s/ Kathleen A. O'Grady*
Kathleen A. O'Grady
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone:  (303) 892-0404
Facsimile:   (303) 892-5575
Email: Kathleen.O'Grady@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 5th day of August, 2021, a true and correct copy of the foregoing **MOTION TO WITHDRAW BY KATHLEEN A. O'GRADY** was filed via CM/ECF and served on the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*ATTORNEY FOR PLAINTIFF*

*s/ Halle Gotfredson*
For Jackson Lewis P.C.

3

I certify that on this 5th day of August, 2021, a true and correct copy of the foregoing **MOTION TO WITHDRAWAL BY KATHLEEN A. O'GRADY** was contemporaneously served on Richard Gonzalez, General Counsel of Defendant Colorado Mountain Local College District, on behalf of Defendants Colorado Mountain Local College District and Colorado Mountain Local College District Board of Trustees.

*s/ Kathleen A. O'Grady*
Kathleen A. O'Grady
4847-4904-6259, v. 2