IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

       Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

       Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

Pursuant to D.C. COLO. L. Civ. R. 6.1(a) Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi, and David Gifford (collectively, "Defendants"), by and through their undersigned counsel, hereby request an additional seven (7) business days in which to submit their Answer or Otherwise Respond to Plaintiff's Amended Complaint [ECF No. 17] ("Complaint"). As grounds for this unopposed motion, Defendants state as follows:

1.      Pursuant to D.C.COLO.L.Civ.R 7.1(a), undersigned counsel has conferred with Erik Bradberry, counsel for Plaintiff, regarding the relief requested in this unopposed motion. Mr. Bradberry stated that Plaintiff does not oppose the requested relief.

2.      On September 24, 2020, Plaintiff filed his Amended Complaint and after briefing on Defendants' Partial Motion to Dismiss, this Court issued an Order Granting in Part and Denying in Part Defendants' Partial Motion to Dismiss [ECF No. 67].  Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is August 9, 2021.

3.      Due to the undersigned taking on a number of additional cases in the past week and working on discovery responses in this matter, additional time is respectfully requested.

4.      The requested extension, if granted, will not affect any other deadlines in this case and is not sought for dilatory purposes.

5.      Pursuant to D.C.COLO.LCivR 6.1(b), Defendants state that they previously stipulated with Plaintiff to a 21-day extension of time to answer or otherwise respond to Plaintiff's Amended Complaint as allowed under D.C.COLO.LCivR 6.1(a).  *See* [ECF No. 23].

6.      Pursuant to D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standards II.D.2.b, undersigned counsel certifies that a copy of this motion will be served contemporaneously on Defendants and Richard Gonzales, general counsel for Colorado Mountain College.

WHEREFORE, Defendants respectfully request that the Court grant this motion and extend the deadline within which to answer or otherwise respond to Plaintiff's Amended Complaint, up to and including August 16, 2021.

Respectfully submitted this 9th day of August, 2021.

JACKSON LEWIS P.C.

*s/ Jacqueline R. Guesno*
Jacqueline R. Guesno
Juan C. Obregon
950 17th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Jacqueline.Guesno@jacksonlewis.com
Juan.Obregon@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of August, 2021, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** was filed and served via CM/ECF upon the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*ATTORNEY FOR PLAINTIFF*

*s/ Colleen Richards*
for Jackson Lewis P.C.

3