**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

        Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

        Defendants.

---

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND
PROPOSED APPROACH TO BRIEFING OF RULE 106 CLAIM**

---

Plaintiff, Shawn Sigstedt ("Plaintiff") and Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi, and David Gifford (collectively referred to as "Defendants"), by and through their respective counsel, respectfully request that discovery in this matter be extended and provides a proposed approach to briefing of the Rule 106 Claim.  In support of this Joint Motion, the parties state as follows:

1.      Pursuant to D.C.COLO.L.Civ.R 7.1(a), undersigned counsel has conferred with Erik Bradberry, counsel for Plaintiff, regarding the relief requested in this motion.  As a result of the parties' conferral, Plaintiff joins in this Motion.

2.      This matter was removed from Garfield County, State of Colorado District Court on or about September 4, 2020 [ECF No. 1]; Plaintiff amended his Complaint on or about September 24, 2020 [ECF No. 17].

3.      On or about October 26, 2020, Defendants filed a Motion for Partial Dismissal of Plaintiff's Amended Complaint ("Motion to Dismiss") [ECF No. 27] and an Order granting in part and denying in part the Partial Motion to Dismiss [ECF No. 67] was entered July 26, 2021.

4.      Pursuant to the Scheduling Order entered in this matter on or about November 9, 2020 [ECF No. 34], the parties were to complete discovery on or before July 30, 2021.  The dispositive motions deadline was set for August 31, 2021.

5.      Thereafter, the parties filed a Joint Motion to Amend Scheduling Order [ECF No. 62] on or about April 29, 2021 and a result of that Joint Motion, the Court granted Motion, ordering that written discovery be served by June 29, 2021, the discovery cut-off deadline to be August 30, 2021 and dispositive motions be filed by October 29, 2021 [ECF No. 64].

6.      Written discovery was served on June 29, 2021 by both parties in accordance with the deadline, however both parties have required additional time to respond to the discovery requests due to staffing changes and subsequent workload increases and have agreed to a current response deadline of August 20, 2021.

7.      Given the status of the case, the parties respectfully request that they be given until October 29, 2021 within which time to complete discovery in this matter, that they be given until December 1, 2021 within which time to submit dispositive motions.

8.      The parties also request that briefings on the Rule 106 portion of this case be ordered after completion of dispositive motions.

2

9.      This joint motion is not sought for dilatory purposes and neither party would be prejudiced by the granting of this Motion.

10.     Pursuant to D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standards II.D.2.b, undersigned counsel certifies that a copy of this joint motion will be served contemporaneously on Defendants and Richard Gonzalez, general counsel for Colorado Mountain College and Plaintiff, Shawn Sigstedt.

11.     A proposed order is filed herewith.

Respectfully submitted this 13th day of August, 2021.

COLORADO EDUCATION ASSOCIATION      JACKSON LEWIS P.C.


*s/ Erik G. Bradberry*                              *s/ Jacqueline R. Guesno*
Erik G. Bradberry                               Jacqueline R. Guesno
1500 Grant Street                               Juan C. Obregon
Denver, Colorado 80203                          950 17th Street, Suite 2600
Telephone:  (303) 837-1500                      Denver, Colorado 80202
ebradberry@coloradoea.org                       Telephone: (303) 892-0404
                                                Jacqueline.Guesno@jacksonlewis.com
*ATTORNEYS FOR PLAINTIFF*                        Juan.Obregon@jacksonlewis.com

                                                *ATTORNEYS FOR DEFENDANTS*

3

## CERTIFICATE OF SERVICE

I certify that on this 13th day of August, 2021, a true and correct copy of the foregoing

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND**

**PROPOSED APPROACH TO BRIEFING OF RULE 106 CLAIM** was served upon the

following via email:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*Attorneys for Plaintiff*

s/ Colleen Richards
for Jackson Lewis P.C.

4