IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

      Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

      Defendants.

## PARTIES' JOINT DISCOVERY STATUS REPORT

The Parties, by and through their respective counsel, hereby submit the following Joint Discovery Status Report:

1.      The Parties propounded written discovery on June 29, 2021.  For the reasons identified in their Joint Motion for Extension of Time [ECF No. 76], both sides have required additional time to respond to the other's written discovery requests.  The Parties have agreed to exchange their responses to written discovery on August 27, 2021.

2.      The discovery cut-off date is October 29, 2021.  [ECF No. 79.]  After the Parties exchange written discovery responses, they intend to schedule depositions.  Presently, the Plaintiff anticipates deposing the three individual defendants (Hauser, Gianneschi, and Gifford), and the Defendants plan to depose the Plaintiff (Sigstedt).

3.      In-person depositions will require some travel by the Parties and/or their counsel. The Plaintiff resides in Routt County, Colorado; the Defendants are in Garfield County,

1

Colorado; and the Parties' counsel are in Denver, Colorado.  In the interest of efficiency, and to

aid in scheduling, the Parties will consider using video conference technology (e.g., Zoom,

WebEx, etc.) for some or all of the depositions in this case.

DATED this 27th day of August 2021.

/s/ Erik G. Bradberry
Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, Colorado 80203
(303) 837-1500
ebradberry@coloradoea.org
Attorney for Plaintiff

/s/ Jacqueline R. Guesno
Jacqueline R. Guesno
Juan Obregon
Jackson & Lewis, P.C.
950 17th Street
Suite 2600
Denver, CO 80202
(303) 892-0404
Jacqueline.Guesno@jacksonlewis.com
Juan.Obregon@jacksonlewis.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2021 a true and correct copy of the foregoing PARTIES' JOINT DISCOVERY STATUS REPORT was electronically filed via the CM/ECF E-Filing system and served as follows:

Jacqueline Guesno, Esq.
Juan Obregon, Esq.
Jackson Lewis, P.C.
950 17th Street
Suite 2600
Denver, CO 80202

s/ *Bridget Calip*
Bridget Calip, Paralegal