IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

        Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER, as an individual;
MATT GIANNESCHI, in his individual capacity; and
DAVID GIFFORD, in his individual capacity,

        Defendants.

---

**THIRD JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE
DISCOVERY AND FILE DISPOSITIVE MOTIONS**

---

Plaintiff, Shawn Sigstedt ("Plaintiff") and Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi, and David Gifford (collectively referred to as "Defendants"), by and through their respective counsel, respectfully request that the discovery cut-off be extended further in addition to a further extension of time for the filing of dispositive motions. In support of this joint motion, the parties state as follows:

1.      Pursuant to D.C.COLO.L.Civ.R 7.1(a), undersigned counsel has conferred with Erik Bradberry, counsel for Plaintiff, regarding the relief requested in this motion. As a result of the parties' conferral, Plaintiff joins in this joint motion for extension of time.

2.      This matter was removed from Garfield County, State of Colorado District Court on or about September 4, 2020 [ECF No. 1]; Plaintiff amended his Complaint on or about September 24, 2020 [ECF No. 17].

3.      On or about October 26, 2020, Defendants filed a Motion for Partial Dismissal of Plaintiff's Amended Complaint ("Motion to Dismiss") [ECF No. 27] and an Order granting in part and denying in part the Partial Motion to Dismiss [ECF No. 67] was entered July 26, 2021.

4.      On or about April 29, 2021, the parties requested their first extension of time to complete discovery as well as an extension of time to file dispositive motions [ECF No. 62] and an Order granting the Motion was entered on May 2, 2021 [ECF No. 64], allowing the parties until August 30, 2021 to complete discovery and until October 29, 2021 to file dispositive motions.

5.      On or about August 13, 2021, the parties filed a second request for extension of time to complete discovery and proposed approach to briefing of Rule 106 claim [ECF No. 76]; and on August 22, 2021, the Court granted in part the second joint motion and took the proposed approaching to briefing of the Rule 106 claim under advisement [ECF No. 79].  The discovery cut-off was extended to October 29, 2021 and the dispositive motion deadline was extended to December 1, 2021.

6.      Since the granting of the second joint motion, the parties have worked diligently to gather and produce nearly 10,000 pages of documents in this matter and have worked to schedule all necessary depositions.

7.      The parties scheduled Plaintiff's deposition for October 22, 2021 with other depositions to follow, however, Plaintiff has recently had a dental emergency which required him

to take medication and which has in turn hampered his efforts to review the continued production of documents from Defendants.

8.      Given the large volume of production being exchanged between the parties, the number of depositions the parties are working to schedule and the fact that Plaintiff's deposition must be rescheduled given the dental emergency, the parties respectfully request that they be given until December 3, 2021 within which time to complete discovery and that they be given until January 7, 2022 within which time to submit dispositive motions.

9.      This third joint motion is not sought for dilatory purposes and neither party would be prejudiced by the granting of this Motion.

10.     Pursuant to D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standards II.D.2.b, undersigned counsel certifies that a copy of this third joint motion will be served contemporaneously on Defendants and Richard Gonzalez, general counsel for Colorado Mountain College and Plaintiff, Shawn Sigstedt.

11.     A proposed order is filed herewith.

Respectfully submitted this 18th day of October, 2021.

COLORADO EDUCATION ASSOCIATION          JACKSON LEWIS P.C.


*s/ Erik G. Bradberry*                                  *s/ Jacqueline R. Guesno*
Erik G. Bradberry                                       Jacqueline R. Guesno
1500 Grant Street                                       Juan C. Obregon
Denver, Colorado 80203                                  950 17th Street, Suite 2600
Telephone:  (303) 837-1500                              Denver, Colorado 80202
ebradberry@coloradoea.org                               Telephone: (303) 892-0404
                                                        Jacqueline.Guesno@jacksonlewis.com
*ATTORNEYS FOR PLAINTIFF*                               Juan.Obregon@jacksonlewis.com

                                                        *ATTORNEYS FOR DEFENDANTS*

3

## CERTIFICATE OF SERVICE

I certify that on this 18th day of October, 2021, a true and correct copy of the foregoing

**THIRD JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

**AND FILE DISPOSITIVE MOTIONS** was served upon the following via email:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
ebradberry@coloradoea.org

*Attorneys for Plaintiff*

*s/ Colleen Richards*
for Jackson Lewis P.C.