**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

      Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER;
MATT GIANNESCHI; and
DAVID GIFFORD,

      Defendants.

---

### DEFENDANTS' SECOND AMENDED BILL OF COSTS

---

Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi and David Gifford (collectively "Defendants"), pursuant to the Court's Order dated August 2, 2022 [ECF No. 125], granting in part and denying in part as moot Defendants' Motion for Summary Judgment, hereby submits its Second Amended Bill of Costs in the form attached hereto as **Exhibit A** for a total of **$6,133.00**. A summary and all invoices reflecting the total amount of costs claimed is attached hereto as **Exhibit B (with all subparts)**.

The parties have conferred and both parties are available on September 22, 2022 at 9:30 AM for a hearing on the Bill of Costs.

1

Respectfully submitted this 29th day of August, 2022.

JACKSON LEWIS P.C.

*s/ Jacqueline R. Guesno*
Jacqueline R. Guesno
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
Jacqueline.Guesno@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of August, 2022, a true and correct

copy of the foregoing **DEFENDANTS' SECOND AMENDED BILL OF COSTS** was served

via CM/ECF on the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80202
ebradberry@coloradoea.org

*Attorneys for Plaintiff*

*s/ Christopher D. Trujillo*
For Jackson Lewis P.C.

2