**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02704-WJM-GPG

SHAWN SIGSTEDT,

    Plaintiff,

v.

COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT;
COLORADO MOUNTAIN LOCAL COLLEGE DISTRICT BOARD OF TRUSTEES;
CARRIE HAUSER;
MATT GIANNESCHI; and
DAVID GIFFORD,

    Defendants.

---

**JOINT NOTICE OF VACATED HEARING ON DEFENDANTS' BILL OF COSTS**

---

Defendants Colorado Mountain Local College District, Colorado Mountain Local College District Board of Trustees, Carrie Hauser, Matt Gianneschi and David Gifford (collectively "Defendants") with Plaintiff, Shawn Sigstedt, hereby provide notice that the parties have been able to settle the matter of Defendants' claimed bill of costs [ECF No. 131] and request that the hearing scheduled for September 22, 2022 at 9:30 AM be vacated.

Respectfully submitted this 15th day of September, 2022.

COLORADO EDUCATION ASSOCIATION          JACKSON LEWIS P.C.

*s/ Erik G. Bradberry*                          *s/ Jacqueline R. Guesno*
Erik G. Bradberry                               Jacqueline R. Guesno
1500 Grant Street                               950 17th Street, Suite 2600
Denver, Colorado 80203                          Denver, Colorado 80202
Telephone: (303) 837-1500                       Telephone: (303) 892-0404
Facsimile:  (303) 861-2039                      Facsimile: (303) 892-5575
ebradberry@coloradoea.org                       Jacqueline.Guesno@jacksonlewis.com

*ATTORNEYS FOR PLAINTIFF*                        *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of September, 2022, a true and correct

copy of the foregoing **JOINT NOTICE OF VACATED HEARING ON DEFENDANTS'**

**BILL OF COSTS** was served via CM/ECF on the following:

Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80202
ebradberry@coloradoea.org

*Attorneys for Plaintiff*

*s/ Christopher D. Trujillo*
For Jackson Lewis P.C.

2